1  Katie J.L. Scott (Cal. Bar No. 233171)
   Email address: katie.scott@arnoldporter.com
2  Joshua Seitz (Cal. Bar No. 325236)
   Email address: joshua.seitz@arnoldporter.com
3  ARNOLD & PORTER KAYE SCHOLER LLP
   3000 El Camino Real
4  Building 5, Suite 500
   Palo Alto, California 94306
5  Telephone:   (650) 319-4500
   Facsimile:   (650) 319-4700
6
7  Jennifer Sklenar* (Cal. Bar. No. 200434)
   jennifer.sklenar@arnoldporter.com
8  ARNOLD & PORTER KAYE SCHOLER LLP
   601 Massachusetts Ave, NW
9  Washington, DC 20001-3743
   Telephone:   (202) 942-5000
10 Facsimile:   (202) 942-5999
   *Admitted in NY and CA only; practice limited to
11 matters before federal courts and federal agencies

12
13  Attorneys for Defendants

14  **UNITED STATES DISTRICT COURT**

15  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

16  **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | Case No.: 3:19-cv-03770-WHO |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT BGI GENOMICS CO., LTD.** |
| v. | |
| BGI GENOMICS CO., LTD., BGI AMERICAS CORP, MGI TECH CO., LTD., MGI AMERICAS INC., and COMPLETE GENOMICS INC., | |
| Defendants. | |

CERT. OF INTERESTED ENTITIES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BGI GENOMICS CO., LTD.

Case No. 3:19-cv-03770-WHO

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant BGI Genomics Co., Ltd. is a publicly traded company on the Shenzhen stock exchange.  Greater than 10% of BGI Genomics Co., Ltd. is owned by each of BGI Shenzhen Co., Ltd., and Shenzhen Qianhai BGI investment, LLP.  As founders and shareholders of BGI Shenzhen Co., Ltd., Mr. Jian Wang, Mr. Shuang Yang and Mr. Jun Wang have a financial interest in BGI Shenzhen Co., Ltd.

Dated:  July 29, 2019

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Katie J.L. Scott*

Attorneys for Defendants

1

CERT. OF INTERESTED ENTITIES OR PERSONS
AND CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BGI GENOMICS CO., LTD.

Case No. 3:19-cv-03770-WHO