EDWARD R. REINES (Bar No. 135690)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, Ca  94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Plaintiffs
ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC. ILLUMINA CAMBRIDGE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS INC.,<br><br>Defendants. | Case No. 3:19-cv-03770-WHO<br><br>**DECLARATION OF EDWARD R. REINES IN SUPPORT OF MOTION TO EXPEDITE THE SCHEDULE TO ALLOW FOR FOCUSED DISCOVERY**<br><br>Date:  September 4, 2019<br>Time:  2:00 pm<br>Courtroom 2<br><br>The Honorable William H. Orrick |

I, Edward R. Reines, declare:

I am an attorney with the law firm of Weil, Gotshal & Manges LLP, counsel of record for Illumina, Inc. ("Illumina") in the above-captioned matter. I submit this declaration pursuant to Civil Local Rule 79-5(d)(1)(A) based on personal knowledge and following a reasonable investigation. If called upon as a witness, I could competently testify to the truth of each statement herein.

1. Attached as Exhibit 1 is a true and correct copy of an IPR decision from Case IPR2017-02172, filed April 20, 2018.

2. Attached as Exhibit 2 is a true and correct copy of IPR decision from Case IPR2017-02174, filed April 20, 2018.

3. Attached as Exhibit 3 is a true and correct copy of a Genomeweb article entitled "BGI Genomics Raises RMB 547M in IPO," dated July 14, 2017.

4. Attached as Exhibit 4 is a true and correct copy of a Genomeweb article entitled "BGI's MGI Tech Launches New Sequencing Platforms, Broadens Scope with Diagnostic Ultrasound System," dated November 9, 2017.

5. Attached as Exhibit 5 is a true and correct copy of a Genomeweb article entitled "MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry," dated March 4, 2019.

6. Attached as Exhibit 6 is a true and correct copy of a Genomeweb article entitled "MGI Raises Over $200M in Initial Financing Round," dated May 13, 2019.

7. Attached as Exhibit 7 is a true and correct copy of a letter to Ms. Joanne M. Chiedi, Acting Inspector General, U.S. Department of Health and Human Services from Marco Rubio, U.S. Senator, and Chuck E. Grassley, Chairman, Committee on Finance, dated June 10, 2019.

8. Attached as Exhibit 8 is a true and correct copy of a job description at Complete Genomics Inc. for a Global Key Accounts Manager/Director (San Jose, CA), dated July 30, 2019.

9. Attached as Exhibit 9 is a true and correct copy of a job description at Complete Genomics Inc. for a Technical Sales Specialist (San Jose, CA), dated July 30, 2019.

10. Attached as Exhibit 10 is a true and correct copy of a job description at Complete Genomics Inc. for a Senior Sales Manager/Director (San Jose, CA), dated July 30, 2019.

11.    Attached as Exhibit 11 is a true and correct copy of a job description at Complete Genomics Inc. for a Regional Manager, Field Service position (San Jose, CA), dated July 30, 2019.

12.    Attached as Exhibit 12 is a true and correct copy of a declaration of Professor Floyd Romesberg with Annexes A-D, dated May 13, 2019. I understand that this declaration has been submitted in support of Illumina's patent litigation against BGI in Denmark that is co-pending.

13.    Attached as Exhibit 13 is a true and correct copy of the interrogatories that are the subject of this motion.

14.    Attached as Exhibit 14 is a true and correct copy of the document requests that are the subject of this motion.

15.    Attached as Exhibit 15 is a true and correct copy of the deposition notice that is the subject of this motion.

16.    On July 15, 2019, I asked counsel for defendants, Katie Scott, whether defendants would agree to the focused, expedited discovery sought by this motion.   I explained that Illumina did not want to seek expedited relief unless necessary.

17.    On July 16, 2019, Ms. Scott asked for the expedited discovery to be identified in writing before BGI could respond.

18.    On July 18, 2019, I sent to Ms. Scott an email setting forth the kind of expedited discovery we were seeking.

19.    On July 22, 2019, Ms. Scott refused to agree to the expedited discovery.   The email thread showing this exchange is attached as Exhibit 16.

20.    On July 23, 2019, I wrote Ms. Scott offering an alternative way to resolve this dispute. I asked whether BGI would assure Illumina that it would not commercialize its DNA sequencers In the United States before 2021 and that if it could do so that might avert the need for expedited discovery. The email thread showing this exchange is attached as Exhibit 16.

20.    On July 24, 2019, I spoke to Jennifer Sklenar, who I understand to be lead counsel for BGI.   I went back through our requests and disputes.  Ms. Sklenar confirmed that BGI would not agree to expedited discovery and could not provide assurances as to when BGI would introduce its sequencers in the United States, as requested.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2019, at Redwood Shores, California.

Date: July 31, 2019

Respectfully Submitted,

  /s/ Edward R. Reines
Edward R. Reines (No. 135960)
Derek C. Walter (Bar No. 246322)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter @weil.com

Attorneys for Plaintiffs
ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD.