# EXHIBIT 12

## DECLARATION OF PROFESSOR FLOYD ROMESBERG

I, **Professor Floyd Romesberg** of the Department of Chemistry at The Scripps Research Institute, San Diego, United States of America, declare as follows

**A      Introduction**

1.      I, Floyd Romesberg, Ph.D. am a professor in the Department of Chemistry at The Scripps Research Institute.

2.      I understand that European Patent EP 3 002 289 B1 (**EP 289**) is the subject of infringement proceedings between the proprietor of the patent, Illumina Cambridge Limited (**Illumina**) and BGI Europe A/S (**BGI**)[1].

3.      I have been asked by the law firm Horten, counsel for Illumina, to provide this declaration in order to assist the Danish Court by addressing certain technical issues that are within my area of expertise.  Horten has informed me that this dispute concerns whether BGI's DNA sequencing platforms (including the BGISEQ-500 and the MGISEQ-2000) use modified nucleotides that are covered by EP 289.

4.      As well as reviewing EP 289, I have been provided with a copy of the Eurofins report dated May 10, 2019 (the **Eurofins Report**), which describes the testing of a BGISEQ-500 paired-end 100 kit (the **BGI Kit**) for the presence of deoxynucleotide triphosphates (**dNTPs**) that possess the features of claim 1 of EP 289.

5.      Except where I state otherwise, the facts and matters set out in this declaration are within my own knowledge and are true.  Where I have included information that does not come from my own personal knowledge, I have stated the source and in each case I believe the information to be true.

**B      Personal Background and Experience**

6.      I am currently a professor in the Department of Chemistry at The Scripps Research Institute and have been a faculty member there since 1998.

7.      I earned a Bachelor of Science in Chemistry from Ohio State University in 1988 and a Master of Science in Chemistry from Cornell University in 1990.  In 1994 I graduated

---

[1] I have been informed by Horten that BGI Europe A/S is a subsidiary company in the BGI Group, which offers DNA sequencing services on DNA sequencing platforms supplied by MGI Tech, which is also a subsidiary in the BGI Group.

2797090

with a Doctor of Philosophy in Chemistry in 1994, also from Cornell University, where Professor David B. Collum served as my thesis advisor.

8.      From 1994 until 1998, I was a National Institutes of Health (NIH) postdoctoral research fellow at the University of California, Berkeley, where I studied under Professor Peter G. Schultz.

9.      As a principal investigator, I have authored over 120 publications in peer-reviewed journals, including Nature, The Proceedings of the National Academy of Sciences of the United States of America, The Journal of the American Chemical Society, Angewandte Chemie International Edition, Biochemistry, Nucleic Acids Research, and The Journal of Physical Chemistry.

10.     I have authored or co-authored at least 20 invited review articles.  In addition, I have authored or co-authored at least 17 other publications during my graduate and post-doctoral studies.

11.     Over 30 of the publications that I have authored as a principle investigator are related to nucleotide analogues, including nucleotide analogues bearing linkers for attachment of functionalities of interest to polynucleotides, as well as nucleotide analogs bearing substituents on the sugar at either the 2'- or 3'- positions.

12.     I currently teach several graduate courses in the Department of Chemistry at The Scripps Research Institute, including a Spectroscopy course (which includes a section of mass spectroscopy) and a course on Bacteria and Antibiotics.  I also regularly lecture at universities, symposiums, and conferences throughout the United States and abroad.

13.     I have reviewed manuscripts as part of the peer-review process to determine whether they are acceptable for publication for numerous journals, including the Proceedings of the National Academy of Sciences, Science, Nature, the Journal of the American Chemical Society, Angewandte Chemie, Biochemistry, the Journal of Organic Chemistry, Bioorganic and Medicinal Chemistry Letters, Chemistry & Biology, Nucleic Acids Research, and Nucleosides, Nucleotides, and Nucleic Acids.

14.     I am a member of the American Chemical Society and the American Society for Microbiology.

15.     I served as a permanent member of the NIH Synthetic and Biological Chemistry (SBCA) study section that handles a significant percentage of the grants dealing with

modified nucleotides for four years.  Also, I regularly serve on various National Science Foundation (NSF) study sections, and my service on these study sections involves reviewing and determining the merits of numerous grant proposals.

16.    I have been awarded numerous research grants from the NIH, the NSF, the Office of Naval Research, Defense Advanced Research Projects Agency, and several other sources, including federal funding for the synthesis and analysis of nucleotide analogues and for the development of DNA polymerases specifically for sequencing DNA.

17.    I have been the recipient of multiple awards and honors, including the Royal Society of Chemistry Award for Bioorganic Chemistry in 2018, the ACS San Diego Chapter 2018 Scientist of the Year, the ACS Nobel Laureate Signature Award for Graduate Education in Chemistry in 2015, Discover Magazine Technology Innovation Award in 2004, the NSF Career Award in 2004, the Susan B. Komen Breast Cancer Foundation Award in 2003, the Camille Dreyfus Teacher-Scholar Award in 2003, the Baxter Foundation Fellow Award in 2002, the MacNevin Award in 1987, and election to the Defense Science Study Group (DSSG) on which I served from 2008-2010.

18.    I am familiar with the subject matter of EP 289 having previously been retained as an independent expert witness by Illumina in the following *Inter Partes* Review proceedings before the United States Patent & Trademark Office concerning U.S. 7,057,026, U.S. 7,566,537 and U.S. 8,158,346, which I understand are US patents related  to EP 289:

- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00128 (U.S. Patent 7,057,026); and
- *Intelligent Bio-Systems, Inc. v Illumina Cambridge Ltd.,* IPR2013-00266 (U.S. Patent 8,158,346).
- *Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd.*, IPR2013-00517 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02172 (U.S. Patent 7,566,537);
- *Complete Genomics, Inc. v. Illumina Cambridge Ltd.*, IPR2017-02174 (U.S. Patent 7,566,537);

**C      BGISEQ-500**

19.    I have reviewed the following documents, which provide some details regarding the BGISEQ-500 sequencing platform:

    (a)    a Technical Note on the BGISEQ-500, a copy of which is provided at Annex A to this declaration (**BGI Technical Note**);

    (b)    the BGISEQ-500 product brochure, a copy of which is provided at Annex B to this declaration (**BGI Brochure**);

    (c)    Fehlmann *et al.* c-Pas-based sequencing on the BGISEQ-500 to explore small non-coding RNAs. *Clinical Epigenetics* (2016) 8: 123 (**Fehlmann 2016**), a copy of which is provided at Annex C to this declaration; and

    (d)    Karow J. MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry. *GenomeWeb*, March 4, 2019 (**GenomeWeb article**), a copy of which is provided at Annex D to this declaration.

20.    The BGI Technical Note, the BGI Brochure, and Fehlmann 2016 explain that the BGISEQ-500 sequencing platform uses a DNA sequencing technique known as "sequencing-by-synthesis" or "SBS", which BGI describes as its "*probe-anchor synthesis (cPas)-based sequencing system*".  Fehlmann 2016, which is authored by scientists from BGI-Shenzen and Complete Genomics[2], explains that this sequencing system combines "*DNA nanoball (DNB) based nanoarrays with stepwise sequencing using polymerase*".  The BGI Brochure states that "*[t]he cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high resolution digital imaging*".

21.    The above descriptions confirm to me that the BGISEQ-500 performs DNA sequencing using "SBS".  This is further confirmed by the GenomeWeb article, which states that BGI's "*current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labelled with cleavable fluorescent dyes, which leave behind a molecular 'scar' after they are removed. This chemistry is similar to that used by Illumina and others.*"

---

[2] Complete Genomics is a subsidiary company in the BGI Group.

## D        Technical background

### D.1        Structure of DNA

22.        DNA consists of two complementary strands that wind around one another to form a double helix.  The strands of DNA are made up of a string of individual nucleotides, which are composed of deoxyribose (a 5-carbon sugar), a nitrogenous base, and a phosphate group.  There are four different nucleotides in DNA, which differ from each other by their nitrogenous bases: adenine (A), cytidine (C), guanine (G), and thymine (T).  The nucleotides in each strand are linked by their phosphate group, which attaches the 5' carbon atom of their deoxyribose to the 3' carbon atom of the deoxyribose of the next nucleotide, to form the sugar-phosphate backbone of the DNA strand as shown in Figure 1 below.  The two complementary strands assemble together by base-pairing with the formation of hydrogen bonds between the bases, where C pairs with G and A pairs with T, as also shown in Figure 1 below.



**Figure 1**: Structure of DNA. (a) The double helix comprised of complementary base pairs held together by a sugar phosphate backbone. (b) The hydrogen bonding between the four different nucleotides.

**D.2     DNA replication**

23.     DNA is synthesised by DNA polymerase, an enzyme which uses a single-stranded DNA molecule as a template to synthesise new DNA strands that are complementary to the template.   DNA polymerase synthesises new DNA strands by attaching individual nucleotides to the end of the DNA strand being synthesized (see Figure 2, below).   This attachment links the deoxyribose of one nucleotide to the deoxyribose of another nucleotide via a phosphate linkage in a specific direction to form the sugar-phosphate backbone of the newly synthesized DNA strand (see Figure 1, above): the 5′ carbon atom of one deoxyribose is connected via a phosphate group to the 3′ carbon atom of another deoxyribose[3].



**Figure 2**: DNA replication.

24.     Figure 3 below shows the structures of the four dNTPs (where 'N' in d**N**TP is A, C, G, or T, corresponding to the four nucleotides of DNA, i.e. dATP, dCTP, dGTP, and dTTP) that are used by DNA polymerase in synthesising the new strand of DNA.   With the incorporation of each dNTP into the newly synthesised DNA strand, a pyrophosphate (two phosphate groups linked together) is released and one phosphate remains to link the nucleotides to each other to form the polynucleotide chain.   Importantly, DNA synthesis is a template-dependent process; the same hydrogen bonds that mediate the stability of DNA control how a polymerase copies a template.   For example, when

---

[3] The 3′ and 5′ carbon atoms of the deoxyribose are labelled on the dNTPs in Figure 3.

DNA polymerase encounters a G in a template, it binds dCTP and incorporates a C, whereas when it encounters an A in the template, it binds dTTP and incorporates a T.



Deoxyadenosine-5′ triphosphate

Deoxycytidine-5′ triphosphate

Deoxyguanosine-5′ triphosphate

Deoxythymidine-5′ triphosphate

**Figure 3**: Structure of deoxynucleotide triphosphates (dNTPs; from top to bottom, dATP, dCTP, dGTP, and dTTP).

### D.3    Illumina's SBS method using reversible terminator nucleotides

25.    I am familiar with the method of SBS employed by Illumina's sequencing platforms. Illumina's SBS method, which is schematically represented in Figure 4 below, involves the attachment of single-stranded DNA fragments to a solid surface and the synthesis of new complementary DNA strands by DNA polymerase using modified dNTPs that are labelled with a base-specific, cleavable fluorophore, and contain a reversible 3'-blocking group (see Figure 5, below).

26.    The base-specific incorporation of a fluorescently labelled nucleotide into each newly synthesised DNA strand allows the identity of the base incorporated into each strand to be detected and thus the sequence of each complementary template strand to be determined.

2797090



**Nucleotide addition**
Fluorophore-labelled, terminally blocked nucleotides hybridize to complementary base. Each cluster can incorporate a different base.

**Imaging**
Slides are imaged with either two or four laser channels. Each cluster emits a colour corresponding to the base incorporated during this cycle.

**Cleavage**
Fluorophores are cleaved and washed from flow cells and the 3′-OH group is regenerated. A new cycle begins with the addition of new nucleotides.

**Figure 4**: Illumina's SBS method.

27.    The presence of the reversible 3'-blocking group on the dNTPs means that only a single base can be added by the polymerase to each growing DNA strand until the reversible 3'-blocking group is removed.

28.    In Illumina's SBS method, a typical reaction cycle entails adding a mixture of individually fluorescently labelled and 3′-blocked dNTPs to the sequencing reaction. The DNA polymerase can incorporate a single 3'-blocked dNTP into strands that are being synthesized, resulting in the incorporation of a single fluorescent label.  The unbound dNTPs and other excess reagents are then washed away, and the sequencing surface is fluorescently imaged to identify which 3'-blocked dNTP has been incorporated into each strand.

29.    The fluorophore and 3′-blocking group are then chemically removed, and a new reaction cycle begins.  Removal of the 3′-blocking group allows the DNA polymerase reaction to reinitiate, allowing the identity of the next base in each template DNA strand to be determined.   In this manner, the identity of each individual nucleotide incorporated into each complementary DNA strand can be determined over a series of cycles, ultimately yielding the sequence identity of the consecutive nucleotides in each template DNA strand.

30.    The modified dNTPs used in Illumina's SBS method combine a removable 3'-O-azidomethyl blocking group, with a fluorophore attached to the base via a cleavable azido linker[4].  This allows removal of both the 3′-blocking group and the fluorophore to

---

[4] The term "azido" indicates the presence of an azide moiety in the molecule.

be achieved with a single cleavage reaction. An example of one of the modified nucleotides that can be used in Illumina's SBS method is shown in Figure 5 below.



**Figure 5.** Structure of 3'-*O*-azidomethyl 2' deoxythymidine triphosphate labelled with a removable fluorophore. Each phosphate group is illustrated with a circled P. The nomenclature "$N_3$" is used to represent an azido group (i.e., an azide).

## E    EP 289

31.    EP 289 is titled 'Modified Nucleotides for Polynucleotide Sequencing' and concerns nucleotides that have a blocking group, methods for the removal of such blocking groups, and the use of such nucleotides in polynucleotide sequencing methods.

32.    Paragraph [0004] of EP 289 explains that accurate SBS of DNA "*ideally requires the controlled (i.e. one at a time) incorporation of the correct complementary nucleotide opposite the oligonucleotide being sequenced*". In relation to the use of a blocking group it goes on to state as follows:

"*In order to ensure only a single incorporation occurs, a structural modification ("blocking group") of the sequencing nucleotides is required to ensure a single nucleotide incorporation but which then prevents any further nucleotide incorporation into the polynucleotide chain. The blocking group must then be removable, under reaction conditions which do not interfere with the integrity of the DNA being sequenced. The sequencing cycle can then continue with the incorporation of the next blocked, labelled nucleotide. In order to be of practical use, the entire process should consist of high yielding, highly specific chemical and enzymatic steps to facilitate multiple cycles of sequencing.*"

2797090

33.     Paragraph [0005] goes on to explain that to be useful in DNA sequencing, nucleotide triphosphates (e.g. dNTPs) generally require a 3'OH-blocking group to prevent the polymerase used to incorporate it into a polynucleotide chain from continuing to replicate once the base on the nucleotide is added.  In order to achieve this it is explained that there are many limitations on the suitability of a molecule as a blocking group: it must prevent additional nucleotide molecules from being added to the polynucleotide chain whilst simultaneously being easily removable from the sugar moiety without causing damage to the polynucleotide chain; and it must be tolerated by the polymerase or other appropriate enzyme used to incorporate it into the polynucleotide chain.  In summary it is explained that "[t]*he ideal blocking group will therefore exhibit long term stability, be efficiently incorporated by the polymerase enzyme, cause total blocking of secondary or further incorporation and have the ability to be removed under mild conditions that do not cause damage to the polynucleotide structure, preferably under aqueous conditions. These stringent requirements are formidable obstacles to the design and synthesis of the requisite modified nucleotides.*"

34.     The invention of EP 289 concerns the development of a number of reversible blocking groups and methods of deprotecting them under DNA compatible conditions.

35.     Paragraph [0050] explains that in one example the reversible blocking group of the deoxyribose sugar moiety is a 3'-azidomethyl group (i.e. a $-OCH_2N_3$ group).  Paragraph [0103] explains that nucleotides bearing this blocking group at the 3'-position have been synthesised, shown to be successfully incorporated by DNA polymerases, block efficiently, and may be subsequently removed under neutral, aqueous conditions using water soluble phosphines or thiols, therefore allowing further extension.

36.     Claim 1 of EP 289 states:

"*A modified nucleotide triphosphate comprising a purine or pyrimidine base and a deoxyribose sugar moiety having a 3' azidomethyl group.*"  In my opinion, claim 1 therefore relates to nucleotide triphosphate molecules possessing the features a) a purine or pyrimidine base and b) a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group).

**F      Eurofins Report**

37.    The Eurofins Report describes the use of "click" chemistry and liquid chromatography/mass spectrometry (**LC/MS**) to investigate the properties of dNTPs in the BGI Kit.  Unless otherwise stated, paragraph references in the remainder of this declaration are to paragraphs of the Eurofins Report.

38.    I understand that the BGI Kit contains two mixtures of dNTPs (dATP, dCTP, dGTP and dTTP).  As explained in the Eurofins Report (paragraphs 7, 12 and 48), one of the mixtures contains fluorescently-labelled dNTPs (referred to hereafter as the **BGI Labelled dNTPs Mix**) and the other contains unlabelled dNTPs (referred to hereafter as the **BGI Unlabelled dNTPs Mix**).

39.    "Click" chemistry was used to demonstrate the presence of azido-containing dNTPs in:

       (a)      the BGI Labelled dNTPs Mix; and

       (b)      the dNTPs in Illumina's MiSeq Reagent Kit v3 (referred to hereafter as the **Illumina dNTPs Mix**).

40.    As shown in Figure 5 above, the Illumina dNTPs contain a 3'-O-azidomethyl blocking group with a removable fluorophore attached to the base via a cleavable azido linker.

41.    LC/MS experiments were performed to determine whether the masses of dNTPs in the BGI Unlabelled dNTPs Mix correspond to the masses of commercially available 3'-O-azidomethyl-dNTPs obtained from Jena Bioscience GmbH.

**G      Azide-alkyne "Click" chemistry of the BGI Labelled dNTPs Mix**

42.    Azide-alkyne "click" chemistry refers to the highly specific copper(I) catalysed reaction between an azido group and an alkyne group to yield a covalently linked triazole product.  The reaction only proceeds with an alkyne and an azide and in the presence of copper(I).

43.   Based upon this reaction, if the dNTPs being analyzed contain an azido group, it will be possible to covalently link the dNTPs to an alkyne group that itself is linked to an agarose bead in the presence of copper(I) as shown in Figure 6 below.



**Figure 6:** "Click" reaction in which a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) reacts, in the presence of copper(I), with an alkyne group linked to an agarose bead to attach the dNTP to the bead via formation of a triazole product.

44.   As the dNTPs of the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix contain a fluorescent dye, it will be possible to observe visually the binding of azido-containing dNTPs to the previously colorless alkyne-agarose beads by monitoring the presence of the fluorescent dye bound to the resin, which takes on the color of the fluorescent dNTPs.   In addition, the presence or absence of the dNTPs in solution can be determined visually or by using a spectrophotometer, which detects their presence via the light they absorb (i.e. their absorption).

2797090

45. The fluorophore-linked agarose beads may subsequently be treated with hydrazine. Located between the triazole group and the agarose beads is a chemically reactive Dde linker that is cleaved by hydrazine. Thus, when reacted with hydrazine, the Dde linker between the triazole group and the agarose beads is broken and fluorescently-labelled dNTPs will be liberated from the agarose beads as shown in Figure 7 below. At this point, color again returns to solution and the beads again become colorless. This can be demonstrated by visual inspection and/or with the use of a spectrophotometer.



**Figure 7:** On hydrazine cleavage of the Dde linker, a dye-labelled 3'-azidomethyl modified dNTP (in this case 3'-azidomethyl-dTTP) is liberated from the bead and released back into solution.

2797090

**H      Results of the "Click" Chemistry tests**

46.     The Eurofins Report explains that the following reactions were analyzed using azide-alkyne "click" chemistry (paragraph 13):

   (a)      the BGI Labelled dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 16).

   (b)      the Illumina dNTPs Mix was analyzed for the presence of dNTPs possessing an azido group in reactions containing alkyne-agarose beads, additives, and copper (II) sulfate solution (paragraph 18).

47.     Control reactions were also performed in which the copper (II) sulfate solution was excluded (and replaced with Tris buffer); see paragraphs 17 and 19.  As the "click" reaction between an azide group and an alkyne group is catalysed by copper(I)[5], a migration of the color from the solution to the beads during the reactions performed with Tris buffer would suggest non-specific binding of dNTPs to the alkyne-agarose beads rather than binding mediated by the presence of an azido group via the specific copper(I) catalysed azide-alkyne reaction.

48.     The experimental and control samples were incubated for 16 hours, after which the color of the beads was examined.  The beads were then serially washed; three times with the wash solution of the supplier and three times with Tris buffer, pH 8.0.  The wash solutions were collected and set aside (paragraph 21).  Figures 1 to 4 of the Eurofins Report show the visual appearance of the alkyne-agarose beads after the washing steps.  In summary:

   (a)      The samples containing the BGI Labelled dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in triplicate.  After the six wash steps, the beads maintained the blue color of the BGI Labelled dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 1 and paragraph 22).  The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the BGI Labelled dNTPs Mix was not removed by washing (paragraph 23).

---

[5] I have been informed that the "click" chemistry kit used for the testing described in the Eurofins Report includes a preliminary step of mixing two proprietary solutions with copper (II) sulfate, which I understand generates the copper (I) catalyst required in the azide-alkyne click reaction.

(b)  The samples containing the Illumina dNTPs Mix, alkyne-agarose beads, additives, and copper (II) sulfate were tested in duplicate.  After the six wash steps, the beads maintained the blue color of the Illumina dNTPs Mix (i.e. the beads were visibly blue rather than colorless; see Figure 3 and paragraph 26). The absorption spectra of the wash solutions also confirmed that the blue color taken on by the beads during incubation with the Illumina dNTPs Mix was not removed by washing (paragraph 27).

(c)  Negative control samples excluding the copper catalyst were also tested for the BGI Labelled dNTPs Mix and the Illumina dNTPs Mix.  No visible color remained on the alkyne-agarose beads after the six washing steps for any of the control samples (i.e. the beads became colorless on washing; see Figures 2 and 4).  This confirms the absence of non-specific binding of dNTPs in the BGI Labelled dNTPs Mix or Illumina dNTPs Mix to the alkyne-agarose beads and that the presence of the click catalyst copper-containing solution was necessary to achieve binding of dye-labelled compounds to the alkyne-agarose beads.

49.  Figures 1-4 of the Eurofins Report show that the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples behaved identically in the "click" chemistry tests. The stable binding of dye-labelled dNTPs to the beads for the BGI Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples, which was absent for the negative control samples, confirms that dye-labelled dNTPs were bound to the beads via a click reaction between the alkyne-containing beads and an azido group of the dye-labelled dNTPs.  The binding of dye label to the beads confirms the presence of fluorescently-labelled dNTPs containing an azido group in both the BGI Labelled dNTPs Mix and Illumina dNTPs Mix.

50.  In relation to the dNTPs of the Illumina dNTPs Mix, in light of the known structure of Illumina's 3'-O-azidomethyl dNTPs (see Figure 5 above), this result is as I would expect.  The results for the BGI Labelled dNTPs Mix samples are also consistent with the fluorescently-labelled dNTPs of the BGI Labelled dNTPs Mix being dNTPs modified with 3'-O-azidomethyl blocking groups.

51.  After washing, the agarose beads of each sample were treated with hydrazine and incubated for 90 minutes on a shaker (paragraph 31).

2797090

52.     After hydrazine treatment, the dye that was bound to the agarose beads of the BGI
        Labelled dNTPs Mix samples and the Illumina dNTPs Mix samples was released from
        the beads and returned to solution as confirmed by the colorless appearance of the
        beads (see Figures 5 and 9) and the visibly blue appearance of the hydrazine filtrates
        (see Figures 6 and 10).  Significant absorption was also measured for the respective
        hydrazine filtrates (paragraphs 33 and 37).

53.     Hydrazine treatment of the negative control samples was consistent with no dye having
        bound to the beads – the beads remained colorless (see Figures 7 and 11) and the
        presence of hydrazine did not cause the filtrates to display any significant absorption
        (see Figures 8 and 12, and paragraphs 35 and 39).

54.     The selective release of dye from the alkyne-agarose beads of the BGI Labelled
        dNTPs Mix samples and the Illumina dNTPs Mix samples by hydrazine treatment
        confirms that the dye-labelled compounds were linked to the beads because they
        possess an azido group and not via non-specific binding.  These results confirm the
        presence of fluorescently-labelled dNTPs possessing an azido group in both the BGI
        Labelled dNTPs Mix and the Illumina dNTPs Mix.


**I      Liquid Chromatography/Mass Spectrometry (LC/MS) Analysis of dNTPs in the
        BGI Unlabelled dNTPs Mix**

55.     LC/MS is an analytical technique that combines liquid chromatography with mass
        spectrometry.

56.     Liquid chromatography is used to separate the components of mixtures containing
        multiple components.  The technique is based upon passing a liquid solvent containing
        the sample mixture (referred to as the 'mobile phase') through a column filled with a
        solid material that interacts with the sample mixture (referred to as the 'stationary
        phase').  Each component in the sample interacts slightly differently with the solid
        material of the stationary phase, causing the components to migrate through the
        column at different rates, leading to the separation of the components as they flow out
        of the column.  Separation based on this differential chromatographic retention permits
        further analysis of the separated components to be performed.

57.     Mass spectrometry allows the mass of molecules to be determined, which is a highly
        discriminatory piece of information.  The chances of two different molecules, not to
        mention two different 3'-modified dNTPs, having precisely the same mass is extremely

small. The basic principle of mass spectrometry involves passing charged particles (*i.e.* ions) through a magnetic field, allowing them to be selected on the basis of (i) the charge that they carry and (ii) their molecular mass.   This allows molecules to be identified by observing the signals generated when their unique pattern of ions contacts the surface of a detector as illustrated in the schematic diagram at Figure 8 below. Since dNTPs are free anions in water, the negative charge of the dNTPs can be used in this mass spectrometric analysis (so called "negative ion mode").



**Figure 8:** Illustration of a quadrupole-based MS system.  The quadrupole consists of two pairs of parallel metal rods. Different voltages are applied to each pair of rods generating a magnetic field in the quadrupole.   Ions travel down the quadrupole between the rods.  Only ions of a certain mass-to-charge ratio (m/z) will reach the detector for a given ratio of voltages: other ions have unstable trajectories and will collide with the rods.  This allows selection of an ion with a particular m/z for detection.

## I.1      Eurofins LC/MS analysis

58.     The Eurofins Report describes the use of LC/MS to establish the mass of the dNTPs in: (i) the BGI Unlabelled dNTPs Mix; and (ii) a mixture of commercially available 3'-O-azidomethyl-dNTPs, with known structure[6], that were obtained from Jena Bioscience GmbH (hereafter referred to as the **Jena 3-AZM-dNTPs**).

---

[6] The structural formulae of the Jena 3-AZM-dNTPs (i.e. 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and 3'-O-azidomethyl-dTTP) are shown at paragraph 43 of the Eurofins Report.

59.     LC/MS analysis was performed on each of the four Jena 3-AZM-dNTPs in order to independently confirm the observed mass of each individual Jena 3-AZM-dNTP (paragraph 45).  A mixture of the Jena 3-AZM-dNTPs was also prepared and tested, which confirmed that the mass of each of the four 3-AZM-dNTPs in the mixture was identical (within experimental error) to the mass observed for the respective individual 3-AZM-dNTPs (paragraph 46).

60.     LC/MS analysis was then performed on the BGI Unlabelled dNTPs Mix and a mixture of the Jena 3-AZM-dNTPs (hereafter referred to as the **Jena 3-AZM-dNTPs Mix**; paragraphs 48 to 52).  In brief, the samples were separated by liquid chromatography using a Phenomenex Luna Omega Polar C18 column (Phenomenex Inc., Torrence, CA) and then analyzed using an AB SCIEX Triple Quad mass spectrometer (AB Sciex LLC, Framingham, MA).

**I.2     Results of the Eurofins LC/MS analysis**

61.     Table 2 of the Eurofins Report, which I have reproduced below, reports the expected masses for each of the 3'-azidomethyl-dNTPs (based on the known atomic composition of each free anion for the four Jena 3-AZM-dNTPs) and the observed masses for each dNTP in the Jena 3-AZM-dNTPs Mix and in the BGI Unlabelled dNTPs Mix.

| dNTP | Source | Observed Ion (mass/charge) |
|---|---|---|
| **3-AZM-dTTP** | Expected | 536.2 |
| | Jena | 536.1 |
| | BGI | 536.1 |
| **3-AZM-dATP** | Expected | 545.2 |
| | Jena | 545.1 |
| | BGI | 545.3 |
| **3-AZM-dCTP** | Expected | 521.2 |
| | Jena | 521.1 |
| | BGI | 521.2 |
| **3-AZM-dGTP** | Expected | 561.2 |
| | Jena | 561.1 |
| | BGI | 561.1 |

**Table 2** reproduced from the Eurofins Report

62.   The results in Table 2 confirm that the dNTPs in both the BGI Unlabelled dNTPs Mix and the Jena 3-AZM-dNTPs Mix have the expected mass of the four 3'-O-azidomethyl-dNTPs.

63.   LC/MS is an extremely powerful technique which permits the resolution and identification of molecules in a highly discriminatory manner.  In my opinion, these results confirm that each of the dNTPs in the BGI Unlabelled dNTPs Mix has the same structural composition as the dNTPs in the Jena 3-AZM-dNTPs Mix.

**J      Summary on the identity of the BGI dNTPs**

64.   The "click" chemistry tests that are described in the Eurofins Report definitively confirm that the dNTPs of the BGI Labelled dNTPs Mix possess an azido group.  These results are consistent with the LC/MS data, which show that each of the dNTPs of the BGI Unlabelled dNTPs Mix has a mass that corresponds to (within the experimental error of ±0.2 atomic mass units) the expected and observed masses of each of the

respective Jena 3-AZM-dNTPs.  Based on these LC/MS data, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same composition as each of the respective Jena 3-AZM-dNTPs.

65.   I have been informed that BGI's sequencing-by-synthesis method uses both BGI Labelled dNTPs and BGI Unlabelled dNTPs in the same SBS sequencing cycle reactions, such that both labelled and unlabelled dNTPs are incorporated into new complementary DNA strands during the incorporation reactions.  As I mentioned above, the GenomeWeb article to which I refer at paragraph 19(d) states that BGI's SBS uses 3'-O-modified dNTPs.  In view of the publicly available information regarding BGI's SBS method, and the masses of the BGI Unlabelled dNTPs provided in the Eurofins Report, it is my opinion that each of the dNTPs of the BGI Unlabelled dNTPs Mix has the same structural configuration as each of the respective Jena 3-AZM-dNTPs (i.e., 3'-O-azidomethyl-dATP, 3'-O-azidomethyl-dCTP, 3'-O-azidomethyl-dGTP and  3'-O-azidomethyl-dTTP).    Therefore, it is my opinion that the unlabelled nucleotides used in the BGISEQ-500 platform for SBS are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above.

66.   With this understanding, and in view of the "click" chemistry tests reported in the Eurofins Report, it is my opinion that the dNTPs of the BGI Labelled dNTPs mix have the same 3'-O-azidomethyl modification as the BGI Unlabelled dNTPs.  Therefore, it is my opinion that the labelled nucleotides used in the BGISEQ-500 platform for SBS also are nucleotide triphosphate molecules comprising a purine or pyrimidine base and a deoxyribose sugar moiety having an azidomethyl group attached in the 3' position (i.e. a $-OCH_2N_3$ group), thereby possessing the features of claim 1 of EP 289 as set out in paragraph 36 above.  This method of SBS, which uses a removable 3'-O-azidomethyl blocking group as a reversible terminator is described at paragraphs 25-29 and 30 above.

67.   While I understand that the BGI Kit contains the reagents needed for performing DNA sequencing on the BGISEQ-500, my expectation is that the same 3'-blocked terminator chemistry would be used across BGI's other DNA sequencing platforms.  This expectation is consistent with the GenomeWeb article to which I refer at paragraph 19(d) above, which suggests that the same sequencing chemistry (which is referred to as the "*current sequencing chemistry*") is used on at least the MGISEQ-200, the MGISEQ-2000 and the MGISEQ-T7.    My analysis and conclusions

summarised in paragraphs 64-66 above therefore also apply to labelled and unlabelled dNTPs that are provided in kits, other than the BGI Kit, that are used to perform BGI's cPas-based sequencing method (using 3'-blocked dNTPs with cleavable fluorescent dyes) on BGI's other sequencing platforms.

**Statement of truth**

I confirm that I have made clear which facts and matters referred to in this declaration are within my own knowledge and which are not.  Those that are within my own knowledge I confirm to be true.  The opinions I have expressed represent my true and complete professional opinions on the matters to which they refer.

SIGNED:      ……………………………………..

NAME:        Professor Floyd Romesberg

DATE:        May 13, 2019

**ANNEX A TO THE
DECLARATION OF PROFESSOR FLOYD ROMESBERG**





# BGISEQ-500
## Human Whole Genome Sequencing

*A Validation Study Report*

TECHNICAL NOTE

# BGISEQ-500 Human Whole Genome Sequencing

## A Validation Study Report

BGI has conducted comprehensive pilot studies to establish the performance of the BGISEQ-500 sequencing system by comparing human whole genome sequencing data to that generated by the current industry standard sequencing system.

This report summarizes in-house experiments with the standard GIAB NA12878 sample, and presents data from a collaborative study with real human samples. We also present data that demonstrates great system stability over a period of 6 month of BGISEQ-500 Whole Genome Sequencing of more than 5,000 samples at our production service laboratory.

## Highlights



High quality sequencing data →

Applicable to many sample types →

High accuracy and sensitivity in variant calls →

Stable data output in a production setting →

Scalable for large population genetics studies →

# A New Desktop Sequencer with Innovative Technology

BGISEQ-500 is an innovative high-throughput sequencing solution, developed by BGI's Complete Genomics subsidiary in Silicon Valley. The system is powered by combinatorial Probe-Anchor Synthesis (cPAS), linear isothermal Rolling-Circle Replication and DNA Nanoballs (DNB™) technology, followed by high-resolution digital imaging.

The combination of linear amplification and DNB technology reduces the error rate while enhancing the signal. The size of the DNB is controlled in such a way that only one DNB is bound per active site on the BGISEQ-500 flow cell. This densely patterned array technology provides optimal sequencing accuracy and increases flow cell utilization.





2

# Unparalleled Quality for
# Human Whole Genome Sequencing

The human WGS reference sample NA12878 released by the Genome in a Bottle (GIAB) consortium was used to validate the BGISEQ-500 sequencing platform. Sequencing data from three technical replicates were generated and compared to data from the Illumina HiSeq X Ten sequencing system. Libraries were prepared according to the manufacturer's protocols.

The BGISEQ-500 sequencing system generated high quality PE100 data comparable to the HiSeq X Ten (Table 1). At 100 Gb data output, over 95% of bases score above Q20, over 89% of bases score above Q30, while the genome mapping rate and the unique mapping rate of BGISEQ-500 were 99.47% and 94.33% respectively. The high genome coverage by BGISEQ-500 provides comprehensive genomic information and helps discovery of low frequency mutations. Notably, the duplicate rate from the BGISEQ-500 data was 1.77%, much lower than the 11.76% duplicate rate seen from the HiSeq X Ten. Since duplicated reads are usually removed for downstream variant analysis, the BGIEQ-500 will generate more usable data than the HiSeq X Ten at the same data output.

▼ **Table 1.** Data quality, mapping rate and coverage statistics for human reference sample NA12878 (average of 3 technical replicates).

| PARAMETER | BGISEQ-500 (average) | HiSeq X Ten (average) |
|---|---|---|
| Clean reads (M) | 1,001 | 732 |
| Clean data amount (Gb) | 100 | 110 |
| Clean read Q20 (%) | 95 | 97.01 |
| Clean read Q30 (%) | 89.9 | 90.47 |
| GC content (%) | 41.71 | 40.94 |
| Mapping rate (%) | 99.47 | 96.52 |
| Unique rate (%) | 94.33 | 85.14 |
| Duplicate rate (%) | 1.77 | 11.76 |
| Mismatch rate (%) | 0.53 | 0.56 |
| Average sequencing depth | 33 | 31 |
| Coverage (%) | 99.1 | 98.95 |
| Coverage at least 4X (%) | 98.62 | 98.43 |
| Coverage at least 10X (%) | 97.68 | 97.24 |
| Coverage at least 20X (%) | 93.09 | 91.45 |

# SNP and Indel Performance

For the SNPs and Indels included in the GIAB high-confidence variant reference data set (see Fig.1 and Fig.2), the relative concordance rates for the BGISEQ-500 and HiSeq X Ten for SNP and Indel calls were 94.06% and 86.74% respectively. For the reference sample NA12878, the BGISEQ-500 detected a total of 3,036,528 SNPs and 340,481 Indels. The BGISEQ-500 demonstrated a sensitivity of 96.21% and accuracy of 99.94% for SNP calls, a sensitivity of 93.23% and accuracy of 97.62% for Indel calls, demonstrating equivalent sensitivity and accuracy to the HiSeq X Ten. Notably, the Indel precision of the BGISEQ-500 was much higher than the HiSeq X Ten platform.



Figure 1. SNP calling in the GIAB high-confidence SNP reference dataset.

Figure 2. Indel calling in the GIAB high-confidence Indel reference dataset.

4

## Pilot Sample Data

5 Human blood DNA samples from collaborators at a prestigious university in the US were sequenced by both BGISEQ-500 and HiSeq X Ten systems with 30X average coverage. Like from the reference sample, the BGISEQ-500 generated high-quality data comparable to the HiSeq X Ten, with a significantly lower duplication rate (ranging from 1.83% to 2.55%) than X Ten (ranging from 14.18% to 15.15%), and a higher unique mapping rate (ranging from 90.74% to 91.33%) than X Ten (ranging from 79.73% to 80.86%) as shown in See Fig.3a. The average coverage for the 5 samples of BGISEQ-500 is very high (ranging from 98.73% to 98.85%, See Fig.3b). There is a high consistency in variant calls between BGISEQ-500 and HiSeq X Ten and the concordance rates of SNP and Indel calls are 95.85% and 83.39.0% respectively for all 5 test samples (See Fig.3c).



▲ **Figure 3a.** Mapping Rate and Duplicate Rate between BGISEQ-500 and HiSeq X Ten.



▲ **Figure 3b.** Average coverage between BGISEQ-500 and HiSeq X Ten for 5 test samples.



▲ **Figure 3c.** Concordance between BGISEQ-500 and HiSeq X Ten of SNP and Indel Calling for 5 test samples.

5

# Suitable for Diverse Sample Types

WGS has been successfully performed on the BGISEQ-500 in an industrial sequencing production laboratory for DNA isolated from a wide variety of sources including blood, saliva and FFPE samples, with a success rate of 99% for conventional samples and over 90% for the more challenging FFPE samples, as demonstrated in Fig. 4. Successful sequencing at BGI is defined by strict quality requirements, such as Q20>90%, Q30>80%, and a GC content between 39% and 43%.



▲ **Figure 4.** Sequencing success rate for different sample types.

# Stable and Reproducible
# Data Performance

1,355 Samples were randomly selected from over 5,000 samples that were sequenced at BGI's laboratory over a period of 6 months. The data output and data quality remained stable (Fig. 5a and 5b) over that period. The average data yield was around 140 Gb per lane, and average Q20 and Q30 scores were 96.16% and 87.86% respectively. The average GC content was 41.69% without obvious base bias.



◄ Figure 5a. Data throughput by BGISEQ-500 in the production line (for 1355 randomly selected samples).

◄ Figure 5b. Data quality score and GC content by BGISEQ-500 in the production line (for 1355 randomly selected samples).

# Conclusion

In summary, the BGISEQ-500 sequencing system has shown to deliver consistent high quality human whole genome sequencing data and can be used to catalogue genetic variant accurately and comprehensively.

A typical BGISEQ-500 WGS dataset (Genome in a Bottle, Human DNA NA12878) can be downloaded for review, from: www.ebi.ac.uk/ena/data/view/PRJEB19427

**For More Information**

To learn more about our human whole genome sequencing service, other sequencing services or about our BGISEQ-500 platform, please visit www.bgi.com , email info@bgi-international.com or contact your local BGI representative.

BGI Americas
One Broadway,
Cambridge, MA 02124,
USA
Tel: +1 617 500 2741

BGI Europe
Ole Maaløes Vej 3,
DK-2200 Copenhagen N
Denmark
Tel: +45 7026 0806

BGI Asia-Pacific
16 Dai Fu Street,
Tai Po Industrial Estate,
New Territories, Hong Kong
Tel: +852 36103510

Copyright ©2018 BGI. The BGI logo is a trademark of BGI. All rights reserved.

All brand and product names are trademarks or registered trademarks of their respective holders. Information, descriptions and specifications in this publication are subject to change without notice.

Published January 2018.

All Services and Solutions are for research use only.

BGISEQ-500 Services are executed at our service laboratory in China.

We Sequence, You Discover

BGI

**ANNEX B TO THE**
**DECLARATION OF PROFESSOR FLOYD ROMESBERG**

**BGISEQ-500 System Specification**

| Operating Environment | Instrument Control PC | Power Requirements |
|---|---|---|
| Temperature: 19℃～22℃ | CPU: Intel Xeon E5 10Core * 2 2.3GHz | 200-240VAC，50/60Hz |
| Humidity: Non-condensing 35％RH～80％RH relative humidity | Memory: 128GB | Power Consumption: 1200VA |
| Altitude: Less than 2000m | Storage: 12TB | |
| **Dimensions** | | **Weight** |
| W×D×H: 1228mm×734mm×723mm | Operating System: Windows 7(64-bit) | 200kg |



If you are interested in Next Generation Sequencing (NGS), please visit www.mgitech.cn for more relevant information on your research applications.

**Service & Support**

As a subsidiary of BGI, MGI has accumulated rich experience in gene sequencing with an excellent team of scientists and engineers, who are committed to providing comprehensive technical support in each section: from the installation, testing and operation, training, maintenance to subsequent upgrades, as well as the laboratory system construction, experiment scheme design and sequencing data analysis. You will experience an unprecedented journey of sequencing.

**Contact Us**

MGI Tech Co., Ltd.
Address: Building11, Beishan Industrial Zone, Yantian District, Shenzhen, CHINA 518083
Email：MGI-service@genomics.cn
Website: www.mgitech.cn
Tel: 4000-966-988



Wechat      Website

**CLINICAL USE IS SUBJECT TO REGULATORY APPROVAL.**

For Study and Research Use Only. Not for Commercial Use.

Copyright @2018 By MGI Tech Co., Ltd.. No part of this brochure, including but not limited to interior design, cover design and icons, may be reproduced or transmitted in any form, by any means(electronic, photocopying, recording, translating or otherwise) without the prior written permission of MGI Tech Co., Ltd.

Any trademarks or icons in the brochure are the property of MGI Tech Co., Ltd. or their respective owners.

Published in CHINA, January 2018



# BGISEQ-500

## A BGI Sequencer

Next Generation Sequencing
Next Generation Experience



# BGISEQ-500

A benchtop high-throughput open sequencing platform that provides end-to-end solutions



Patterned array

DNA Nanoballs (DNB)

## Accuracy

DNA Nanoballs (DNB)

Patterned array

BGISEQ-500 is an industry leading high-throughput sequencing solution, powered by combinatorial Probe-Anchor Synthesis (cPAS) and improved DNA Nanoballs (DNB) technology. The cPAS chemistry works by incorporating a fluorescent probe to a DNA anchor on the DNB, followed by high-resolution digital imaging. This combination of linear amplification and DNB technology reduces the error rate while enhancing the signal. In addition, the size of the DNB is controlled in such a way that only one DNB is bound per active site. This patterned array technology not only provides sequencing accuracy, but also increases the chip utilization and sample density.



## Simplicity

One-touch sequencing
Automation application analysis

BGISEQ-500 is equipped with an intelligent, touch-sensitive interface providing simple, user-friendly operation. The automated tracking capabilities for samples, chips and reagents make lab information management simple, secure and traceable.



## Speed

End-to-end sequencing operation
The fastest turn around time 24 hours

BGISEQ-500 provides a clear end-to-end sequencing work flow and allows for complete analysis of samples from input to the final result in as little as 24 hours when combined with the optional automatic library preparation and sample loading instruments.



Dual-chip Platform

Barcode Scanning



WGS

WES

RNA-Seq

Transcriptome

ChIP-Seq

NIPS

Tumor Profiling

PGS / PGD

## Flexibility

Independent  dual-chip platform
Optional multi-mode throughput

Each BGISEQ-500 can process two chips in a single run, with each chip capable of running different conditions on independent samples. In addition, we have developed two different types of chips: the high-throughput chip is well suited for analyzing many different sample types and provides large read output per run (200 Gb), whereas the fast-throughput chip is optimized for short turn-around-time applications, such as clinical exomes, or for more economical runs where less data is required. These flexibilities will meet a variety of customers' sequencing needs; therefore, bring the best value to our users.

## Expandability

Open-ended platform
Meet various sequencing requirements

BGISEQ-500 has an optional automatic library preparation and sample loading system supporting a variety of library preparation strategies. For each library method, specific reagent cartridges are formulated to maximize system performance and make the operation smooth and seamless. We've built flexibility into the system so as applications expand into new scientific and clinical areas, so will BGISEQ-500.

**ANNEX C TO THE**
**DECLARATION OF PROFESSOR FLOYD ROMESBERG**

Fehlmann et al. Clinical Epigenetics (2016) 8:123
DOI 10.1186/s13148-016-0287-1

Clinical Epigenetics

**RESEARCH**

**Open Access**



# cPAS-based sequencing on the BGISEQ-500 to explore small non-coding RNAs

Tobias Fehlmann[1], Stefanie Reinheimer[3], Chunyu Geng[2*], Xiaoshan Su[2], Snezana Drmanac[2,4], Andrei Alexeev[2,4], Chunyan Zhang[2], Christina Backes[1], Nicole Ludwig[3], Martin Hart[3], Dan An[2], Zhenzhen Zhu[2], Chongjun Xu[2,4], Ao Chen[2], Ming Ni[2], Jian Liu[2], Yuxiang Li[2], Matthew Poulter[2], Yongping Li[2], Cord Stähler[1], Radoje Drmanac[2,4], Xun Xu[2*], Eckart Meese[3] and Andreas Keller[1*]

## Abstract

**Background:** We present the first sequencing data using the combinatorial probe-anchor synthesis (cPAS)-based *BGISEQ-500* sequencer. Applying cPAS, we investigated the repertoire of human small non-coding RNAs and compared it to other techniques.

**Results:** Starting with repeated measurements of different specimens including solid tissues (brain and heart) and blood, we generated a median of 30.1 million reads per sample. 24.1 million mapped to the human genome and 23.3 million to the *miRBase*. Among six technical replicates of brain samples, we observed a median correlation of 0.98. Comparing BGISEQ-500 to HiSeq, we calculated a correlation of 0.75. The comparability to microarrays was similar for both BGISEQ-500 and HiSeq with the first one showing a correlation of 0.58 and the latter one correlation of 0.6. As for a potential bias in the detected expression distribution in blood cells, 98.6% of HiSeq reads versus 93.1% of BGISEQ-500 reads match to the 10 miRNAs with highest read count. After using miRDeep2 and employing stringent selection criteria for predicting new miRNAs, we detected 74 high-likely candidates in the cPAS sequencing reads prevalent in solid tissues and 36 candidates prevalent in blood.

**Conclusions:** While there is apparently no ideal platform for all challenges of miRNome analyses, cPAS shows high technical reproducibility and supplements the hitherto available platforms.

**Keywords:** Next-generation sequencing, miRNA, Biomarker discovery, BGISEQ

## Background

Currently, high-throughput analytical techniques are massively applied to further the understanding of the non-coding transcriptome [1]. Still, the full complexity of non-coding RNAs is only partially understood. One class of well-studied non-coding RNAs comprises small oligonucleotides, so-called miRNAs [2, 3].

Among the techniques most commonly used for miRNA profiling are microarrays, RT-qPCR, and next-generation sequencing (NGS), also referred to as high-throughput sequencing (HTS). An excellent review on the different platforms and a cross-platform comparison has been recently published [4]. A detailed examination

of technologies, however, frequently reveals a bias. One reason for the respective bias is the ligation step, as, e.g., reported by Hafner and co-workers [5]. For example, the quantification of miRNAs differs between NGS and microarrays as it is dependent on base composition [6]. Especially, the guanine and uracil content of a miRNA seems to influence the abundance depending on the platform used. A substantial strength of NGS is the ability to support the completion of the non-coding transcriptome. Unlike microarrays and RT-qPCR, NGS allows the discovery of novel miRNA candidates. To this end, different algorithms have been implemented, with *miRDeep* being one of the most popular ones [7]. A substantial part of small RNA sequencing data has been obtained using HiSeq and MiSeq platforms (Illumina) based on stepwise sequencing by polymerase on DNA microarrays prepared by bridge PCR [8], as well as the

* Correspondence: gengchunyu@genomics.cn; xuxun@genomics.cn; andreas.keller@ccb.uni-saarland.de
[2]BGI-Shenzhen, Shenzhen, China
[1]Clinical Bioinformatics, Saarland University, 66125 Saarbrücken, Germany
Full list of author information is available at the end of the article



© The Author(s). 2016 **Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123

IonTorrent systems from Thermo Fisher Scientific using a different type of polymerase-based stepwise sequencing on micro-bead arrays generated by emulsion PCR, the first method proposed for making microarrays for massively parallel sequencing [9]. Another approach is the ligase-based stepwise sequencing also using micro-bead arrays, applied for example by ThermoFisher Scientific's SOLiD sequencing platform, and which has also been used to analyze and present novel miRNAs [10].

In the current study, we applied the new combinatorial probe-anchor synthesis (cPAS)-based BGISEQ-500 sequencing platform that combines DNA nanoball (DNB) nanoarrays [11] with stepwise sequencing using polymerase. An important advantage of this technique compared to the previously mentioned sequencing systems is in that no PCR is applied in preparing sequencing arrays. Applying cPAS, we investigated the human non-coding transcriptome. We first evaluated the reproducibility of sequencing on standardized brain and heart samples, then compared the performance to Agilent's microarray technique and finally evaluated blood samples. Using the web-based miRNA analysis pipeline *miRmaster* and the tool *novoMiRank* [12], we finally predicted 135 new high-likely miRNA candidates specific for tissue and 35 new miRNA candidates specific for blood samples.

## Methods
### Samples
In this study, we examined the performance of three sample types using three techniques for high-throughput miRNA measurements (Illumina's HiSeq sequencer, Agilent's miRBase microarrays, and BGI's BGISEQ-500 sequencing system, see details below). The three specimens were standardized HBRR sample ordered from Ambion (catalog number AM6051) and UHRR sample ordered from Agilent (catalog number 740000). UHRR and HBRR samples were measured in two and six replicates, respectively. As third sample type, we used *PAXGene* blood tubes. Here, two healthy volunteers' blood samples were collected and miRNAs were extracted using PAXgene Blood RNA Kit (Qiagen) according to manufacturer's protocol. The study has been approved by the local ethics committee.

### Next-generation sequencing using BGISEQ-500
We prepared the libraries starting with 1 μg total RNA for each sample. Firstly, we isolated the microRNAs (miRNA) by 15% urea-PAGE gel electrophoresis and cut the gel from 18 to 30 nt, which corresponds to mature miRNAs and other regulatory small RNA molecules. After gel purification, we ligated the adenylated 3′ adapter to the miRNA fragment. Secondly, we used the RT primer with barcode to anneal the 3′ adenylated adapter in order to combine the redundant unligated 3′

adenylated adapter. Then, we ligated the 5′ adapter and did reverse transcript (RT) reaction. After cDNA first strand synthesis, we amplified the product by 15 cycles. We then carried out the second size selection operation and selected 103–115 bp fragments from the gel. This step was conducted in order to purify the PCR product and remove any nonspecific products. After gel purification, we quantified the PCR yield by Qubit (Invitrogen, Cat No. Q33216) and pooled samples together to make a single strand DNA circle (ssDNA circle), which gave the final miRNA library.

DNA nanoballs (DNBs) were generated with the ssDNA circle by rolling circle replication (RCR) to enlarge the fluorescent signals at the sequencing process as previously described [11]. The DNBs were loaded into the patterned nanoarrays and single-end read of 50 bp were read through on the BGISEQ-500 platform for the following data analysis study. For this step, the BGISEQ-500 platform combines the DNA nanoball-based nanoarrays [11] and stepwise sequencing using polymerase, as previously published [13–15]. The new modified sequencing approach provides several advantages, including among others high throughput and quality of patterned DNB nanoarrays prepared by linear DNA amplification (RCR) instead of random arrays by exponential amplification (PCR) as, e.g., used by Illumina's HiSeq and longer reads of polymerase-based cycle sequencing compared to the previously described combinatorial probe-anchor ligation (cPAL) chemistry on DNB nanorrays [11]. The usage of linear DNA amplification instead of exponential DNA amplification to make sequencing arrays results in lower error accumulation and sequencing bias.

### Next-generation sequencing using HiSeq
Samples have been sequenced using Illumina HiSeq sequencing according to manufacturer's instructions and as previously described [16, 17].

### Agilent microarray measurements
For detection of known miRNAs, we used the SurePrint G3 8×60k miRNA microarray (miRBase version 21, Agilent Technologies) containing probes for all miRNAs from miRBase version 21 in conjunction with the miRNA Complete Labeling and Hyb Kit (Cat. No. 5190-0456) according to the manufacturer's recommendations. In brief, 100 ng total RNA including miRNAs was dephosphorylated with calf intestine phosphatase. After denaturation, Cy3-pCp was ligated to all RNA fragments. Labeled RNA was then hybridized to an individual 8×60k miRNA microarray. After washing, array slides were scanned using the Agilent Microarray Scanner G2565BA with 3-μm resolution in double-pass mode. Signals were retrieved using Agilent AGW Feature Extraction software (version 10.10.11).

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123

## Data availability

The new sequencing data using BGISEQ-500 data are available in the Additional file of this manuscript (Additional file 1: Table S3).

## Bioinformatics analysis

The raw reads were collapsed and used as input for the web-based tool miRMaster, allowing for integrated analysis of NGS miRNA data. On the server side, mapping to the human genome was carried out using *Bowtie* [18] (one mismatch allowed). miRNAs were quantified similar to the popular *miRDeep2* [19] algorithm. The prediction of novel miRNAs was performed using an extended feature set built up on novoMiRank [12]. For classification, an *AdaBoost* model using decision trees was applied. Novel miRNAs were cross-checked against other RNA resources, including the *miRBase* [20], *NONCODE2016* [21], and *Ensembl* non-coding RNAs. The assessment of the quality of new miRNAs was carried out using the novoMiRank algorithm. A downstream analysis of results including cluster analysis was performed using R. For target prediction, we applied TargetScan 7.1 (http://www.targetscan.org/vert_71/) and predicted for all new miRNAs the targets. With the predictions, we extracted the context ++ scores and used them for prioritizing the targets, miRNA-target interactions with context++ scores below 1 were considered as high-likelihood targets. Target networks were constructed using an offline version of MiR-TargetLink [22] and visualized in Cytoscape. miRNA target pathway analysis has been carried out using Gene-Trai2 [23]. For the GeneTrail2 analysis, all available categories were analyzed, the minimal category size was set to 4 and all *p* values were adjusted using Benjamini-Hochberg adjustment.

## Results

### Raw data analysis

We sequenced six brain, two heart, and two blood samples using the BGISEQ-500 system. The resulting reads were mapped to the human genome allowing one mismatch per read. The 10 samples had a median of 30.1 million reads. Of these, 24.1 million reads mapped to the human genome and 23.3 million reads to miRNAs annotated in the human miRBase version 21. The remaining 0.7 million reads per sample contain potentially new miRNAs.

### Technical reproducibility of the BGISEQ-500 and comparison to microarrays

To assess the technical reproducibility of the sequencing platform, we evaluated the six technical replicates of the human brain sample (see correlation matrix in Fig. 1). The median correlation between the six replicates was 0.98, and the 25 and 75% quantile were 0.98 and 0.99, respectively. These data suggest an overall high

correlation for technical replicates on the BGISEQ-500 platform.

Comparing the BGISEQ-500 data to the measurements of the brain sample with microarrays (miRBase version 21) that have also been carried out as six technical replicates (median correlation of the microarrays was 0.999), we observed a log correlation of 0.48. A direct comparison is presented in the scatter plot in Fig. 2a. This plot highlights many miRNAs that can be measured at a comparable level on both platforms. However, a subset of the small non-coding RNAs is shifted toward higher expression on the array platform. The same behavior can be observed in the cluster heat map in Fig. 2b. This heat map graphically represents the 50 miRNAs with most different detection between both techniques. To compare rather the ranks of miRNAs instead of the absolute read counts, the replicated brain samples on both platforms were jointly quantile normalized. Three miRNAs, in particular, showed highly significant deviations (multiple testing adjusted *p* values below $10^{-20}$). Hsa-miR-8069 was almost not detected in the BGISEQ-500 but had 0.9 million normalized intensity counts on the array platform, hsa-miR-4454 had 51.6 normalized reads on the BGISEQ-500 versus 1.9 million normalized counts on the microarrays, and hsa-miR-7977 had 343.2 normalized reads on the BGISEQ-500 versus 1.3 million normalized counts on the microarrays. This means that the three miRNAs were orders of magnitudes more abundant on microarrays as compared to the sequencing system. The secondary structures of the three precursors are presented in Additional file 2: Figure S1. These results match well to previously published platform comparisons between NGS and microarrays [6]. Here, several miRNAs such as hsa-miR-941 (not detected in any array experiment, not detected in RT-qPCR, average read count of ~1000 reads using Illumina HiSeq sequencing) had expression levels differing several orders of magnitude between the miRBase microarrays and using HiSeq sequencing.

The full list of miRNAs with raw and adjusted *p* values in *t* test and Wilcoxon-Mann-Whitney test comparing BGISEQ-500 and microarrays is presented in Additional file 3: Table S1. Overall, the results are well in-line with those obtained between HiSeq NGS and the same microarray platform [6]. Reasons that explain differences between arrays and NGS include different sensitivity levels of the platforms, cross-hybridization of miRNAs with similar sequences on the microarrays or bias in library preparation. Further, effects of the normalization can lead to variations in miRNA quantification.

### Biological replicates of blood samples and comparison to other platforms

One of the most promising applications in small RNA analysis is biomarker profiling in body fluids. We

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123



**Fig. 1** Correlation matrix of the brain (six technical replicates), heart (two technical replicates), and blood (two biological replicates) sequenced by the BGISEQ-500 system

previously analyzed over 2000 blood samples on Agilent microarrays [17, 24, 25] and about 1000 samples using HiSeq sequencing [26, 27] and compared both platforms [6]. We correlated two newly sequenced blood samples using the BGISEQ-500 system to the data generated by HiSeq and Agilent microarrays. When interpreting the results, it is important to keep in mind that the microarrays and HiSeq data are from the same samples [6] while the newly sequenced blood drawings are from other individuals and thus biological but no technical replicates. To minimize a potential bias between the platforms with respect to different miRNA sets, we first reduced the marker set to the 2525 human miRNAs that were profiled on all platforms and next to the subset of 658 miRNAs that were discovered in all three platforms. For each, platform data were normalized using quantile normalization. Due to the wide dynamic range of miRNAs in blood samples, which is approximately $10^7$, we present the three pairwise comparisons (BGISEQ-500 to microarrays, BGISEQ-500 to HiSeq, and HiSeq to microarrays) on a log scale. The scatter plots are presented in Fig. 3. The highest correlation was observed for BGISEQ-500 to Illumina (0.75, Fig. 3a). Even the correlation between microarrays and HiSeq was below this

value (0.6, Fig. 3c). Especially since technical replicates have been measured for these platforms, the increased correlation of sequencing platforms is remarkable. The comparison of BGISEQ-500 and microarrays revealed correlation values in the same range as for the brain samples (0.58, Fig. 3b). The 3D scatter plot in Fig. 3d compares the expression of the three platforms directly to each other. The coloring of the miRNAs has been carried out with respect to the GC content.

### Expression distribution of miRNAs

As mentioned, miRNA expression is highly variable and can scatter across many orders of magnitude. We thus compared the distribution of the sequencing reads in blood samples on the HiSeq to the BGISEQ-500. Blood samples, including blood cells (especially red blood cells) are known to be enriched for few miRNAs that are highly expressed. The diagram in Fig. 4 (panel A) highlights that 90.8% of all blood sequencing reads from the HiSeq match to one single miRNA: hsa-miR-486-5p. The second most abundant miRNA miR-92a-3p takes further 5.5%, and already the third most abundant marker miR-451a has below 1% of all reads. In sum, 98.6% of all reads match to the top 10 miRNAs. For the

Fehlmann *et al. Clinical Epigenetics*  (2016) 8:123



**Fig. 2 a** Log average expression of common miRNAs for the brain RNA on BGISEQ-500 and on Agilent microarrays (six technical replicates each). **b** Heat map with dendrogram for the 50 most differently detected miRNAs in the brain RNA between Agilent and BGISEQ-500 (six technical replicates each)

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123



**Fig. 3** **a-c** Pairwise scatter plots for comparing expression of miRNAs in blood cells on microarrays, HiSeq, and BGISEQ-500. Please note that for HighSeq and Agilent technical replicates were measured, for BGISEQ-500 biological replicates. **d** 3D scatter-plot colored by the GC content of miRNAs

BGISEQ-500 (panel B), 45.9% of reads match to miR-451a, further 20% map to miR-191-5p and 13.3% map to miR-92a-3p. The most abundant miRNA in HiSeq, miR-486-5p, is detected in 7.7% of all reads. 93.1% of all sequenced reads match to the top 10 miRNAs.

Comparison of the distribution and abundance of miRNAs on the microarray platform is difficult since microarrays show a saturation effect. This means that for two miRNAs expressed in a range above the saturation, no difference can be observed. We nonetheless performed the same analysis as presented above, assuming that the sum of all expression counts equals to 100%. In this analysis, miR-451a which is found in 0.8% of HiSeq reads and 45.9% of BGISEQ-500 reads is the highest expressed

in microarrays (37.2% of all expression counts), followed by 17% of miR-486-5p.

**Prediction of novel miRNAs**

Predicting new miRNAs from NGS data is a challenging task since many false positive miRNA candidates are observed. We implemented our own prediction tool for miRNAs from NGS data and filtered the candidates stringently to reduce the false discovery rate. Without any filtering steps, our initial predictor trimmed for maximizing the ROC AUC returned 25,086 candidates across all samples. The exclusion of the candidates with low abundance (less than 10 total reads) reduced the number of candidates to around 10% (2354 candidates).

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123



**Fig. 4** Expression distribution of the 10 miRNAs with the highest detection in the blood RNA on the HiSeq system (**a**), BGISEQ-500 (**b**), and microarray system (**c**). Note that for the Agilent microarray system, the sum of all expression intensities was assumed to be 100%

Further analysis with *novoMiRank* (cutoff 1.5) filtered out more miRNAs, leaving 1553. The miRNAs were flagged by *novoMiRank* because of a high deviation from miRNAs in the first *miRBase* versions, including deviating length, free energy, or nucleic acid composition of miRNAs. Matching the remaining candidates to other RNA resource in a blacklisting step finally presented 926 miRNA candidates (Additional file 4: Table S2). Still, it is likely that this set contains many false positives. Additionally, low-throughput experimental validation of almost 1000 miRNA candidates, e.g., by Northern Blot is a very labor-extensive approach. We thus additionally compared the frequency of reads mapping to the blood versus tissue samples. As detailed in Fig. 5a, we observe a substantial variability between blood and tissue for the 926 miRNA candidates (correlation 0.18). Defining a miRNA as tissue/blood specific if it occurs with a factor of 100-fold higher in one of both sample types (normalized for the total number of samples) highlighted 74 new miRNA candidates specific for tissue and 36 new miRNA candidates specific for blood samples. Figure 5b shows bar plots for two miRNA precursors, the most tissue specific novel-mir-36616 (blue), only present in the brain samples, and the blood specific novel-mir-31007. The first miRNA, which is observed exclusively in the brain samples and not in the heart, reveals a significantly

less expressed 3′ mature form as compared to the 5′ mature form. The second miRNA is exclusively observed in blood samples. Here, the 5′ mature form is lower expressed compared to the 3′ form. The boxes above the bar plots show the secondary structures of both miRNA candidates.

**miRNA target analysis**

For all 926 miRNAs, we predicted targets using TargetScan. To rank miRNA-target interactions, we used the context++ score (distribution of the context++ score across all predictions is provided in Additional file 5: Figure S2). Thereby, we observed an accumulation of high-likelihood targets for tissue-specific miRNAs. Of the 926 miRNAs, the tissue specific had an average 42.8 targets, the neither for blood nor for tissue-specific miRNAs 40.7 targets while for blood-specific miRNAs, only 34.5 targets were predicted. The complex miRNA-target network is presented in Additional file 6: Figure S3. It contains 6014 nodes (5088 genes and 926 miRNAs). Network characteristics such as degree distribution and shortest path length are presented in Additional file 7: Figure S4. The genes with largest numbers of predicted miRNAs targeting the gene were CYB561D1 (229 miRNAs), FBXL12 (174 miRNAs), PML (162 miRNAs), and VNN3 (154 miRNAs). The distribution of miRNAs in

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123



**Fig. 5 a** Expression of novel miRNAs in blood versus tissue. The *green* miRNAs are specific for blood, the *orange* miRNAs for tissue, and the *blue* miRNAs were detected in both specimens. **b** Bar plot for two different miRNAs. The first miRNA novel-mir-36616 in *blue* is detected only in the brain tissue and not in the heart tissue or blood, the -3p form is one order of magnitude less expressed compared to the -5p mature form. The second miRNA novel-mir-31007 is expressed in blood and not in tissue, here, the -3p form is more than an order of magnitude more abundant compared to the -5p form

the different group is presented as Venn diagram in Additional file 8: Figure S5). Among the predicted target genes that were found only for candidate miRNAs being blood specific was, e.g., HMOX1, heme oxygenase 1, mediating the first step of the heme catabolism by cleaving heme to build biliverdin or HPX, coding for hemopexin. The complex nature of the in silico calculated miRNA-target network requires further analyses to

understand whether target genes accumulate in specific biochemical categories such as KEGG pathways or gene ontologies. We thus applied GeneTrail2 separately to the set of genes targeted by blood specific miRNAs, targeted by tissue specific miRNAs and by all other miRNAs. As the background sets, all genes predicted to be targeted by at least a single miRNA were selected and the functionality to compare different enrichment analyses by

Fehlmann *et al. Clinical Epigenetics*  (2016) 8:123

GeneTrail2 has been used. Enriched pathways seem to be largely relevant for either blood or tissue miRNAs, as Additional file 9: Figure S6 highlights. Tissue specific miRNAs had target genes enriched for DNA damage response, the apoptosis, or RNA polymerase II regulatory region DNA binding while blood miRNAs target genes were, e.g., enriched for TP35 network. Interestingly, tissue miRNA target genes also clustered on specific genomic locations (e.g., 19p12 and 19.q13) while blood miRNA targets did not show such an enrichment. In contrast, blood miRNA targets were enriched for disease phenotypes such as carotid artery diseases. In sum, the enrichment analysis highlights very distinct patterns for blood and tissue miRNA targets. Of course, not only the new miRNAs themselves but also the predicted targets deserve detailed experimental validation.

## Discussion

The advent of next-generation sequencing reduced the costs of sequencing while simultaneously increasing the speed of throughput [28]. Today, the costs for small RNA seq are almost equal to and even lower than miRNA microarrays, although small RNA-seq provides the additional possibility for detecting novel small RNA entities.

In the present study, we investigated two current sequencing approaches supporting massively parallel sequencing, which is of high relevance in small RNA research because of the high dynamic range of these molecules: DNA nanoball [11]-based sequencing by BGISEQ-500 and PCR cluster [8]-based sequencing by HiSeq. An important difference between these techniques is in that the first approach uses linear DNA amplification, and the second uses exponential DNA amplification to make sequencing arrays. The latter approach may in turn lead to amplification errors and some specific biases. Besides this fundamental difference, both approaches have their additional advantages and disadvantages. Specifically for the BGISEQ-500, the library preparation currently takes around three working days, the sequencing itself needs one or at maximum two working days. Each flowcell of the BGISEQ-500 has two lanes. On each of these lanes, 32 Gb data can be generated using single-end reads of length 50 bases. The cost of the reagent and material is around 200 USD for 20 million reads ensuring high-quality data at a reasonable cost.

Recently, we published a manuscript about bias in NGS and microarray analysis for miRNAs [6], highlighting that the expression of miRNAs on different platforms varies by, for example, the nucleic acid composition. In the validation by RT-qPCR, we focused on miRNAs discordant between the high-throughput platforms. Thereby, we observed cases where the RT-qPCR results were concordant with Illumina HiSeq, with

microarrays or with none of the techniques. Therefore, we were especially interested how the BGISEQ-500 platform compares to the HiSeq platform and microarrays with the content from the *miRBase* for small RNA analysis.

Three miRNAs had high divergence between arrays and BGISEQ-500, among them hsa-miR-4454, which was high abundant in arrays but almost not detectable in BGISEQ-500. According to the miRBase, only 28% of users believe that this miRNA is real. Although such votes have only limited value, they at least indicate that this miRNA may be influenced by technological bias.

For high-throughput sequencing, the library preparation and the kits used play a crucial role for the quality of the sequencing results. Others and we noticed an overly abundance of the miRNA miR-486-5p when using the TruSeq kit (Illumina, San Diego), which seems to be independent of the source of the analyzed material [6, 29, 30]. Using the BGISEQ-500 platform, we observed lower read counts for this miRNA. However, in some cases, the miRNA abundance of BGISEQ-500 matches to the HiSeq sequencing results while microarrays show a different expression level, and in other cases, the BGISEQ-500 deviates from the other platforms and in several cases, all three techniques provide substantially divergent results. The more even distribution of reads of the BGISEQ-500 compared to the HiSeq results facilitates the discovery of new miRNAs, which are expected to be significantly less expressed as compared to the already known miRNAs, especially from early miRBase versions.

With respect to many miRNA currently annotated in miRBase and the rapidly growing number of new miRNAs, it is essential not only to have tools for filtering likely false-positives such as the NovoMiRank tool but also to carry out validation of miRNAs using other molecular biology approaches such as cloning and Northern blotting.

Focusing on the performance of the BGISEQ-500, we found a high technical reproducibility of sequencing results, which was however slightly below the technical reproducibility of microarrays. This fact can have different reasons, e.g., the different limit of detection of microarrays. In contrast to sequencing, microarrays have a saturation effect. With respect to the total number of discovered known miRNAs, performance of the BGISEQ-500 was comparable both to the Illumina and the microarray platform.

## Conclusions

In sum, none of the mentioned platforms seems to provide the "ultimate solution" in miRNA analysis. All have their advantages and disadvantages and show some bias for the detection of certain sequence types.

Case 3:19-cv-03770-WHO   Document 29-12   Filed 07/31/19   Page 46 of 52

Fehlmann *et al. Clinical Epigenetics* (2016) 8:123

Page 10 of 11

## Additional files

**Additional file 1: Table S3.** miRNA read count of the BGISEQ-500. (XLSX 250 kb)

**Additional file 2: Figure S1.** Predicted secondary structures for selected miRNAs. (PNG 241 kb)

**Additional file 3: Table S1.** Comparison of BGISEQ-500 to Agilent. (XLSX 135 kb)

**Additional file 4: Table S2.** List of novel miRNA candidates. (XLSX 6531 kb)

**Additional file 5: Figure S2.** Histogram of the decade logarithm of the context++ scores (multiplied by −1) of predicted targets for the candidate miRNAs. Since negative context++ scores are favorable, the miRNA targets on the right of the diagram are more likely true interactions. (PNG 78 kb)

**Additional file 6: Figure S3.** Full interaction network. Predicted miRNAs are represented in large nodes, colored by type (red: blood specific, blue: tissue specific, green: all others) and genes are represented by smaller gray nodes. (PNG 1033 kb)

**Additional file 7: Figure S4.** Core network characteristics as node degree distribution (*top*) and shortest path length (*bottom*). (PNG 129 kb)

**Additional file 8: Figure S5.** Venn diagram showing the distribution of predicted target genes for tissue-specific miRNA candidates, blood-specific miRNA candidates, and all other miRNA candidates. (PNG 156 kb)

**Additional file 9: Figure S6.** Comparison of the pathway enrichment analysis for the GeneTrail2 analysis with respect to the three target sets. *Red arrows* represent significant enrichments. (PNG 289 kb)

## Acknowledgements
We acknowledge the support of BGI-Shenzhen and Complete Genomics.

## Funding
The study has been funded by internal funds of Saarland University.

## Availability of data and materials
Following publication expression data are available in the gene expression omnibus (GEO).

## Authors' contributions
Setting up the assay were done by CG, XS, AA, SD, CZ, DA, JL, and RD. Generating miRNA data were done by SR, CZ, NL, MH, ZZ, CX, AC, and MN. Evaluation of data was done by TF, CB, NL, YL, and AK. Drafting and revision of the manuscript were done by EM, AK. Study design and set-up were done by YL, CS, XX, EM, and AK. All authors read and approved the final manuscript.

## Competing interests
Authors with affiliations 1 and 2 are employed by BGI-Shenzhen, Shenzhen, China, and Complete Genomics (a BGI company), Mountain View, CA, USA.

## Consent for publication
Not applicable.

## Ethics approval and consent to participate
The study has been approved by the local ethics committee (Ärztekammer des Saarlandes).

## Author details
[1]Clinical Bioinformatics, Saarland University, 66125 Saarbrücken, Germany. [2]BGI-Shenzhen, Shenzhen, China. [3]Department of Human Genetics, Saarland University, Saarbrücken, Germany. [4]Complete Genomics (a BGI company), Mountain View, CA, USA.

Received: 6 October 2016 Accepted: 4 November 2016
Published online: 21 November 2016

## References
1. Veneziano D, Nigita G, Ferro A. Computational approaches for the analysis of ncRNAs through deep sequencing techniques. Front Bioeng Biotechnol. 2015;3:77.
2. Lee RC, Feinbaum RL, Ambros V. The C. elegans heterochronic gene lin-4 encodes small RNAs with antisense complementarity to lin-14. Cell. 1993;75(5):843–54.
3. Ruvkun G. Molecular biology. Glimpses of a tiny RNA world. Science. 2001;294(5543):797–9.
4. Mestdagh P, Hartmann N, Baeriswyl L, Andreasen D, Bernard N, Chen C, Cheo D, D'Andrade P, DeMayo M, Dennis L, et al. Evaluation of quantitative miRNA expression platforms in the microRNA quality control (miRQC) study. Nat Methods. 2014;11(8):809–15.
5. Hafner M, Renwick N, Brown M, Mihailovic A, Holoch D, Lin C, Pena JT, Nusbaum JD, Morozov P, Ludwig J, et al. RNA-ligase-dependent biases in miRNA representation in deep-sequenced small RNA cDNA libraries. RNA. 2011;17(9):1697–712.
6. Backes C, Sedaghat-Hamedani F, Frese K, Hart M, Ludwig N, Meder B, Meese E, Keller A. Bias in high-throughput analysis of miRNAs and implications for biomarker studies. Anal Chem. 2016;88(4):2088–95.
7. Friedländer MR, Chen W, Adamidi C, Maaskola J, Einspanier R, Knespel S, Rajewsky N. Discovering microRNAs from deep sequencing data using miRDeep. Nat Biotechnol. 2008;26(4):407–15.
8. Mayer P, Farinelli L, Kawashima EHUhwgcpUS. Method of nucleic acid amplification. In.: Google Patents; 2011
9. Drmanc R, Crkvenjakov R. Prospects for a miniaturized, simplified and frugal human genome project. Sci Yugosl. 1990;16(1–2):97–107.
10. Keller A, Backes C, Leidinger P, Kefer N, Boisguerin V, Barbacioru C, Vogel B, Matzas M, Huwer H, Katus HA, et al. Next-generation sequencing identifies novel microRNAs in peripheral blood of lung cancer patients. Mol BioSyst. 2011;7(12):3187–99.
11. Drmanac R, Sparks AB, Callow MJ, Halpern AL, Burns NL, Kermani BG, Carnevali P, Nazarenko I, Nilsen GB, Yeung G, et al. Human genome sequencing using unchained base reads on self-assembling DNA nanoarrays. Science. 2010;327(5961):78–81.
12. Backes C, Meder B, Hart M, Ludwig N, Leidinger P, Vogel B, Galata V, Roth P, Menegatti J, Grasser F, et al. Prioritizing and selecting likely novel miRNAs from NGS data. Nucleic Acids Res. 2016;44(6):e53.
13. Canard B, Sarfati RS. DNA polymerase fluorescent substrates with reversible 3′-tags. Gene. 1994;148(1):1–6.
14. Tsien RY, Ross P, Fahnestock M, Johnston AJUhwgcpCAAce. Dna sequencing. In.: Google Patents; 1991
15. Church GM, Mitra RDUhwgcpEPAce. Nucleotide compounds having a cleavable linker. In.: Google Patents; 2003
16. Meder B, Backes C, Haas J, Leidinger P, Stahler C, Grossmann T, Vogel B, Frese K, Giannitsis E, Katus HA, et al. Influence of the confounding factors age and sex on microRNA profiles from peripheral blood. Clin Chem. 2014;60(9):1200–8.
17. Leidinger P, Backes C, Deutscher S, Schmitt K, Mueller SC, Frese K, Haas J, Ruprecht K, Paul F, Stahler C, et al. A blood based 12-miRNA signature of Alzheimer disease patients. Genome Biol. 2013;14(7):R78.
18. Langmead B, Trapnell C, Pop M, Salzberg SL. Ultrafast and memory-efficient alignment of short DNA sequences to the human genome. Genome Biol. 2009;10(3):R25.
19. Friedländer MR, Mackowiak SD, Li N, Chen W, Rajewsky N. miRDeep2 accurately identifies known and hundreds of novel microRNA genes in seven animal clades. Nucleic Acids Res. 2012;40(1):37–52.
20. Griffiths-Jones S, Grocock RJ, van Dongen S, Bateman A, Enright AJ. miRBase: microRNA sequences, targets and gene nomenclature. Nucleic Acids Res. 2006;34(Database issue):D140–4.
21. Zhao Y, Li H, Fang S, Kang Y, Wu W, Hao Y, Li Z, Bu D, Sun N, Zhang MQ, et al. NONCODE 2016: an informative and valuable data source of long non-coding RNAs. Nucleic Acids Res. 2016;44(D1):D203–8.
22. Hamberg M, Backes C, Fehlmann T, Hart M, Meder B, Meese E, Keller A. MiRTargetLink—miRNAs, genes and interaction networks. Int J Mol Sci. 2016;17(4):564.
23. Stockel D, Kehl T, Trampert P, Schneider L, Backes C, Ludwig N, Gerasch A, Kaufmann M, Gessler M, Graf N, et al. Multi-omics enrichment analysis using the GeneTrail2 web service. Bioinformatics. 2016;32(10):1502–8.
24. Keller A, Leidinger P, Vogel B, Backes C, ElSharawy A, Galata V, Mueller SC, Marquart S, Schrauder MG, Strick R, et al. miRNAs can be generally associated with human pathologies as exemplified for miR-144. BMC Med. 2014;12:224.

Fehlmann *et al. Clinical Epigenetics*  (2016) 8:123

25. Keller A, Leidinger P, Bauer A, Elsharawy A, Haas J, Backes C, Wendschlag A, Giese N, Tjaden C, Ott K, et al. Toward the blood-borne miRNome of human diseases. Nat Methods. 2011;8(10):841–3.
26. Keller A, Backes C, Haas J, Leidinger P, Maetzler W, Deuschle C, Berg D, Ruschil C, Galata V, Ruprecht K, et al. Validating Alzheimer's disease micro RNAs using next-generation sequencing. Alzheimers Dement. 2016;12(5):565-76.
27. Backes C, Leidinger P, Altmann G, Wuerstle M, Meder B, Galata V, Mueller SC, Sickert D, Stahler C, Meese E, et al. Influence of next-generation sequencing and storage conditions on miRNA patterns generated from PAXgene blood. Anal Chem. 2015;87(17):8910–6.
28. van Dijk EL, Auger H, Jaszczyszyn Y, Thermes C. Ten years of next-generation sequencing technology. Trends Genet. 2014;30(9):418–26.
29. Huang X, Yuan T, Tschannen M, Sun Z, Jacob H, Du M, Liang M, Dittmar RL, Liu Y, Liang M, et al. Characterization of human plasma-derived exosomal RNAs by deep sequencing. BMC Genomics. 2013;14:319.
30. Burgos KL, Javaherian A, Bomprezzi R, Ghaffari L, Rhodes S, Courtright A, Tembe W, Kim S, Metpally R, Van Keuren-Jensen K. Identification of extracellular miRNA in human cerebrospinal fluid by next-generation sequencing. RNA. 2013;19(5):712–22.

Submit your next manuscript to BioMed Central
and we will help you at every step:

- We accept pre-submission inquiries
- Our selector tool helps you to find the most relevant journal
- We provide round the clock customer support
- Convenient online submission
- Thorough peer review
- Inclusion in PubMed and all major indexing services
- Maximum visibility for your research

Submit your manuscript at
www.biomedcentral.com/submit



**ANNEX D TO THE**
**DECLARATION OF PROFESSOR FLOYD ROMESBERG**

Case 5:19-cv-03770-WHO   Document 29-12   Filed 04/31/19   Page 49 of 52



# MGI Prepares to Sell Sequencers in North America, Europe; Announces Proprietary Sequencing Chemistry

Mar 04, 2019 | Julia Karow

*This article has been updated to correct that BGI's Copenhagen laboratory currently does not offer commercial sequencing services on MGI platforms.*

NEW YORK (GenomeWeb) – MGI Tech, the instrument division of China's BGI, is preparing to enter the North American and European markets with its sequencing platforms and technologies, possibly through a partner in the US. By the end of this year, the firm hopes to be ready to compete with Illumina, which has dominated the global sequencing market for years, on data quality, cost, and service in these territories.

MGI, which has sold 1,000 sequencers in China and the Asia-Pacific region, already has about 20 early-access customers in Europe, has built a manufacturing facility in Latvia, and is assembling commercialization teams in North America and Europe.

At the Advances in Genome Biology and Technology conference in Marco Island, Florida on Saturday, MGI also announced a new sequencing chemistry for its platforms, called CoolNGS, which will go into the hands of early-access users later this year. The new chemistry uses unlabeled nucleotides and fluorescently labeled antibodies to detect base incorporation, enabling longer and more accurate reads at lower cost, according to the firm.

During the meeting, MGI also highlighted its upcoming high-throughput sequencer, MGISEQ-T7, which it announced last October at the ICG-13 conference in China; its MGISEQ-200 and MGISEQ-2000 sequencers; and its sample preparation platforms. It also launched its single-tube long fragment read (stLFR) technology last week, which allows for the assembly of long reads from short reads and is similar in nature to 10x Genomics' linked reads, and it announced a PCR-free library preparation kit for whole-genome sequencing that will be launched in the second quarter. In addition, a researcher from the Wellcome Sanger Institute presented results from a comparison between sequencing data from BGI and Illumina, demonstrating that the two are of comparable quality.

Roy Tan, general manager for MGI Americas, said in an interview that the company is currently assembling commercialization teams in North America and Europe and aims to be ready to sell sequencing instrumentation in these markets by the end of this year. "As soon as we get the team ready, we'll move," he said. MGI is also considering a partnership for its US commercialization and is currently exploring different options, he added, noting that such a deal might take some time.

Because MGI is based in China, the firm started selling instruments in its home country first, where service and support were easier to build, followed by Asia-Pacific. Having established its PCR-free library prep and stLFR technologies, MGI now feels ready to enter Europe and North America, where it will be harder to succeed because of existing competition and high customer expectations, Tan said.

As of now, MGI has no instruments at customer sites in the US, he said, though its San Jose research site – the former Complete Genomics – has several installed. Two MGI instruments are with customers in

Case 3:19-cv-03770-WHO   Document 29-12   Filed 07/31/19   Page 50 of 52

Canada, with others to follow, and more than 20 customers or early-access partners in Europe have MGI instruments, with the notable exception of the UK, where the firm is hoping to place an instrument soon. For Canada, MGI already has a sales and service team in place, Tan said, which is currently on a three-month training course in China.

In the meantime, US customers can receive MGI sequencing data from BGI Genomics, which offers sequencing services through its Hong Kong laboratory, where several dozen MGI sequencers are installed. BGI Europe's Copenhagen laboratory now also has several MGI sequencing platforms in place, however, these are used for internal training purposes only and not for commercial sequencing services. BGI stopped offering sequencing services through its Philadelphia laboratory a while ago, Tan said.

To prepare for instrument sales in Europe, MGI has built a large manufacturing facility in Latvia, which will become operational by the end of this year and which MGI hopes will shorten delivery times. Right now, exports from China need to go through Hong Kong, Tan said, which is inconvenient. MGI has not yet decided which of its products will be manufactured in Latvia, which Tan said will depend on sales forecasts. MGI currently has no other manufacturing facilities outside of China, where it has two production sites, but it might add more in the future, he said.

While MGI maintains that the comparatively late rollout of its platforms in the US and Europe is mainly related to the need to build sales and service capabilities, various industry experts have said that it is partially due to Illumina's intellectual property around sequencing by synthesis in those regions.

Tan declined to comment on specific intellectual property but said that, in general, MGI scores several factors for making decisions about which territories to enter, and those factors include both regulatory requirements and IP.

At AGBT, Michael Quail, principal scientific manager at the Wellcome Sanger Institute in the UK, presented results from a comparison of Illumina and BGI data, both in a poster presentation and during a talk hosted by MGI.

His team sent microbial DNA samples with varying GC content – ranging from 19 percent to 67 percent – as well as a standard human sample, NA12878, to BGI Genomics for sequencing on the BGISEQ-500 and compared the results to available data generated by Illumina on the MiSeq. For both datasets, a PCR-free library prep was used. Quail also traveled to BGI's Copenhagen laboratory to learn how to do the DNA library preparation and instrument loading.

Overall, he said the quality of the BGI data is very high, with little GC bias, and read coverage was even. The quality of the data was as high as Illumina's but the distribution of errors was a little different. He said sample preparation for the MGI technology is straightforward but took longer than that of competitors, and the MGI instruments appeared to be flexible and user friendly.

Among other results, he found that BGI's read coverage for *S. aureus* DNA, which only has 32 percent GC content, was more even than Illumina's, which he said might be because Illumina has optimized its technology over the years for GC-rich regions of the human genome at the expense of AT-rich regions.

He also found that BGI's read coverage of chromosomes 6 and 18 of the human sample was more even than Illumina's, covering some regions that Illumina reads did not cover well, though both technologies showed read dropout in the MHC region.

Following an assembly of the human data with the SOAPdenovo assembler, BGI data delivered a "pretty good assembly for a short-read dataset," according to the poster, with an average contig size of 8 kilobases and an N50 of 48 kilobases.

3/6/2019
MGI Prepares to Sell Sequencers in North American Europe, Announces Proprietary Sequencing Chemistry | GenomeWeb

Case 1:19-cv-03770-WHO   Document 29-1   Filed 07/31/19   Page 51 of 52

A reference-guided assembly of the BGI and Illumina datasets yielded a larger N50 contig size for Illumina, which also had the largest contig, probably as a result of the longer read length (250 base paired-end MiSeq reads compared to 150 base paired-end BGISEQ-500 reads). However, the average contig size, number of contigs, and chromosome coverage were better for the BGI data, which covered 99 percent of the genome.

The Sanger Institute will likely be interested in taking a look at the MGISEQ-T7 instrument, for which MGI is currently looking for early-access customers, Quail said, and would evaluate it for a range of applications, including not only human genome sequencing but also bacterial sequencing, RNA-seq, and ChIP-seq. However, it would be difficult to maintain two different sequencing technologies in parallel, he said, and to justify the replacement of an existing sequencing technology, a new technology would need to be of better quality and lower cost.

Tan said MGI's platforms will be very cost-competitive with Illumina's. The high-throughput MGISEQ-T7, which will produce between 1 and 6 terabases per one-day run from up to four flow cells using 150 base paired-end reads, has a list price of $1 million and a reagent list price of $5 per gigabase, translating to about $500 in consumables costs per human genome, of which less than 10 percent are related to sample prep. The instrument is expected to go into service work at BGI Genomics later this year, and MGI is looking for early-access customers in different parts of the world. Chinese direct-to-consumer company WeGene has already ordered one of the new instruments.

The MGISEQ-2000 has a list price of $450,000, which Tan claimed is about half that of Illumina's NovaSeq, and a reagent list price of $8 per gigabase, or about $800 per human genome. Its output comes close to that of a NovaSeq with an S1 flow cell, he said. According to MGI marketing material, the MGISEQ-2000 has a maximum data output of 540 gigabases per run using a single flow cell and 1,080 gigabases per run using two flow cells, with 150 base paired-end reads. In addition, 300 base single-end reads are in development.

Finally, the MGISEQ-200 has a list price of about $125,000, which differs slightly by region, and a higher reagent list price per gigabase than the MGISEQ-2000. This instrument is often used for applications such as NIPT that require a lower throughput and are less cost sensitive in terms of cost per base, Tan said. According to MGI, the instrument has a maximum output of 60 gigabases per run from a single flow cell, with 100 base paired-end reads.

Last month, the company also globally launched two automated sample prep systems, which Tan said are available in the US through a distributor. The MGISP-100, which automates library preparation and linear amplification to generate DNA nanoballs (DNB), has a list price of $95,000, and the MGISP-960, which has similar capabilities but provides higher throughput, has a list price of $180,000, which Tan said is 35 percent less than competing platforms. He also mentioned another instrument, MGIDL, which is required for automated sample loading onto the flow cell.

With the company's new CoolNGS sequencing chemistry, which will be compatible with the MGISEQ-200, MGSISEQ-2000, and MGISEQ-T7 and is slated to go to early-access customers later this year, read length and accuracy are expected to increase further and sequencing costs to drop. Tan said the plan is to have the new chemistry replace the current one over time.

According to MGI CSO Rade Drmanac, the current sequencing chemistry relies on stepwise sequencing-by-synthesis (SBS) where 3'-blocked nucleotides are labeled with cleavable fluorescent dyes, which leave behind a molecular "scar" after they are removed. This chemistry is similar to that used by Illumina and others. Instead, MGI has now developed a chemistry that involves unlabeled 3'-blocked nucleotides and uses four types of fluorescently labeled monoclonal antibodies for detection that are each specific for one base. As a result, the nucleotides incorporated into the DNA do not bear a scar. "Now we have our

3/6/2019     MGI Prepares to Sell Sequencers in North American, European Markets, Announces Proprietary Sequencing Chemistry | GenomeWeb

Case 3:19-cv-03770-WHO   Document 29-12   Filed 04/31/19   Page 52 of 52

proprietary, better chemistry," Drmanac said. It is unclear, however, whether aspects of this chemistry would be covered by any of Illumina's SBS patents.

The antibodies are not only specific for one of the four bases but also only bind to the nucleotide when its 3'-block is intact. "That's a nice property because as soon as you cleave the block, the antibody is removed in the same step," Drmanac said. In addition, three dye molecules can be coupled to one antibody, which increases their brightness, resulting in a stronger signal and better accuracy.

The fluorescent dyes to label the antibodies are similar to those currently used to label the nucleotides, so no changes to the hardware of the instruments are needed. "We're just changing the chemistry," Drmanac said.

As a result of the new chemistry, read lengths are expected to grow to up to 600 base paired-end reads and 800 base single-end reads, which will increase the throughput of the sequencing platforms. It will also "dramatically improve" the performance of the stLFR technology, Drmanac said, because the longer reads will cover longer stretches of the DNA fragments.

In addition, sequencing costs are expected to decrease further, despite the need to produce antibodies for the new sequencing kits. Drmanac said that antibody technology has developed in recent years, involving bacterial expression vectors now, adding that "we calculated that the cost of antibodies is actually lower than the cost of polymerase."

Several participants of the AGBT meeting who are customers of Illumina said they are happy to see competition from companies like MGI and Genapsys arise, citing worries about Illumina's dominant market position.

**Filed Under**    Sequencing     Business News     AGBT     long fragment read technology     NGS    BGI    MGI Tech

**Subscribe**

Privacy Policy.  Terms & Conditions.  Copyright © 2019 GenomeWeb LLC.  All Rights Reserved.