# Exhibit 28





Search
Home My Network Jobs Messaging Notifications Me Work
Try Premium Free for 1 Month

Vanderbilt's Online Ed.D. - Earn an Ed.D. in leadership and learning in organizations online. Ad

Connect | Message | More...

# Abigail Frank · 2nd

Field Service Engineer at MGI Americas

San Francisco Bay Area · 359 connections · Contact info

MGI

University of Pennsylvania, School of Engineering and...

## Highlights

**1 Mutual Connection**

You and Abigail both know Lauren Rubenstein, JD, PsyD, RYT

## Experience

**Field Service Engineer**
MGI
2019 – Present · less than a year
Americas
- Service NGS instruments and lab automated workstations at Complete Genomics in San Jose, as well as external customers throughout North and South America

**Automation Engineer**
Invitae
2018 · less than a year
San Francisco Bay Area
- Maintained and troubleshot laboratory equipment, including automated systems, DNA sequencers and liquid handlers
- Built image capturing robots for Accessioning team to make blood and sample logging more efficient... See more

**Field Services Engineer II**
Thermo Fisher Scientific
2015 – 2017 · 2 yrs
San Francisco, California
- Performed training, maintenance and qualification (IQ/OQ/PQ) services on Applied Biosystems™ instruments
- Managed 100+ instruments used for forensic, pharmaceutical, research and clinical purposes across California and Nevada... See more

**Assistant Teacher**
Temple Emanuel Early Childhood Center
2012 – 2015 · 3 yrs
Kensington, MD
- Assisted in the teaching of preschool students ages 2-5

**Global Biomedical Service Program Participant**
University of Pennsylvania
May 2014 – Jun 2014 · 2 mos
Hong Kong and Guangdong Province, China
The Global Biomedical Service (GBS) program seeks to provide students with the opportunity to have hands on technical and cultural experience abroad. I traveled to Guangzhou to make ortheses for children with neuromusculoskeletal disorders and Shaoguan to make protheses for adults with below-the-knee amputations. Alongside biomedical engineering students from Hong K... See more

**Research Intern**
Microfluidics Lab, Bar-Ilan Institute of Nanotechnology and Advanced Materials (BINA)
2014 · less than a year
Ramat Gan, Israel
- Designed and conducted experiments to determine the feasibility of collecting and analyzing inner eye fluid via an implantable microfluidic chip during 400+ hours of lab time
- Presented results to potential customers and compiled manual for understanding, repeating and continuing research... See more

**College Tutor**
Peer2Peer Tutors

Promoted
Vanderbilt's Online Ed.D.
Earn an Ed.D. in leadership and learning in organizations online.
Conservation Psychology!
Learn to use behavior change to solve environmental problems. Fully Online!
David Mitroff, Ph.D.
SF Bay Area law firm marketing consultant. Want to grow your firm?

People Also Viewed

**Yin He** • 3rd
Head of Scientific Operations at Transcriptic

**Beata Desselle**
Student at The Johns Hopkins University

**Albert Kim** • 3rd
Automation Engineer at insitro

**David Orozco**
Manufacturing Engineer at Silk Road Medical, Inc.

**Robert Hagerty** • 3rd
Student at Georgetown University School of Medicine

**Micah Brodsky** • 3rd
Automation Engineer at Transcriptic

**John Whittaker** • 3rd
Automation Engineer at Invitae

**Takia Rudolph** • 3rd
Software Engineer at Twilio Inc.

**Beeta Zafiropoulos** • 3rd
Applications Engineer at ON Semiconductor

**Helen Petty** • 3rd
Environmental Analysis and Policy

Learn the skills Abigail has

**Business Analytics: Forecasting with Seasonal Baseline Smoothing**
Viewers: 7,560

**Microsoft Dynamics 365 and the Power Platform**
Viewers: 1,871

**Excel 2016: Cleaning Up Your Data**
Viewers: 20,500

See more courses

Promoted
Vanderbilt's Online Ed.D.
Earn an Ed.D. in leadership and learning in organizations online.
David Mitroff, Ph.D.
SF Bay Area law firm marketing consultant. Want to grow your firm?
Earn Your MPH from Tulane
Built to lead. Developing innovative public health leaders.

Messaging

Search
Home My Network Jobs Messaging Notifications Me Work Try Premium Free for 1 Month

**Statistical Intern**
RTI International
2011 · less than a year
Washington, DC

- Cleansed and standardized data from math and reading exams given in African and South American countries
- Conducted statistical analysis on data and created standard statistical analysis code to evaluate all future data... See more

**Bioinformatics Intern**
National Cancer Institute, NIH
2010 – 2011 · 1 yr
Rockville, MD

- Conducted statistical analysis on the copy number and genotype data of liver cancer patients in relation to healthy patients

Show fewer experiences

## Education

**University of Pennsylvania, School of Engineering and Applied Science**
Bachelor's Degree, Bioengineering
2011 – 2015
Activities and Societies: University of Pennsylvania Club Field Hockey; President (2013); Games and Events Coordinator (2012), Tour Guide; Kite & Key Society, Participant; Global Biomedical Services, Jewish Life Liason (Intern); Jewish Rennissance Project; University of Pennsylvania Hillel

**Bethesda Chevy Chase High School**
High School
2007 – 2011
Activities and Societies: Secretary, National Honors Society; Secretary, Spanish Honors Society; Varsity Field Hockey; Varsity Lacrosse; Wind Ensemble; Pep Band

## Volunteer Experience

**Bioengineer**
Global Biomedical Service Program, University of Pennsylvania
May 2014 – Jun 2014 • 2 mos
Health

The Global Biomedical Service (GBS) program seeks to provide students with the opportunity to have hands on technical and cultural experience abroad. I traveled to Guangzhou to make ortheses for children with neuromusculoskeletal disorders and Shaoguan to make protheses for adults with below-the-knee amputations. Alongside biomedical engineering students from Hong Kong Polytechnic University, GBS allowed me the chance to apply technical skills in a clinical setting.

Messaging

Case 3:19-cv-03770-WHO Document 52-28 Filed 09/18/19 Page 4 of 4

