UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., et al., | Case No. 19-cv-03770-WHO (TSH) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| BGI GENOMICS CO., LTD, et al., | |
| Defendants. | |

This case has been referred to the undersigned for discovery purposes. The parties shall follow the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher, (415) 522-4708.

**IT IS SO ORDERED.**

Dated: October 10, 2019

THOMAS S. HIXSON
United States Magistrate Judge