| | |
|---|---|
| 1 | Katie J.L. Scott (Cal. Bar No. 233171) |
| 2 | Email address:  katie.scott@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP |
| 3 | 3000 El Camino Real<br>Building 5, Suite 500 |
| 4 | Palo Alto, California  94306<br>Telephone:     (650) 319-4500 |
| 5 | Facsimile:      (650) 319-4700 |
| 6 | Jennifer Sklenar* (Cal. Bar. No. 200434)<br>jennifer.sklenar@arnoldporter.com |
| 7 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 8 | 601 Massachusetts Ave, NW<br>Washington, DC 20001-3743 |
| 9 | Telephone:     (202) 942-5000<br>Facsimile:      (202) 942-5999 |
| 10 | *Admitted in NY and CA only; practice limited to<br>matters before federal courts and federal agencies |
| 11 | |
| 12 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC. and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>             Plaintiffs,<br><br>      v.<br><br>BGI GENOMICS CO., LTD.,<br>BGI AMERICAS CORP,<br>MGI TECH CO., LTD.,<br>MGI AMERICAS INC., and<br>COMPLETE GENOMICS INC.,<br><br>             Defendants. | Case No.:   3:19-cv-03770-WHO<br><br>**FIRST AMENDED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND  CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COMPLETE GENOMICS INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-15, the undersigned submits this first amended certification that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Complete Genomics Inc. is a wholly-owned subsidiary of BGI-Hong Kong Co., Limited, which is a wholly-owned subsidiary of CGI Hong Kong Co., Limited, which is a wholly owned subsidiary of MGI Tech Co., Ltd. Greater than 10% of the stock of MGI Tech Co., Ltd. is owned by each of MGI Holdings Co., Limited and Tibet Huazhan Venture Capital Co., Limited. Greater than 10% of the stock of Tibet Huazhan Venture Capital Co., Limited is owned by MGI Holdings Co., Limited. Greater than 10% of the stock of MGI Holdings Co., Limited is owned by Mr. Jian Wang, who therefore has a financial interest in MGI Holdings Co., Limited.

Dated: December 31, 2019

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Katie J.L. Scott*

Attorneys for Defendants