| | |
|---|---|
| EDWARD R. REINES (Bar No. 135960)<br>edward.reines@weil.com<br>DEREK C. WALTER (Bar No. 246322)<br>derek.walter@weil.com<br>CHRISTOPHER S. LAVIN (Bar No. 301702)<br>christopher.lavin@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:  (650) 802-3000<br>Facsimile:   (650) 802-3100<br>Attorneys for Plaintiffs/<br>     Counterclaim-Defendants,<br>ILLUMINA, INC. AND<br>ILLUMINA CAMBRIDGE LTD. | DOUGLAS W. MCCLELLAN (*pro hac vice*)<br>doug.mcclellan@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana Street, Suite 1700<br>Houston, TX 77002<br>Telephone:  (713) 546-5000<br>Facsimile:   (713) 224-9511<br><br>STEPHEN BOSCO (*pro hac vice*)<br>stephen.bosco@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street<br>Washington, DC 20036<br>Telephone:  (202) 682-7000<br>Facsimile:   (202) 857-0940 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>BGI GENOMICS CO., LTD.,<br>BGI AMERICAS CORP.,<br>MGI TECH CO., LTD.,<br>MGI AMERICAS, INC., and<br>COMPLETE GENOMICS INC.,<br><br>                    Defendants.<br><br>COMPLETE GENOMICS INC.,<br><br>                    Counterclaim-Plaintiff,<br><br>     v.<br><br>ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>                    Counterclaim-Defendants | Case No. 3:19-cv-03770-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD.'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: March 25, 2020<br>Time: 2:00 p.m.<br>Courtroom: 2<br><br>Hon. William H. Orrick |

Plaintiffs Illumina Cambridge Ltd. and Illumina, Inc. (collectively, "Illumina") move for a preliminary injunction.  In consideration of the entire record, Illumina has demonstrated that it is likely to succeed on the merits of its patent infringement allegations against BGI Americas Corp., MGI Tech Co. Ltd., MGI Americas, Inc., and Complete Genomics, Inc. ("Defendants").  Defendants have not presented a substantial question of the validity of the asserted patents.  In addition, Illumina has demonstrated that it is substantially likely to suffer irreparable harm from Defendants' ongoing infringement and that the balance of equities and the public interest favor protecting Illumina and granting a preliminary injunction.  Illumina's Motion for Preliminary Injunction is therefore GRANTED.

**Accordingly, IT IS HEREBY ORDERED :**

Defendants and their officers, agents, affiliates, servants, employees, and attorneys, and all those persons acting or attempting to act in concert or participation with them, are enjoined from (1) distributing in the United States (a) the accused sequencers and accused reagents, or (b) any similar product that embodies the claims of U.S. Patent No. 7,566,537 ("the '537 Patent") or U.S. Patent No. 9,410,200 ("the '200 patent"), or (2) using those products in the United States to promote them to third parties.  The accused sequencers and the accused reagents are listed in the attached Appendix.

Defendants shall, within ten days from the date of issuance of this Preliminary Injunction, provide notice and a copy of this Preliminary Injunction to (1) each of the Defendants' officers, agents, affiliates, servants, employees, and attorneys; (2) all past and current users of the accused sequencers and accused reagents, and/or any similar product that embodies the claims of the '537 Patent or the '200 Patent, in the United States; and (3) any other person or entity acting in active concert or participation with any of the Defendants with respect to any of the activities enjoined here, such that above persons and entities are duly noticed and bound by this Order under Federal Rule of Civil Procedure 65(d)(2).  Defendants shall further provide proof of each such notice to this Court by filing it in this action within fourteen days from the date of issuance of this Preliminary Injunction.

DATED: _____, 2020

_____
UNITED STATES DISTRICT JUDGE

# Appendix

**Accused Sequencers:**

MGISEQT7, DNBSEQ-G400 (previously known as the MGISEQ-2000), DNBSEQ-G50 (previously known as the MGISEQ-200), BGISEQ-500, and BGISEQ-50 (all of which include the BGI sequencer instrument, the sequencer instrument software, and the sequencer instrument computer workstation).

**Accused Sequencing Reagents:**

MGIEasy RNA Exome Application, MGIEasy RNA Library Prep Set, MGIEasy Small RNA Library Prep Kit, MGIEasy RNA Directional Library Prep Set, MGIEasy rRNA Depletion Kit, MGIEasy FS PCR-Free DNA Library Prep Set, MGIEasy Exome FS Library Prep Set, MGIEasy Cell-fere DNA Library Prep Set, MGIEasy Exome Universal Library Prep Set, MGIEasy PCR-Free DNA Library Prep Set, MGICare BRCA1/2 Sequencing Library Preparation Kit, MGIEasy Universal DNA Library Prep Set, MGIEasy Exome Capture V5 Probe Set, MGIEasy FS DNA Library Prep Set, MGIEasy RAD Library Prep Kit, MGIEasy Exome Capture V4 Probe Set, MGIEasy stLFR Library Prep Kit, MGIEasy Whole Genome Bisulfite Sequencing Library Prep Kit, MGIEasy Circularization Kit, MGIEasy DNA Adapters-96 (Plate) Kit, MGIEasy DNA Clean Beads, MGICare Single Cell Chromosomal Copy Number Variation Detection Kit, MGICare Single Gene Genomic Disease Phasing and Chromosome Copy Number Variation Sequencing Library Prep Kit, MGICare Cell-Free DNA Chromosomal Aneuploidy and Single Cell Disease Sequencing Library Prep Set.