1    Katie J.L. Scott (Cal. Bar No. 233171)
     Email address: katie.scott@arnoldporter.com
2    Joshua Seitz (Cal Bar No. 325236)
     Email address: joshua.seitz@arnoldporter.com
3    ARNOLD & PORTER KAYE SCHOLER LLP
     3000 El Camino Real
4    Building 5, Suite 500
     Palo Alto, California 94306
5    Telephone:    (650) 319-4500
     Facsimile:    (650) 319-4700
6
     Matthew M. Wolf (admitted *pro hac vice*)
7    matthew.wolf@arnoldporter.com
     Jennifer Sklenar* (Cal. Bar. No. 200434)
8    jennifer.sklenar@arnoldporter.com
     ARNOLD & PORTER KAYE SCHOLER LLP
9    601 Massachusetts Ave, NW
     Washington, DC 20001-3743
10   Telephone:    (202) 942-5000
     Facsimile:    (202) 942-5999
11   *Admitted in NY and CA only; practice limited to
     matters before federal courts and federal agencies
12

13   Attorneys for Defendants
     BGI AMERICAS CORP., MGI TECH CO., LTD.,
14   MGI AMERICAS, INC., and COMPLETE
     GENOMICS, INC.
15

16

17                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
18                      SAN FRANCISCO DIVISION

19

20   ILLUMINA, INC.,                          Case No. 3:19-cv-03770-WHO
     ILLUMINA CAMBRIDGE LTD.,
21
               Plaintiffs,                    **JOINT STIPULATION AND ORDER TO
22                                            EXTEND TIME FOR DEFENDANTS TO
          v.                                  RESPOND TO PLAINTIFFS' MOTION
23                                            FOR PRELIMINARY INJUNCTION**
     BGI GENOMICS CO., LTD., BGI
24   AMERICAS CORP., MGI TECH CO.,
     LTD., MGI AMERICAS, INC. and
25   COMPLETE GENOMICS, INC.

26             Defendants.

27

28

Pursuant to Northern District of California Local Rules 6-1(b), 6-2, and 7-12 Defendants BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc. ("Defendants")[1] and Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") (collectively, "the Parties") jointly stipulate to extend the time for Defendants to file an opposition brief in response to Plaintiffs' Motion for Preliminary Injunction ("Motion") (D.N. 85).

WHEREAS, Defendants currently have until March 4, 2020, to respond to the Motion;

WHEREAS, Defendants have requested an eight-week extension, until April 29, 2020, to file their opposition to the Motion and contend that an extension of time is necessary to permit sufficient time for: (a) Illumina to respond to Defendants' previously served Requests for Production ("RFPs") that are relevant to the Motion (including, but not limited to, RFPs 6-8, 15-20, 25-34, and 36-40); (b) Defendants to serve and Illumina to respond to a small number of additional discovery requests; (c) disclosure of additional experts and time for Illumina to oppose their access to confidential information; (d) preparation of expert declarations; (e) depositions of Illumina's declarants and potentially other individuals identified in the discovery process; and (f) to complete the claim construction process prior the filing of the opposition;

WHEREAS, by entering into this agreement Plaintiffs are not agreeing that the additional time is necessary nor that the above-referenced activity with experts, discovery and claim construction is warranted;

WHEREAS, Plaintiffs agree to the requested extension of time for Defendants to file an opposition to the Motion on the condition that Defendants agree to refrain from transferring or distributing sequencing reagent kits containing the currently accused fluorescently labeled nucleotides to third parties in the United States until the Court resolves the Motion and on the condition that this agreement will not be used to argue or suggest that Illumina has acquiesced at all to any of Defendants' commercial activity;

WHEREAS, there has been one previous extension to a deadline; the Court permitted Defendants additional time to respond to the Complaint (D.N. 17); and

---

[1] BGI Genomics Co., Ltd. has not been served with the Complaint in this action, and therefore takes no part in this filing.

1

US 167460346v2

1         WHEREAS, the additional time to respond to the Motion will not alter the date of any event

2 or any deadline already fixed by Court order.

3         Now therefore, the Parties, through the undersigned counsel, hereby stipulate as follows:

4         1. The deadline for filing an opposition to Plaintiffs' Motion be extended to April 29, 2020;

5         2. Defendants shall refrain from transferring or distributing sequencing reagent kits

6 containing the currently accused fluorescently labeled nucleotides to third parties in the United

7 States until the Court resolves the Motion;

8         3. The hearing date for the Motion of March 25, 2020 shall be vacated;

9         4. No later than 3 days after Defendants file their opposition to the Motion, the Parties shall

10 meet and confer and file a proposed date for Plaintiffs' to file a reply brief and a proposed hearing

11 date, subject to the convenience of the Court.

12

13 IT IS SO STIPULATED.

14

15 Dated: February 21, 2020          ARNOLD & PORTER KAYE SCHOLER LLP

16          By: /s/ *Katie J.L. Scott*

17                  Katie J.L. Scott

18          Attorney for Defendants
BGI AMERICAS CORP., MGI TECH CO.,

19          LTD., MGI AMERICAS, INC., AND
COMPLETE GENOMICS INC.

20

21 Dated: February 21, 2020          WEIL GOTSHAL & MANGES LLP

22          By: /s/ *Edward R. Reines*

23                  Edward R. Reines

24          Attorney for Plaintiffs
ILLUMINA, INC. AND ILLUMINA

25          CAMBRIDGE LTD.

26

27

28

2

STIPULATION TO EXTEND TIME TO RESPOND

US 167460346v2

1  **ECF ATTESTATION:** Pursuant to Local Rule 5-1(i)(3) I hereby attest that concurrence in the

2  filing of this document has been obtained from the signatory for Plaintiffs.

3

4  Dated:  February 21, 2020                                    By:   /s/ *Katie J.L. Scott*

5                                                                        Katie J.L. Scott

6

7

8

9  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10

11  Dated: February 25, 2020

12                                                                   WILLIAM H. ORRICK
                                                                      United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO EXTEND TIME TO RESPOND