UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BGI GENOMICS CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-01465-WHO<br><br>**ORDER RE BRIEFING AND DISCOVERY FOR PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Dkt. Nos. 40 and 41 |

The parties have submitted competing briefing schedules related to plaintiffs' motions for preliminary injunctions in related cases No. 19-cv-3770, Dkt. No. 85 and 20-cv-1465, Dkt. No. 11. The current briefing schedule for the preliminary injunction motions is VACATED. The briefing schedule for both motions is as follows:

- Illumina will produce Dr. Burgess for deposition on March 27, 2020
- Illumina will produce Mr. Van Oene for deposition on April 9 or his next available date (those dates were proposed by Illumina; it is unclear to me that they are realistic in light of COVID-19 pandemic, but I assume arrangements have been made for telephonic or video depositions)
- Defendants' Consolidated Opposition Brief: April 10, 2020
- Plaintiff's Consolidated Reply Brief: April 27, 2020
- Hearing: May 11, 2020 at 2:00 p.m.

The combined opposition and reply briefs shall have an increase of five pages over the ordinary limits provided by the Civil Local Rules. The parties may take only one deposition of each declarant, which should cover both preliminary injunction motions. If the parties elect to file additional declarations with their papers, they must agree to deposition dates for those declarants, or those additional declarations will be stricken.

Plaintiff's request that defendants be ordered to search for and produce documents related to the COVID-19 epidemic and how it relates to defendants' new product roll-out and that defendants produce a 30(b)(6) deponent on the same subjects is denied. Regarding defendants' discovery requests, the parties shall meet and confer to discuss the scope of discovery to date. If they are unable to reach a resolution they may submit a joint statement to the court no later than March 27, 2020.

**IT IS SO ORDERED.**

Dated: March 20, 2020



William H. Orrick
United States District Judge