UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>BGI GENOMICS CO., LTD, et al.,<br><br>    Defendants. | Case No. 19-cv-03770-WHO   (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 131 |

The Court takes Defendants up on their offer (*see* ECF No. 131 at n.4) and orders them to provide the Zhou emails for *in camera* inspection by 4 p.m. today. They shall email them to TSHpo@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: April 27, 2020

_____
THOMAS S. HIXSON
United States Magistrate Judge