UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: May 11, 2020 | Time: 1 hr, 38 minutes 2:01 p.m. to 3:39 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case Nos.: 19-cv-03770-WHO and 20-1465 | Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd | |

**Attorneys for Plaintiff:** Edward Reines, Derek Walter, and Douglas McClellan
**Attorney for Defendant:** Matthew Wolf, Wallace Wu, Jennifer Sklener, Katie Scott, Carson Anderson, Neda Dadpey, and Jing Wang

**Deputy Clerk:** Jean Davis                                **Court Reporter:** Ruth Levine Ekhaus

## PROCEEDINGS

Motion hearing conducted via telephone conference. Counsel are warned that any documents that are used or shown in the course of the video conference will not then be sealed pursuant to the pending motion to file under seal. Argument of counsel heard. A written order will follow.