| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  David Bilsker (Bar No. 152383)<br>  davidbilsker@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, California 94111-4788<br>Telephone:  (415) 875-6600<br>FACSIMILE:  (415) 875-6700<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Kevin P.B. Johnson (Bar No. 177129)<br>  kevinjohnson@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California 94065-2139<br>Telephone:  (650) 801-5000<br>FACSIMILE:  (650) 801-5100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Anne S. Toker (*pro hac vice* pending)<br>  annetoker@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>Telephone:  (212) 849-7000<br>FACSIMILE:  (212) 849-7100<br><br>Attorneys for Defendants MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. | Katie J.L. Scott (Cal. Bar No. 233171)<br>Email address:  katie.scott@arnoldporter.com<br>Joshua Seitz (Cal Bar No. 325236)<br>Email address:  joshua.seitz@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, California 94306<br>Telephone:      (650) 319-4500<br>Facsimile:       (650) 319-4700<br><br>Matthew M. Wolf (to be admitted *pro hac vice*)<br>matthew.wolf@arnoldporter.com<br>Jennifer Sklenar* (Cal. Bar. No. 200434)<br>jennifer.sklenar@arnoldporter.com<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Telephone:      (202) 942-5000<br>Facsimile:       (202) 942-5999<br>*Admitted in NY and CA only; practice limited to  matters before federal courts and federal agencies<br><br>Attorneys for Defendants<br>BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>              Plaintiffs,<br><br>       v.<br><br>BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC. and COMPLETE GENOMICS, INC.<br><br>              Defendants. | Case No. 3:19-cv-03770-WHO<br>Case No. 3:20-cv-01465-WHO<br><br>**NOTICE OF APPEARANCE OF DAVID BILSKER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that David Bilsker of Quinn Emanuel Urquhart & Sullivan, LLP and an attorney admitted to practice in the State of California and before this Court, hereby appears as counsel for MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc. in the above-captioned matter. All pleadings, discovery, correspondence, and other material should be served upon counsel using the below contact information.

> David Bilsker (SBN 152383)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 50 California Street, 22nd Floor
> San Francisco, California 94111-4788
> Telephone: (415) 875 6600
> Facsimile: (415) 875 6700
> Email: davidbilsker@quinnemanuel.com

DATED: May 18, 2020

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ David Bilsker*
     David Bilsker

Attorneys for MGI TECH CO., LTD., MGI AMERICAS, INC., AND COMPLETE GENOMICS, INC.