QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  David Bilsker (Bar No. 152383)
  davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone:  (415) 875-6600
FACSIMILE:  (415) 875-6700

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Kevin P.B. Johnson (Bar No. 177129)
  kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
FACSIMILE:  (650) 801-5100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Anne S. Toker (*pro hac vice* pending)
  annetoker@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:  (212) 849-7000
FACSIMILE:  (212) 849-7100

Attorneys for Defendants MGI TECH CO.,
LTD., MGI AMERICAS, INC., and
COMPLETE GENOMICS, INC.

Katie J.L. Scott (Cal. Bar No. 233171)
Email address:  katie.scott@arnoldporter.com
Joshua Seitz (Cal Bar No. 325236)
Email address:  joshua.seitz@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Building 5, Suite 500
Palo Alto, California 94306
Telephone:      (650) 319-4500
Facsimile:      (650) 319-4700

Matthew M. Wolf (to be admitted *pro hac vice*)
matthew.wolf@arnoldporter.com
Jennifer Sklenar* (Cal. Bar. No. 200434)
jennifer.sklenar@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone:      (202) 942-5000
Facsimile:      (202) 942-5999
*Admitted in NY and CA only; practice limited
to  matters before federal courts and federal
agencies

Attorneys for Defendants
BGI AMERICAS CORP., MGI TECH CO.,
LTD., MGI AMERICAS, INC., and
COMPLETE GENOMICS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>       Plaintiffs,<br><br>   v.<br><br>BGI GENOMICS CO., LTD., BGI<br>AMERICAS CORP., MGI TECH CO.,<br>LTD., MGI AMERICAS, INC. and<br>COMPLETE GENOMICS, INC.<br><br>       Defendants. | Case No. 3:19-cv-03770-WHO<br>Case No. 3:20-cv-01465-WHO<br><br>**NOTICE OF APPEARANCE OF KEVIN<br>P.B. JOHNSON** |

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2

**PLEASE TAKE NOTICE** that Kevin P.B. Johnson of Quinn Emanuel Urquhart &

3

Sullivan, LLP and an attorney admitted to practice in the State of California and before this Court,

4

hereby appears as counsel for MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics,

5

Inc. in the above-captioned matter.  All pleadings, discovery, correspondence, and other material

6

should be served upon counsel using the below contact information.

7

8

9

10

> Kevin P.B. Johnson (SBN 177129)
> QUINN EMANUEL URQUHART & SULLIVAN, LLP
> 555 Twin Dolphin Drive, 5th Floor
> Redwood Shores, California 94065-2139
> Telephone:  (650) 801 5000
> Fax:  (650) 801 5100
> Email: kevinjohnson@quinnemanuel.com

11

DATED:  May 18, 2020                         Respectfully submitted,

12

                                             QUINN EMANUEL URQUHART &
13                                            SULLIVAN, LLP

14

15

By _____/s/ Kevin P.B. Johnson_____

16

       Kevin P.B. Johnson

17

       Attorneys for MGI TECH CO., LTD., MGI
18      AMERICAS, INC., AND COMPLETE
       GENOMICS, INC.

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF KEVIN P.B. JOHNSON                    C.A. Nos. 3:19-cv-03770-WHO & 3:20-cv-01465-WHO