QUINN EMANUEL URQUHART & SULLIVAN, LLP
David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA  94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

Anne S. Toker (admitted *pro hac vice*)
annetoker@quinnemanuel.com
Robert B. Wilson (*pro hac vice* forthcoming)
robertwilson@quinnemanuel.com
Joseph Milowic III (admitted *pro hac vice*)
josephmilowic@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

Derek L. Shaffer (*pro hac vice* pending)
derekshaffer@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | Case No. 3:19-cv-03770-WHO |
| Plaintiffs | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | Judge: Honorable William H. Orrick |
| BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS INC., | |
| Defendants. | |
| COMPLETE GENOMICS INC., | |
| Counterclaim-Plaintiff | |
| v. | |
| ILLUMINA, INC. and ILLUMINA CAMBRIDGE LTD., | |
| Counterclaim-Defendants. | |

1    **NOTICE IS HEREBY GIVEN** that Defendants BGI Genomics Co., Ltd., BGI Americas

2  Corp., MGI Tech Co., Ltd., MGI Americas Inc., and Complete Genomics Inc. appeal to the United

3  States Court of Appeals for the Federal Circuit from the June 15, 2020 Order re Motions for

4  Preliminary Injunctions and the July 8, 2020 Preliminary Injunction entered in the above-captioned

5  action, and each and every part thereof.

6

7  Dated: July 15, 2020                                    By:  ___/s/ David S. Bilsker___

8                                                              David Bilsker (Bar No. 152383)
                                                             davidbilsker@quinnemanuel.com
9                                                            QUINN EMANUEL URQUHART &
                                                             SULLIVAN, LLP
10                                                           50 California Street, 22nd Floor
                                                             San Francisco, CA 94111
11                                                           (415) 875-6600 Tel.
                                                             (415) 875-6700 Fax
12
                                                             Kevin P.B. Johnson (Bar No. 177129)
13                                                           kevinjohnson@quinnemanuel.com
                                                             QUINN EMANUEL URQUHART &
14                                                           SULLIVAN, LLP
                                                             555 Twin Dolphin Drive, 5th Floor
15                                                           Redwood Shores, CA 94065
                                                             (650) 801-5000 Tel.
16                                                           (650) 801-5100 Fax

17                                                           Anne S. Toker (admitted *pro hac vice*)
                                                             annetoker@quinnemanuel.com
18                                                           Robert B. Wilson (*pro hac vice* forthcoming)
                                                             robertwilson@quinnemanuel.com
19                                                           Joseph Milowic III (admitted *pro hac vice*)
                                                             josephmilowic@quinnemanuel.com
20                                                           QUINN EMANUEL URQUHART &
                                                             SULLIVAN, LLP
21                                                           51 Madison Avenue, 22nd Floor
                                                             New York, New York 10010
22                                                           (212) 849-7000 Tel.
                                                             (212) 849-7100 Fax
23
                                                             Derek L. Shaffer (*pro hac vice* pending)
24                                                           derekshaffer@quinnemanuel.com
                                                             QUINN EMANUEL URQUHART &
25                                                           SULLIVAN, LLP
                                                             1300 I Street NW, Suite 900
26                                                           Washington, D.C. 20005
                                                             (202) 538-8000 Tel.
27                                                           (202) 538-8100 Fax

28