# Exhibit A

7/15√

Form PTO-1595 (Rev. 06/04)
OMB No. 0651-0027 (exp. 6/30/2005)

07-19-2005

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

103042990

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

...EET

Attorney Docket No.: 2713-1-025

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies)/Execution Date(s): | 2. Name and address of receiving party(ies) |
|---|---|
| John MILTON; Xiaolin WU; Mark SMITH; Joseph BRENNAN; Colin BARNES; Xiaohai LIU; and Silke RUEDIGER<br><br>March 17, 2005; April 17, 2005; March 17, 2005; April 6, 2005; March 16, 2005<br><br>Execution Date(s)  March 17, 2005; and March 23, 2005<br><br>Additional name(s) of conveying party(ies) attached? ☐ Yes ☑ No | Name:    SOLEXA LIMITED<br><br>Internal Address:<br><br>Street Address:  Chesterford Research Park<br><br>Little Chesterford, Nr. Saffron Walden, Essex<br><br>CB10 1XL<br>City:<br><br>State:<br><br>Country:  UNITED KINGDOM    Zip: |

**3. Nature of conveyance:**

☑ Assignment ☐ Merger

☐ Security Agreement ☐ Change of Name

☐ Government Interest Assignment

☐ Executive Order 9424, Confirmatory License

☐ Other_____

Additional name(s) & address(es) attached? ☐ Yes ☑ No

**4. Application or patent number(s):** ☐ This document is being filed together with a new application.

A. Patent Application No.(s)       B. Patent No.(s)

10/525,401

Additional numbers attached? ☐ Yes ☑ No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved:  1 |
|---|---|
| Name:  David A. Jackson, Esq.<br><br>Internal Address:_____ | **7. Total fee** (37 CFR 1.21(h) & 3.41)   $ 40.00<br>☐ Authorized to be charged by credit card<br>☐ Authorized to be charged to deposit account<br>☑ Enclosed<br>☐ None required (government interest not affecting title) |
| Street Address: KLAUBER & JACKSON<br>411 HACKENSACK AVE., 4TH FLOOR | |
| City:  HACKENSACK | **8. Payment Information** |
| State:  NJ          Zip: 07601 | a. Credit Card  Last 4 Numbers _____<br>          Expiration Date _____ |
| Phone Number:  201-487-5800 | |
| Fax Number:  201-343-1684 | b. Deposit Account Number _____ |
| Email Address:  Info@KJIPLAW.COM | `Authorized User Name _____ |

| 9. Signature: | _David A. Jackson_ | July 13, 2005 |
|---|---|---|
| | Signature | Date |
| David A. Jackson, Esq., Reg. No. 26,742 | | Total number of pages including cover sheet, attachments, and documents: |
| Name of Person Signing | | |

Documents to be recorded (including cover sheet) should be faxed to (703) 306-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

07/18/2005 GTON11    00000049 10525401
01 FC:8021             40.00 OP

**PATENT**
**REEL: 016774 FRAME: 0240**

Attorney Docket No.: 2713-1-025

# ASSIGNMENT

WHEREAS, WE, **John Milton**, a citizen of Great Britain, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

**Xiaolin Wu**, a citizen of China, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

**Mark Smith**, a citizen of Great Britain, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

**Joseph Brennan**, a citizen of Great Britain, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain;

**Colin Barnes**, a citizen of Great Britain, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

**Xiaohai Liu**, a citizen of China, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

**Silke Ruediger**, a citizen of Germany, residing at Solexa Ltd., Chesterford Research Park, Little Chesterford, Nr. Saffron Walden Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## MODIFIED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on February 23, 2005  , and was accorded U.S. Serial No.  10/525,401  ; and

WHEREAS,               **SOLEXA LIMITED**
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

**John Milton; Xiaolin Wu; Mark Smith; Joseph Brennan; Colin Barnes;  Xiaohai Liu
Silke Ruediger**

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## SOLEXA LIMITED ,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## SOLEXA LIMITED,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## SOLEXA LIMITED,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## SOLEXA LIMITED,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

**PATENT
REEL: 016774 FRAME: 0242**

Attorney Docket No.: 2713-1-025

Date 17/3/05 , 2005                  _____ L.S.
                                     **John Milton**

Date 17/04/05 , 2005                 _____ L.S.
                                     **Xiaolin Wu**

Date 17.03 , 2005                    _____ L.S.
                                     **Mark Smith**

Date 06.04 , 2005                    _____ L.S.
                                     **Joseph Brennan**

Date 16/3/ , 2005                    _____ L.S.
                                     **Colin Barnes**

Date 17 March , 2005                 _____ L.S.
                                     **Xiaohai Liu**

Date 23/03/ , 2005                   _____ L.S.
                                     **Silke Ruediger**

- 3 -

RECORDED: 07/15/2005

**PATENT
REEL: 016774 FRAME: 0243**

02-18-2009

Form PTO-1595 (Rev. 06/04)
OMB No. 0651-0027 (exp. 6/30/2005)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

103548522

Attorney Docket No.: 2713-1-012DIV

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

| 1. Name of conveying party(ies)/Execution Date(s): | 2. Name and address of receiving party(ies) |
|---|---|
| Shankar BALASUBRAMANIAN; Colin BARNES; Xiaohai LIU; John MILTON; Harold SWERDLOW; and Xiaolin WU | Name: ILLUMINA CAMBRIDGE LIMITED |
| 12/22/08; 1/5/09; 1/5/09; 12/24/08; 12/23/08 and Execution Date(s) 12/23/08 respectively | Internal Address: _____ |
| Additional name(s) of conveying party(ies) attached? ☐Yes ☑No | Street Address: Chesterford Research Park, |

**3. Nature of conveyance:**

☑ Assignment        ☐ Merger

☐ Security Agreement    ☐ Change of Name

☐ Government Interest Assignment

☐ Executive Order 9424, Confirmatory License

☐ Other_____

Little Chesterford, Nr. Saffron Walden, Essex,

City: CB10 1XL

State: _____

Country: UNITED KINGDOM    Zip: _____

Additional name(s) & address(es) attached? ☐Yes ☑No

**4. Application or patent number(s):**    ☐ This document is being filed together with a new application.

A. Patent Application No.(s)        B. Patent No.(s)

11/301,578

7

Additional numbers attached? ☐Yes ☑No

| 5. Name and address to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name: Sarah J. Fashena, Ph.D. | **7. Total fee** (37 CFR 1.21(h) & 3.41) $ 40.00 |
| Internal Address: _____ | ☐ Authorized to be charged by credit card |
| | ☐ Authorized to be charged to deposit account |
| Street Address: KLAUBER & JACKSON LLC | ☑ Enclosed |
| 411 HACKENSACK AVE., 4TH FLOOR | ☐ None required (government interest not affecting title) |
| City: HACKENSACK | **8. Payment Information** |
| State: NJ        Zip: 07601 | a. Credit Card  Last 4 Numbers _____ |
| Phone Number: 201-487-5800 | Expiration Date _____ |
| Fax Number: 201-343-1684 | b. Deposit Account Number _____ |
| Email Address: Info@KJIPLAW.COM | Authorized User Name _____ |

02/17/2009 DBYRNE    00000004 11301578
01 FC:8021                    40.00 OP

**9. Signature:**

_Sarah J. Fashena_                    February 13, 2009

Signature                                Date

Sarah J. Fashena, Ph.D., Reg. No. 57,600

Name of Person Signing

Total number of pages including cover sheet, attachments, and documents:  13

Documents to be recorded (including cover sheet) should be faxed to (703) 306-5995, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450

Attorney Docket No.: 2713-1-012DIV

## ASSIGNMENT

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005**, and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

### ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

- 1 -

**Shankar BALASUBRAMANIAN; Colin BARNES; Xiaohai LIU;**
**John MILTON; Harold SWERDLOW; Xiaolin WU**

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

### ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

Date __22 Dee 2008__        _____ L.S.

**Shankar BALASUBRAMANIAN**

Date _____        _____ L.S.

**Colin BARNES**

Date _____        _____ L.S.

**Xiaohai LIU**

Date _____        _____ L.S.

**John MILTON**

Date _____        _____ L.S.

**Harold SWERDLOW**

Date _____        _____ L.S.

**Xiaolin WU**

Attorney Docket No. 2713-1-012DIV

# A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005**, and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

## ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

- 1 -

PATENT
REEL: 022275 FRAME: 0044

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

**ILLUMINA CAMBRIDGE LTD.,**

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

**ILLUMINA CAMBRIDGE LTD.,**

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

**ILLUMINA CAMBRIDGE LTD.,**

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

**ILLUMINA CAMBRIDGE LTD.,**

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

**PATENT
REEL: 022275 FRAME: 0045**

Attorney Docket No.: 2713-1-012DIV

Date _____        _____ L.S.
                                       **Shankar BALASUBRAMANIAN**

Date _5/1/09_                          _____ L.S.
                                       **Colin BARNES**

Date _5/1/09_                          _____ L.S.
                                       **Xiaohai LIU**

Date _____        _____ L.S.
                                       **John MILTON**

Date _____        _____ L.S.
                                       **Harold SWERDLOW**

Date _23. 12. 2008_                    _____ L.S.
                                       **Xiaolin WU**

- 3 -

**PATENT**
**REEL: 022275 FRAME: 0046**

Attorney Docket No. 2713-1-012DIV

# A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005**, and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

### ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

- 1 -

Attorney Docket No.: 2713-1-012DIV

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

- 2 -

Attorney Docket No.: 2713-1-012DIV

Date _____          _____ L.S.

                                **Shankar BALASUBRAMANIAN**


Date _____          _____ L.S.

                                **Colin BARNES**


Date _____          _____ L.S.

                                **Xiaohai LIU**


Date _____          _____ L.S.

                                **John MILTON**


Date  *23/12/08*                 *Harold Swerdlow* L.S.

                                **Harold SWERDLOW**


Date _____          _____ L.S.

                                **Xiaolin WU**

- 3 -

**PATENT**
**REEL: 022275 FRAME: 0049**

# A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain,
Department of Chemistry, University of Cambridge, Lensfield Road,
Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge
Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on
**December 13, 2005**, and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

## ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said
improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which
is hereby acknowledged, we the said

- 1 -

PATENT
REEL: 022275 FRAME: 0050

Attorney Docket No. 2713-1-012DIV

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

PATENT
REEL: 022275 FRAME: 0051

Attorney Docket No.: 2713-1-012DIV

Date _____            _____ L.S.
                                  **Shankar BALASUBRAMANIAN**

Date _____            _____ L.S.
                                  **Colin BARNES**

Date _____            _____ L.S.
                                  **Xiaohai LIU**

Date 24(.2(08                     _____ L.S.
                                  **John MILTON**

Date _____            _____ L.S.
                                  **Harold SWERDLOW**

Date _____            _____ L.S.
                                  **Xiaolin WU**

- 3 -

**RECORDED: 02/17/2009**

**PATENT**
**REEL: 022275 FRAME: 0052**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT4445027

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| SHANKAR BALASUBRAMANIAN | 12/22/2008 |
| COLIN BARNES | 05/01/2009 |
| XIAOHAI LIU | 05/01/2009 |
| JOHN MILTON | 12/24/2008 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | ILLUMINA CAMBRIDGE LTD. |
| Street Address: | CHESTERFORD RESEARCH PARK, LITTLE CHESTERFORD, NR. SAFFRON WALDEN |
| City: | ESSEX |
| State/Country: | UNITED KINGDOM |
| Postal Code: | CB10 1XL |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number |
|---|---|
| Patent Number: | 9410200 |

**CORRESPONDENCE DATA**

**Fax Number:** (858)255-5104

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 8582555104
**Email:** ip@illumina.com
**Correspondent Name:** ILLUMINA, INC.
**Address Line 1:** 5200 ILLUMINA WAY
**Address Line 4:** SAN DIEGO, CALIFORNIA 92122

| ATTORNEY DOCKET NUMBER: | IP-0310F-US |
|---|---|
| NAME OF SUBMITTER: | CYNTHIA A. WILLIS |
| SIGNATURE: | /Cynthia A. Willis/ |
| DATE SIGNED: | 06/05/2017 |

**Total Attachments: 12**
source=IP-0310F-US_AssignmentFromParent#page1.tif
source=IP-0310F-US_AssignmentFromParent#page2.tif

source=IP-0310F-US_AssignmentFromParent#page3.tif
source=IP-0310F-US_AssignmentFromParent#page4.tif
source=IP-0310F-US_AssignmentFromParent#page5.tif
source=IP-0310F-US_AssignmentFromParent#page6.tif
source=IP-0310F-US_AssignmentFromParent#page7.tif
source=IP-0310F-US_AssignmentFromParent#page8.tif
source=IP-0310F-US_AssignmentFromParent#page9.tif
source=IP-0310F-US_AssignmentFromParent#page10.tif
source=IP-0310F-US_AssignmentFromParent#page11.tif
source=IP-0310F-US_AssignmentFromParent#page12.tif

**PATENT**
**REEL: 042602 FRAME: 0755**

Attorney Docket No.: 2713-1-012DIV

## A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain,
Department of Chemistry, University of Cambridge, Lensfield Road,
Cambridge, CB2 1EW, Great Britain; and

        **Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

        **Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain

        **John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

        **Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge
Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

        **Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd,
Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden,
Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on
**December 13, 2005,** and was accorded U.S. Serial No. **11/301,578;** and

WHEREAS,

## ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said
improvements and the said application;

      NOW, THEREFORE, for other good and valuable consideration, the receipt of which
is hereby acknowledged, we the said

**PATENT
REEL: 042602 FRAME: 0756**

Attorney Docket No.: 2713-1-012DIV

### Shankar BALASUBRAMANIAN; Colin BARNES; Xiaohai LIU; John MILTON; Harold SWERDLOW; Xiaolin WU

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

### ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

### ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

Attorney Docket No.: 2713-1-012DIV

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

Date __22 Dee 2008__

_____ L.S.
**Shankar BALASUBRAMANIAN**

Date _____

_____ L.S.
**Colin BARNES**

Date _____

_____ L.S.
**Xiaohai LIU**

Date _____

_____ L.S.
**John MILTON**

Date _____

_____ L.S.
**Harold SWERDLOW**

Date _____

_____ L.S.
**Xiaolin WU**

**PATENT**
**REEL: 042602 FRAME: 0758**

Attorney Docket No.: 2713-1-012DIV

# A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005,** and was accorded U.S. Serial No. **11/301,578;** and

WHEREAS,

## ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

- 1 -

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

Attorney Docket No.: 2713-1-012DIV

Date _____        _____ L.S.
                             **Shankar BALASUBRAMANIAN**

Date __5/1/09__              _____ L.S.
                             **Colin BARNES**

Date __5/1/09__              _____ L.S.
                             **Xiaohai LIU**

Date _____        _____ L.S.
                             **John MILTON**

Date _____        _____ L.S.
                             **Harold SWERDLOW**

Date 23. 12. 2008            _____ L.S.
                             **Xiaolin WU**

Attorney Docket No.: 2713-1-012DIV

# A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

> **Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

> **Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

> **John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

> **Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

> **Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

## LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005,** and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

## ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

PATENT
REEL: 042602 FRAME: 0762

Attorney Docket No.: 2713-1-012DIV

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

Attorney Docket No.: 2713-1-012DIV

Date _____          _____ L.S.
                                     **Shankar BALASUBRAMANIAN**

Date _____          _____ L.S.
                                     **Colin BARNES**

Date _____          _____ L.S.
                                     **Xiaohai LIU**

Date 24/12/08 _____            _____ L.S.
                                     **John MILTON**

Date _____          _____ L.S.
                                     **Harold SWERDLOW**

Date _____          _____ L.S.
                                     **Xiaolin WU**

**PATENT**
**REEL: 042602 FRAME: 0764**

Attorney Docket No.: 2713-1-012DIV

## A S S I G N M E N T

WHEREAS, WE, **Shankar BALASUBRAMANIAN,** a citizen of Great Britain, Department of Chemistry, University of Cambridge, Lensfield Road, Cambridge, CB2 1EW, Great Britain; and

**Colin BARNES,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaohai LIU,** a citizen of China, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain

**John MILTON,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Harold SWERDLOW,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

**Xiaolin WU,** a citizen of Great Britain, Illumina Cambridge Ltd, Chesterford Research Park, Little Chesterford, Nr. Saffron, Walden, Essex CB10 1XL, Great Britain; and

have invented certain new and useful improvements in

### LABELLED NUCLEOTIDES

for which we have filed an Application for Letters Patent in the United States on **December 13, 2005**, and was accorded U.S. Serial No. **11/301,578**; and

WHEREAS,

### ILLUMINA CAMBRIDGE LTD.
with an office at
Chesterford Research Park, Little Chesterford,
Nr. Saffron Walden, Essex CB10 1XL
Great Britain

ASSIGNEE, is desirous of obtaining the entire right, title and interest in, to and under the said improvements and the said application;

NOW, THEREFORE, for other good and valuable consideration, the receipt of which is hereby acknowledged, we the said

- 1 -

**PATENT
REEL: 042602 FRAME: 0765**

Attorney Docket No.: 2713-1-012DIV

have sold, assigned, transferred and set over, and by these presents do hereby sell, assign, transfer and set over, to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, the entire right, title and interest in, to and under the said improvements, and the said application and all divisions, renewals, and continuations thereof, and all Letters Patent of the United States which may be granted thereon and all reissues and extensions thereof, and all applications for Letters Patent which may hereafter be filed for said improvements in any country or countries foreign to the United States, including the right to claim priority under the terms of any appropriate International Convention based upon said application for Letters Patent of the United States, and all Letters Patent which may be granted from said improvements in any country or countries foreign to the United States and extensions, renewals and reissues thereof; and we hereby authorize and request the Commissioner of Patents and Trademarks of the United States and any official of any country or countries foreign to the United States, whose duty is to issue patents on applications as aforesaid, to issue all Letters Patent for said improvements to the said

## ILLUMINA CAMBRIDGE LTD.,

it successors, legal representatives and assigns, in accordance with the terms of this instrument.

AND WE HEREBY covenant that we have full right to convey the interest herein assigned in the manner hereinabove set forth, and that we have not executed, and will not execute, any agreement in conflict herewith.

AND WE HEREBY further covenant and agree that we will communicate to the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, any fact known to us respecting said improvements, and testify in any legal proceeding, sign all lawful papers, execute all divisions, continuing and reissue applications, make all rightful oaths and generally do everything possible to aid the said

## ILLUMINA CAMBRIDGE LTD.,

its successors, legal representatives and assigns, to obtain and enforce proper Patent Protection for said improvements in the United States.

IN TESTIMONY WHEREOF, we hereunto set our hand and seal the day and year set opposite our signatures.

Attorney Docket No.: 2713-1-012DIV

Date _____          _____ L.S.
                                **Shankar BALASUBRAMANIAN**


Date _____          _____ L.S.
                                **Colin BARNES**


Date _____          _____ L.S.
                                **Xiaohai LIU**


Date _____          _____ L.S.
                                **John MILTON**


Date *23/12/08*                 *Harold Swerdlow* L.S.
                                **Harold SWERDLOW**


Date _____          _____ L.S.
                                **Xiaolin WU**