# EXHIBIT D49

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4       _____

 5   ILLUMINA, INC.,                   )

 6   ILLUMINA CAMBRIDGE LTD.,          )

 7            Plaintiffs,              ) Case No.

 8            vs.                      ) 3:19-cv-03770-WHO

 9   BGI GENOMICS CO., LTD., BGI       ) 3:20-cv-01465-WHO

10   AMERICAS CORP., MGI TECH CO.,     )

11   LTD., MGI AMERICAS, INC. And      )

12   COMPLETE GENOMICS, INC.,          )

13            Defendants.              )

14       _____)

15

16       CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

17              UNDER THE PROTECTIVE ORDER

18

19   REMOTE VIDEOCONFERENCE, VIDEO-RECORDED DEPOSITION OF

20                   MARK VAN OENE

21              Thursday, April 9, 2020

22                San Diego, California

23

24   Reported By:

25   Hanna Kim, CLR, CSR No. 13083
```

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 2

```
1                 UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                   SAN FRANCISCO DIVISION

4        _____

5    ILLUMINA, INC.,                    )

6    ILLUMINA CAMBRIDGE LTD.,           )

7             Plaintiffs,              ) Case No.

8             vs.                       ) 3:19-cv-03770-WHO

9    BGI GENOMICS CO., LTD., BGI        ) 3:20-cv-01465-WHO

10   AMERICAS CORP., MGI TECH CO.,      )

11   LTD., MGI AMERICAS, INC. And       )

12   COMPLETE GENOMICS, INC.,           )

13            Defendants.               )

14       _____)

15

16

17            CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES

18            ONLY UNDER THE PROTECTIVE ORDER,

19            remote videoconference and video-recorded

20            deposition of MARK VAN OENE, taken under

21            the stipulations of Counsel thereof,

22            before Hanna Kim, CLR, Certified Shorthand

23            Reporter, No. 13083.

24

25
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 3

```
1                    A P P E A R A N C E S:

2

3        For Plaintiffs:

4                WEIL, GOTSHAL & MANGES LLP

5                BY:  DOUG McCLELLAN, ESQ.

6                (Appearing by Videoconference)

7                700 Louisiana, Suite 1700

8                Houston, Texas 77002-2784

9                713.546.5313

10               doug.mcclellan@weil.com

11

12       For Defendants:

13               ARNOLD & PORTER KAYE SCHOLER LLP

14               BY:  KATIE J.L. SCOTT, ESQ.

15               (Appearing by Videoconference)

16               3000 El Camino Real

17               Building 5, Suite 500

18               Palo Alto, California 94306

19               Telephone:  650.319.4500

20               katie.scott@arnoldporter.com

21

22

23

24

25
```

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 4

```
 1                    APPEARANCES:  (CONTINUED)

 2

 3        For Defendants:

 4             ARNOLD & PORTER KAYE SCHOLER LLP

 5             BY:  NEDA DADPEY, ESQ.

 6             (Appearing by Videoconference)

 7             250 West 55th Street

 8             New York, New York 10019-9710

 9             212.836.8000

10             neda.dadpey@arnoldporter.com

11

12        Also Present:

13             ROLAND SCHWILLINSKI, ESQ., Illumina

14             (Appearing by Videoconference)

15             DOUGLAS SMITH, Arnold & Porter

16             (Appearing by Videoconference)

17             DAVID MANZO, Videographer

18             (Appearing by Videoconference)

19

20

21

22

23

24

25
```

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

Page 5

```
 1                    INDEX OF EXAMINATION

 2

 3      WITNESS:  MARK VAN OENE

 4            (Appearing by videoconference)

 5      EXAMINATION                              PAGE

 6            BY MS. SCOTT:                        16

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

```
 1                INDEX OF EXHIBITS

 2

 3   VAN OENE DEPOSITION EXHIBITS                PAGE

 4   Exhibit 2013   Defendant's Notice of          34

 5                  Deposition of Mark Van Oene; 4

 6                  pages

 7   Exhibit 2014   Declaration of Mark Van Oene In  35

 8                  Support of Plaintiffs Illumina,

 9                  Inc. And Illumina Cambridge

10                  Ltd.'s Motion for Preliminary

11                  Injunction; 35 pages

12   Exhibit 2015   Exhibit A; "2020 JP Morgan       34

13                  Healthcare Conference"; 35

14                  pages

15   Exhibit 2016   Exhibit B; "The $1,000 Genome    34

16                  Arrives For Real, This Time"; 8

17                  pages

18   Exhibit 2017   Exhibit C; "Comparison of the    34

19                  MGISEQ-2000 and Illumina HiSeq

20                  400 sequencing platforms for

21                  RNA sequencing"; 10 pages

22   Exhibit 2018   Exhibit D Filed Under Seal;      34

23                  "Next Generation Sequencing

24                  (NGS) Market Size, Growth and

25                  Trends (2016-2022)"; 119 pages
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 7

1               INDEX OF EXHIBITS (CONTINUED)

2

3     VAN OENE DEPOSITION EXHIBITS                    PAGE

4     Exhibit 2019   Exhibit E;  "Sequencing power      34

5                    for every scale"; 17 pages

6     Exhibit 2020   Exhibit F;  "NovaSeq 6000"; 10     34

7                    pages

8     Exhibit 2021   Exhibit G;  "United States         34

9                    Securities and Exchange

10                   Commission Form 10-K"; 94 pages

11    Exhibit 2022   Exhibit H;  "Illumina Reports      34

12                   Financial Results for Fourth

13                   Quarter and Fiscal Year 2019";

14                   8 pages

15    Exhibit 2023   Exhibit I;  "2019 JP Morgan        34

16                   Healthcare Conference"; 27

17                   pages

18    Exhibit 2024   Exhibit J;  "Global Next           34

19                   Generation Sequencing Market

20                   2029 by Company, Regions, Type

21                   and Application, Forecast to

22                   2025 from eSherpa Market

23                   Reports"; 6 pages

24    ///

25    ///

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

1          INDEX OF EXHIBITS (CONTINUED)

2

3     VAN OENE DEPOSITION EXHIBITS                    PAGE

4     Exhibit 2025   Exhibit K; "North America DNA    34

5                    Sequencing Products Market:

6                    Industry Trends, Share, Size,

7                    Growth, Opportunity and

8                    Forecast 2019-2024"; 16 pages

9     Exhibit 2026   Exhibit L; "MGI Prepares to      34

10                   Sell Sequencers in North

11                   America, Europe; Announces

12                   Proprietary Sequencing

13                   Chemistry"; 5 pages

14    Exhibit 2027   Exhibit M; "BGI's MGI Tech       34

15                   Launches New Sequencing

16                   Platforms, Broadens Scope with

17                   Diagnostic Ultrasound System";

18                   4 pages

19    Exhibit 2028   Exhibit N; "MGI Announces        34

20                   Milestone of 1,000 Sequencers

21                   Installed and Opens Early

22                   Access Program for

23                   Groundbreaking

24                   Ultra-High-Throughput

25                   Sequencer, MGISEQ-T7"; 6 pages

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

Page 9

```
 1                INDEX OF EXHIBITS (CONTINUED)

 2

 3      VAN OENE DEPOSITION EXHIBITS                    PAGE

 4      Exhibit 2029   Exhibit O;  "Statement of         34

 5                     Capabilities: Response to the

 6                     University of Calgary Advanced

 7                     Contract Award Notice"; 8 pages

 8      Exhibit 2030   Exhibit P;  "The BGI Genomics      34

 9                     IPO Is This a Chinese

10                     Illumina?"; 7 pages

11      Exhibit 2031   Exhibit Q;  "At a Glance"; 3       34

12                     pages

13      Exhibit 2032   Exhibit R;  "MGI introduces        34

14                     total solution for single cell

15                     RNA sequencing using flexible,

16                     large-scale MGISEQ-2000

17                     sequencing platform compatible

18                     with 10x Genomics"; 5 pages

19      Exhibit 2033   Exhibit S;  " MGI Product          34

20                     Portfolio"; 132 pages

21      Exhibit 2034   Exhibit T;  "MGI Technology:       34

22                     Advancing Genomics with

23                     Innovation"; 50 pages

24      ///

25      ///
```

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

```
 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3    VAN OENE DEPOSITION EXHIBITS                    PAGE

 4    Exhibit 2035   Exhibit U;  "MGI Announces        34

 5                   US$200 Million in First Round

 6                   Fundraising"; 8 pages

 7    Exhibit 2036   Exhibit V;  "Genetic Sequencer    34

 8                   DNBSEQ-G50"; 7 pages

 9    Exhibit 2037   Exhibit W;  "Genetic Sequencer    34

10                   DNBSEQ-G400"; 3 pages

11    Exhibit 2038   Exhibit X;  "Focused power on     34

12                   the MiSeq System"; 5 pages

13    Exhibit 2039   Exhibit Y;  "Let your work        34

14                   flow"; 13 pages

15    Exhibit 2040   Exhibit Z;  "DRAGEN v3.4          34

16                   released September 2019"; 7

17                   pages

18    Exhibit 2041   Exhibit AA;  "MegaBOLT            34

19                   Introduction"; 6 pages

20    Exhibit 2042   Exhibit BB;  "BGI Genomics        34

21                   Raises RMB 547M in IPO"; 3

22                   pages

23    ///

24    ///

25    ///
```

```
 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3    VAN OENE DEPOSITION EXHIBITS                    PAGE

 4    Exhibit 2043   Exhibit CC; "MGI Announces        34

 5                   Milestone of 1,000 Sequencers

 6                   Installed and Opens Early

 7                   Access Program for

 8                   Groundbreaking

 9                   Ultra-High-Throughput

10                   Sequencer, MGISEQ-T7"; 4 pages

11    Exhibit 2044   Exhibit DD; "MGI Announces        34

12                   Price and Early Access Customer

13                   of MGISEQ-T7"; 4 pages

14    Exhibit 2045   Exhibit EE; "Swift Biosciences     34

15                   Partners with MGI for High

16                   Throughput Genomic Sequencing";

17                   4 pages

18    Exhibit 2046   Exhibit FF; "Reines E-mail to     34

19                   Scott"; 18 pages

20    Exhibit 2047   Exhibit GG; "MGI Tech             34

21                   MGISEQ-2000, MGISEQ-200

22                   Sequencers; MGIFLP Modular NGS

23                   Workstation; MGIUS-R3 Robotic

24                   Ultrasound System"; 5 pages

25    ///
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

```
 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3    VAN OENE DEPOSITION EXHIBITS                    PAGE

 4    Exhibit 2048   Exhibit HH; "MGI Demonstrates     34

 5                   Success of New CoolMPS

 6                   Sequencing Chemistry on

 7                   PCR-free DNBSEQ Platform"; 4

 8                   pages

 9    Exhibit 2049   Exhibit II; "Genome Sequencing    34

10                   Giant BGI's Fundraising Flops";

11                   3 pages

12    Exhibit 2050   Exhibit JJ; "The Sequencing       34

13                   Buyer's Guide"; 43 pages

14    Exhibit 2051   Exhibit Okay.; "Illumina, Inc.    34

15                   Signs Definitive Agreement to

16                   Acquire Solexa, Inc. For $600

17                   Million in Stock"; 15 pages

18    Exhibit 2052   Exhibit LL; "MGI Announces        34

19                   Commercial Launch of its

20                   CoolMPS Chemistry-based DNBSEQ

21                   Sequencers in the United

22                   States"; 4 pages

23    ///

24    ///

25    ///
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

```
 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3    VAN OENE DEPOSITION EXHIBITS                    PAGE

 4    Exhibit 2053   Exhibit MM; "CoolMPS: Advanced    34

 5                   massively parallel sequencing

 6                   using antibodies specific to

 7                   each natural nucleobase"; 20

 8                   pages

 9    Exhibit 2054   Exhibit NN; "High-throughput      34

10                   DNA sequencing concepts and

11                   limitations"; 14 pages

12    Exhibit 2055   Declaration of Mark Van Oene In    34

13                   Support of Plaintiffs Illumina,

14                   Inc. And Illumina Cambridge

15                   Ltd.'s Motion for Preliminary

16                   Injunction, 31 pages

17    Exhibit 2056   Illumina Strategic Plan, 157      135

18                   pages

19    Exhibit 2057   Investments vs. BGI, 31 pages     213

20                         --oOo--

21

22

23

24

25
```

GregoryEdwards, LLC | Worldwide Court Reporting
GregoryEdwards.com | 866-4Team GE

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | San Diego, California                                      |
|          | 2  | Thursday, April 9, 2020; 8:32 a.m.                        |
| 08:32:38 | 3  | --oOo--                                                    |
| 08:32:38 | 4  | THE VIDEOGRAPHER:  Here begins Media Unit                 |
| 08:32:48 | 5  | Number 1 in the deposition of Mark Van Oene,              |
| 08:32:51 | 6  | testifying in the matter of Illumina, Inc., Illumina      |
| 08:32:51 | 7  | Cambridge, Limited, versus BGI Genomics, Limited,         |
| 08:33:05 | 8  | et al.                                                     |
| 08:33:05 | 9  | Today's date is April 9th, 2020.  The time                |
| 08:33:10 | 10 | is 8:33 Pacific Standard Time.  The deponent is           |
| 08:33:18 | 11 | being remotely deposed and is located in San Diego,       |
| 08:33:23 | 12 | California.                                                 |
| 08:33:23 | 13 | I'm David Manzo, the videographer, and I'm                |
| 08:33:26 | 14 | remotely recording this deposition from San Jose,         |
| 08:33:26 | 15 | California.                                                 |
| 08:33:31 | 16 | The court reporter is Hanna Kim and is                    |
| 08:33:33 | 17 | reporting this deposition from San Francisco,             |
| 08:33:36 | 18 | California.                                                 |
| 08:33:37 | 19 | Would all counsel please identify                         |
| 08:33:39 | 20 | yourselves and state whom you represent one at a          |
| 08:33:42 | 21 | time.                                                      |
| 08:33:45 | 22 | MR. McCLELLAN:  Go ahead, Katie.                          |
| 08:33:49 | 23 | MS. SCOTT:  Hello, this is Katie Scott                    |
| 08:33:52 | 24 | from Arnold & Porter representing the Defendants.         |
| 08:33:57 | 25 | MR. McCLELLAN:  This is Doug McClellan                    |

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

Page 15

| | | |
|---|---|---|
| 08:33:58 | 1 | from Weil, Gotshal & Manges representing Plaintiff |
| 08:34:04 | 2 | Illumina entities.  And also on the line is Roland |
| 08:34:09 | 3 | Schwillinski from Illumina. |
| 08:34:11 | 4 | MS. SCOTT:  And I should have added that |
| 08:34:13 | 5 | my colleague, Neda Dadpey, also of Arnold & Porter, |
| 08:34:17 | 6 | is also on the line. |
| 08:34:22 | 7 | THE VIDEOGRAPHER:  Okay.  Will the court |
| 08:34:25 | 8 | reporter please remotely swear in the witness. |
| 08:34:55 | 9 | THE COURT REPORTER:  Due to the need for |
| | 10 | this deposition to take place remotely because of |
| | 11 | the Government's order for social distancing, the |
| | 12 | parties have stipulated that the court reporter may |
| | 13 | swear in the witness over the phone and that the |
| | 14 | witness has verified that he is in fact Mr. Mark Van |
| | 15 | Oene. |
| | 16 | Sir, I am going to administer the oath to |
| | 17 | you, so please raise your right hand. |
| | 18 | MARK VAN OENE, |
| | 19 | having been administered an oath, was examined and |
| 08:35:17 | 20 | testified as follows: |
| 08:35:17 | 21 | THE VIDEOGRAPHER:  Counsel, please |
| 08:35:19 | 22 | proceed. |
| 08:35:20 | 23 | MS. SCOTT:  Thank you. |
| 08:35:20 | 24 | /// |
| 08:35:20 | 25 | /// |

| | | |
|---|---|---|
| 08:40:33 | 1 | that have to play into how you determine the pricing |
| 08:40:37 | 2 | of a product. |
| 08:40:41 | 3 | Q.   Would you consider Illumina to be a |
| 08:40:47 | 4 | relatively data-intensive company? |
| 08:40:53 | 5 | MR. McCLELLAN:  Object to form. |
| 08:40:54 | 6 | THE WITNESS:  Sorry.  Did somebody say |
| 08:40:56 | 7 | something? |
| 08:40:57 | 8 | MR. McCLELLAN:  Sorry.  I just said |
| 08:40:59 | 9 | "Object to form." |
| 08:41:02 | 10 | THE COURT REPORTER:  And this is the court |
| 08:41:03 | 11 | reporter.  I'm going to ask Mr. Van Oene to speak a |
| 08:41:19 | 12 | little louder -- |
| 08:41:19 | 13 | THE WITNESS:  Okay. |
| 08:41:20 | 14 | THE COURT REPORTER:  -- and slower.  Thank |
| 08:41:21 | 15 | you. |
| 08:41:21 | 16 | THE WITNESS:  I believe we have a lot of |
| 08:41:23 | 17 | data.  We're still getting better at how we use that |
| 08:41:26 | 18 | data to make different discoveries or -- or |
| 08:41:30 | 19 | understand things better.  But I would say that we |
| 08:41:33 | 20 | do have access to a lot of data, yes. |
| 08:41:35 | 21 | BY MS. SCOTT: |
| 08:41:37 | 22 | Q.   How does Illumina go about collecting all |
| 08:41:40 | 23 | of that data? |
| 08:41:41 | 24 | A.   Most of it is transactional data, so order |
| 08:41:48 | 25 | history, customer data, call support data.  You |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 21

| | | |
|---|---|---|
| 08:41:50 | 1 | know, the analytics I look at are -- are, you know, |
| 08:41:55 | 2 | things that are reflective of our interactions with |
| 08:42:00 | 3 | the customers. |
| 08:42:00 | 4 | I don't want -- I don't want you to in any |
| 08:42:02 | 5 | way think that we access customer data.  We do not. |
| 08:42:05 | 6 | We can -- we can do surveillance and health checks |
| 08:42:07 | 7 | on systems, but we are not accessing genomics or any |
| 08:42:13 | 8 | type of genomics data from those customers.  This is |
| 08:42:16 | 9 | really transactional data and market data and -- and |
| 08:42:19 | 10 | informational data. |
| 08:42:19 | 11 | Q.    When you say "transactional data," what is |
| 08:42:23 | 12 | included in that? |
| 08:42:27 | 13 | A.    Most of it is around the orders and order |
| 08:42:31 | 14 | history.  So with a customer institution, the key |
| 08:42:35 | 15 | contact that's making the order or the purchase |
| 08:42:37 | 16 | order number, the products, the quantities, the ship |
| 08:42:40 | 17 | schedules, you know, how those ship schedules change |
| 08:42:43 | 18 | over time. |
| 08:42:43 | 19 | You know, the -- the typical transactional |
| 08:42:47 | 20 | stuff that, you know, if you think of your Amazon |
| 08:42:49 | 21 | ordering, you know, look at your order history; |
| 08:42:51 | 22 | we -- we can look at order history and understand |
| 08:42:53 | 23 | what customers are buying at what price points and |
| 08:42:56 | 24 | what time of year. |
| 08:42:57 | 25 | Q.    And is that information tracked for all |

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

Page 22

| | | |
|---|---|---|
| 08:43:01 | 1 | Illumina customers? |
| 08:43:02 | 2 | A. Yes. |
| 08:43:05 | 3 | Q. And -- and what is the name of the system |
| 08:43:07 | 4 | that that information is tracked in? |
| 08:43:09 | 5 | A. We use SAP. |
| 08:43:11 | 6 | Q. And is there also data collected about |
| 08:43:19 | 7 | potential transactions, so before you get to the |
| 08:43:22 | 8 | point of actually making the sale? |
| 08:43:24 | 9 | A. Yes. We use SF -- Salesforce.com we use |
| 08:43:29 | 10 | to track pipeline and -- and customer -- it's a |
| 08:43:31 | 11 | customer relation management system. So we use that |
| 08:43:34 | 12 | to track, you know, customer opportunities, when we |
| 08:43:39 | 13 | think those will close, what products we're |
| 08:43:43 | 14 | discussing with them. |
| 08:43:44 | 15 | We also within that will track sort of |
| 08:43:48 | 16 | health of their systems, uptime of systems, and |
| 08:43:51 | 17 | understand the different technical support issues |
| 08:43:55 | 18 | that they have. |
| 08:43:55 | 19 | So we use it both for sales future |
| 08:43:58 | 20 | pipeline as well as for tech support and field |
| 08:44:02 | 21 | support service calls to make sure that everybody |
| 08:44:05 | 22 | has the information they need for each of those |
| 08:44:06 | 23 | customers. |
| 08:44:07 | 24 | Q. And are people in the field, you know, |
| 08:44:13 | 25 | whether they're sales representatives or -- or other |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 28

| | | |
|---|---|---|
| 08:51:37 | 1 | differentiated? |
| 08:51:37 | 2 | A.   It would depend on the magnitude of that |
| 08:51:42 | 3 | error rate.  I would -- I would suggest that |
| 08:51:45 | 4 | Illumina has been so successful because we have the |
| 08:51:49 | 5 | highest accuracy technologies on the market and the |
| 08:51:52 | 6 | lowest error rates on the market. |
| 08:51:54 | 7 | And so, if it's within -- within small |
| 08:51:58 | 8 | percentages of that, I don't think that's a |
| 08:52:00 | 9 | differentiator.  If it's an error rate that's much |
| 08:52:09 | 10 | higher, like Oxford Nanopore -- |
| 08:52:09 | 11 | THE COURT REPORTER:  Such as what?  If |
| 08:52:09 | 12 | it's an error rate such as -- |
| 08:52:09 | 13 | THE WITNESS:  Oxford Nanopore. |
| 08:52:16 | 14 | BY MS. SCOTT: |
| 08:52:16 | 15 | Q.   In your understanding, is Oxford Nanopore |
| 08:52:22 | 16 | generally known for having higher error rates than |
| 08:52:28 | 17 | Illumina systems? |
| 08:52:29 | 18 | A.   Yes. |
| 08:52:30 | 19 | Q.   And is Oxford Nanopore generally known for |
| 08:52:35 | 20 | having high error rates than MGI Systems? |
| 08:52:40 | 21 | A.   Yes, it's known for having high error |
| 08:52:45 | 22 | rates.  It's differentiated because it has extremely |
| 08:52:47 | 23 | long sequence reads.  And so their differentiation |
| 08:52:51 | 24 | is not on price or on error, it's on the length of |
| 08:52:53 | 25 | the read. |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 29

| | | |
|---|---|---|
| 08:52:53 | 1 | And so there are different applications |
| 08:52:55 | 2 | you can do, like bacterial sequencing or non-human |
| 08:53:00 | 3 | sequence, that are easier to do with a little bit of |
| 08:53:04 | 4 | Oxford Nanopore than with either Illumina or MGI. |
| 08:53:08 | 5 | Q.    Would it be feasible to use an Oxford |
| 08:53:14 | 6 | Nanopore system for a whole genome sequencing? |
| 08:53:19 | 7 | A.    Feasible, but not affordable. |
| 08:53:25 | 8 | Q.    Are you familiar with the Ion Torrent |
| 08:53:31 | 9 | System? |
| 08:53:32 | 10 | A.    I am. |
| 08:53:32 | 11 | Q.    Is it -- would you consider it feasible |
| 08:53:37 | 12 | for whole genome sequencing? |
| 08:53:39 | 13 | A.    Again, it -- it could be done, but it |
| 08:53:40 | 14 | doesn't have the output or at the price points |
| 08:53:45 | 15 | necessary to -- to have that as a primary |
| 08:53:48 | 16 | application.  It's predominantly used in clinical |
| 08:53:51 | 17 | settings for small panel approaches to sequencing. |
| 08:53:54 | 18 | Q.    And what about the Pacific Biosciences |
| 08:54:02 | 19 | system, would that be feasible for whole genome |
| 08:54:05 | 20 | sequencing? |
| 08:54:05 | 21 | A.    Again, feasible, but not affordable. |
| 08:54:09 | 22 | It's -- you know, it's more than ten times the cost |
| 08:54:11 | 23 | to do a genome on a PacBio system -- |
| | 24 | THE COURT REPORTER:  I'm sorry.  Sir, I |
| | 25 | didn't hear the word.  It's more than ten times the |

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

Page 30

                1    cost to do a genome?

                2           THE WITNESS:  On a PacBio sequencer.

                3           THE COURT REPORTER:  I'm going to ask both

                4    of you to speak a little slower because it sounds a

                5    bit muffled.  Thank you.

                6           THE WITNESS:  Okay.

08:54:38        7           MS. SCOTT:  And just for the court

08:54:40        8    reporter's benefit, one of the companies we'll be

08:54:44        9    referring to is -- the shorthand is PacBio, which is

08:54:48       10    P-A-C-B-I-O, so I think in the last answer it would

08:54:54       11    have been PacBio sequencer.  Great.

08:54:54       12    BY MS. SCOTT:

08:55:15       13      Q.   Which Illumina sequencing systems are --

08:55:17       14    would you consider appropriate for whole genome

08:55:20       15    sequencing?

08:55:21       16      A.   The -- the majority of the whole genomes

08:55:26       17    sequenced would be sequenced on either a HiSeq X10

08:55:31       18    platform or on our NovaSeq platform.

08:55:34       19           You can do it on NextSeq platforms, which

08:55:37       20    are our mid-throughput; but again, it's not as

08:55:40       21    affordable.

08:55:41       22           So if -- if there's any volume of

08:55:43       23    sequencing for whole genomes being done, it's

08:55:45       24    typically done on either our HiSeq X10 or on our

08:55:48       25    NovaSeq.

| | | |
|---|---|---|
| 08:55:51 | 1 | Q.   And globally are there competitors of |
| 08:55:55 | 2 | Illumina that offer systems that are feasible for |
| 08:56:01 | 3 | use in sequencing whole genomes? |
| 08:56:03 | 4 | A.   The -- the BGI/MGI is really the only |
| 08:56:11 | 5 | other affordable and -- and output -- higher output |
| 08:56:19 | 6 | system that would be used for whole genome |
| 08:56:21 | 7 | sequencing today. |
| 08:56:22 | 8 | Q.   And currently in the United States, is the |
| 08:56:35 | 9 | Illumina high-throughput or mid-throughput system, |
| 08:56:40 | 10 | are they the only ones that are available for sale? |
| 08:56:46 | 11 | MR. McCLELLAN:  Objection.  Vague. |
| 08:56:51 | 12 | THE WITNESS:  Yeah, I'm -- I'm not sure I |
| 08:56:52 | 13 | understand your question. |
| 08:56:54 | 14 | BY MS. SCOTT: |
| 08:56:54 | 15 | Q.   Let me -- let me rephrase. |
| 08:56:56 | 16 | In 2019, was Illumina the only company on |
| 08:57:06 | 17 | the market in the United States offering sequencing |
| 08:57:11 | 18 | systems that were feasible for use in whole genome |
| 08:57:18 | 19 | sequencing? |
| 08:57:19 | 20 | A.   So some people would try to do that with |
| 08:57:26 | 21 | Ion Torrent or with Pacific Biosciences if they had |
| 08:57:31 | 22 | that technology, even though it was expensive. |
| 08:57:35 | 23 | Many US customers would outsource, so they |
| 08:57:38 | 24 | would send samples to BGI/MGI -- I -- I don't know |
| 08:57:43 | 25 | how to refer to it today, but to -- to the BGI |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

| | | |
|---|---|---|
| 08:57:45 | 1 | group, we'll say, to have the whole genome |
| 08:57:48 | 2 | sequencing done —— done as a service.  And then |
| 08:57:51 | 3 | Illumina was selling the high-end technologies in |
| 08:57:54 | 4 | the US. |
| 08:57:55 | 5 | So —— so they did have access to other |
| 08:57:59 | 6 | technologies or services for whole genome |
| 08:58:01 | 7 | sequencing. |
| 08:58:02 | 8 | Q.   So —— just to make sure I understand, |
| 08:58:09 | 9 | so if —— so if a customer wanted to do whole genome |
| 08:58:13 | 10 | sequencing and they were in the United States, their |
| 08:58:18 | 11 | options would be to —— to send their samples out to |
| 08:58:22 | 12 | a service provider, to —— or to buy a [verbatim] |
| 08:58:26 | 13 | Illumina system, or to use one of the technologies |
| 08:58:32 | 14 | that we've talked about as being potentially |
| 08:58:37 | 15 | feasible, but not affordable; is that right? |
| 08:58:40 | 16 | A.   Correct. |
| 08:58:40 | 17 | Q.   So we got off to kind of a quick start.  I |
| 08:58:56 | 18 | just —— I'll take a quick step back and —— to say |
| 08:59:00 | 19 | that I know many of us are calling in to —— or are |
| 08:59:06 | 20 | on videoconference from homes and other places.  I |
| 08:59:09 | 21 | know, at least speaking for myself, I have children |
| 08:59:14 | 22 | around here somewhere and dogs and cats and all |
| 08:59:16 | 23 | sorts of those things. |
| 08:59:17 | 24 | So to the extent there's any —— any noise |
| 08:59:20 | 25 | or interruptions, I —— I hope we can be all |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| Time | # | Text |
|---|---|---|
| 09:15:40 | 1 | typically sell, you know, ██ to ██ of those a year |
| 09:15:44 | 2 | in the US.  We have a mid-throughput portfolio of |
| 09:15:50 | 3 | NextSeq and NextSeq Dx's and different flavors of |
| 09:15:55 | 4 | NextSeqs that we'll sell a ███████ of a year. |
| 09:15:58 | 5 | And we have NovaSeqs and HiSeqs that we typically |
| 09:16:02 | 6 | sell, you know, ██ to ██ of a year in the United |
| 09:16:06 | 7 | States. |
| 09:16:24 | 8 | BY MS. SCOTT: |
| 09:16:24 | 9 | Q.    What is your understanding of how many |
| 09:16:16 | 10 | NovaSeq systems Illumina expects to sell in 2020? |
| 09:16:25 | 11 | A.    We expect to still sell more than ██ |
| 09:16:30 | 12 | NovaSeq units globally in 2020. |
| 09:16:34 | 13 | Q.    And how many of those ██ NovaSeq units |
| 09:16:42 | 14 | would you expect to sell in the United States? |
| 09:16:44 | 15 | A.    We typically do between 50 and 60 percent |
| 09:16:48 | 16 | of our business in the United States.  It's our |
| 09:16:51 | 17 | largest market and by far, our largest individual |
| 09:16:56 | 18 | country. |
| 09:16:57 | 19 | Q.    And how many NextSeq systems do you expect |
| 09:17:09 | 20 | to sell globally in 2020? |
| 09:17:13 | 21 | A.    I would have to pull up the -- the actual |
| 09:17:15 | 22 | number, but I'm going to ballpark it at ██ units, |
| 09:17:25 | 23 | plus or minus ██ |
| 09:17:25 | 24 | THE COURT REPORTER:  I'm sorry.  How many |
| 09:17:25 | 25 | units?  Plus or minus how many units? |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 44

| | | |
|---|---|---|
| 09:17:29 | 1 | THE WITNESS: ▮ |
| 09:17:30 | 2 | BY MS. SCOTT: |
| 09:17:30 | 3 | Q.    And would that also be approximately 50 to |
| 09:17:35 | 4 | 60 percent in the United States? |
| 09:17:36 | 5 | A.    Yes, it would. |
| 09:17:39 | 6 | Q.    Do you have a sense of what percent of |
| 09:17:54 | 7 | Illumina's sequencing revenue is a result of sales |
| 09:17:59 | 8 | in the United States? |
| 09:18:00 | 9 | A.    Overall se- -- like -- like overall |
| 09:18:11 | 10 | sequencing revenue? |
| 09:18:12 | 11 | Q.    Yes. |
| 09:18:13 | 12 | A.    It's, again, you know, probably closer to |
| 09:18:18 | 13 | 60 percent than 50.  But, you know, our business |
| 09:18:22 | 14 | is -- is -- is big enough now that it's quite |
| 09:18:24 | 15 | consistent, in terms of regional contributions. |
| 09:18:45 | 16 | Q.    Do -- how do prices vary for the same |
| 09:18:48 | 17 | system between different geographies? |
| 09:18:53 | 18 | A.    The prices on our -- on our instruments |
| 09:18:58 | 19 | are very consistent globally.  Where -- where we see |
| 09:19:04 | 20 | different prices is mostly on the consumables, so |
| 09:19:06 | 21 | the -- the SBS consumables that run through those |
| 09:19:10 | 22 | systems.  And that's -- that's where, based on |
| 09:19:14 | 23 | market segment or geographic segment, you will see |
| 09:19:18 | 24 | price differences occur. |
| 09:19:27 | 25 | Q.    When you refer to "market segment," what |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 45

| | | |
|---|---|---|
| 09:19:29 | 1 | does that mean? |
| 09:19:31 | 2 | A.    So within a clinical market, I would |
| 09:19:36 | 3 | segment that to oncology, to reproductive health, or |
| 09:19:42 | 4 | genetic disease.  But those are three different |
| 09:19:47 | 5 | segments we'll be selling to at different price |
| 09:19:47 | 6 | points with our consumables and clinical.  And then |
| 09:19:48 | 7 | our research market or an agriculture market are |
| 09:19:51 | 8 | completely different from those clinical, again. |
| 09:19:57 | 9 | Q.    Is there ever a situation where the |
| 09:20:02 | 10 | same -- essentially the -- the same consumable is |
| 09:20:05 | 11 | sold for a different price -- strike that. |
| 09:20:11 | 12 | Are -- are -- does Illumina offer |
| 09:20:27 | 13 | different levels of discounts between different |
| 09:20:31 | 14 | geographies? |
| 09:20:32 | 15 | A.    Our dis- -- our discounts are quite |
| 09:20:40 | 16 | consistent, but our list prices may differ.  And so |
| 09:20:44 | 17 | we have different regional price books that apply to |
| 09:20:49 | 18 | capture that geographical need.  And then from that |
| 09:20:53 | 19 | different price book, we then apply a discounting |
| 09:20:56 | 20 | authority and -- and a -- and a volume discounting |
| 09:21:00 | 21 | matrix. |
| 09:21:01 | 22 | Q.    So is it correct to say that the list |
| 09:21:05 | 23 | price for a NovaSeq in the United States would be |
| 09:21:12 | 24 | higher than a NovaSeq list price for China? |
| 09:21:19 | 25 | A.    Actually, China, we have very consistent |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 49

| | | |
|---|---|---|
| 09:26:59 | 1 | because not everybody could not use our full six |
| 09:26:59 | 2 | terabases of sequence, and so they wanted that |
| 09:27:04 | 3 | flexibility in the NovaSeq.  We've also been |
| 09:27:09 | 4 | exploring read lengths and doing multi-read |
| 09:27:09 | 5 | length -- |
| 09:27:09 | 6 | THE COURT REPORTER:  I'm sorry, we've been |
| 09:27:09 | 7 | exploring -- we've been exploring read length? |
| 09:27:09 | 8 | THE WITNESS:  Read length.  Yeah. |
| 09:27:42 | 9 | BY MS. SCOTT: |
| 09:27:43 | 10 | Q.    Is it correct that the NovaSeq uses |
| 09:27:47 | 11 | patterned flow cells? |
| 09:27:49 | 12 | A.    Correct. |
| 09:27:49 | 13 | Q.    And is one of the advances in the NovaSeq |
| 09:28:01 | 14 | flow cells that the -- that their patterning becomes |
| 09:28:07 | 15 | more dense over time? |
| 09:28:08 | 16 | A.    Yes.  Density of -- of pattern flow cells |
| 09:28:13 | 17 | is a mechanism to use to increase our output.  And, |
| 09:28:18 | 18 | in fact, on our recent NextSeq 2000 launch in |
| 09:28:26 | 19 | January of 2020, so just this last January, you |
| 09:28:28 | 20 | know, it was a density improvement on those flow |
| 09:28:31 | 21 | cells that enabled us to -- to drive that technology |
| 09:28:40 | 22 | forward for the next sequence. |
| 09:28:41 | 23 | Q.    What -- I -- I'm sorry, I'm not sure I |
| 09:28:46 | 24 | completely understand what you said. |
| 09:28:47 | 25 | So what was it about the density of the |

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

| | | |
|---|---|---|
| 09:28:49 | 1 | flow cells that resulted in driving forward the |
| 09:28:55 | 2 | NextSeq -- the new NextSeq launch? |
| 09:28:57 | 3 | A.   Yeah.   Tighter pitch of those patterns -- |
| 09:29:00 | 4 | of the patterns on the flow cells.  So more -- more |
| 09:29:02 | 5 | clusters per flow cell, or more clusters per -- per |
| 09:29:07 | 6 | square millimeter on those flow cells.  It helps us |
| 09:29:11 | 7 | to miniaturize, which helps us to go faster.   It |
| 09:29:15 | 8 | helps us to reduce cost. |
| 09:29:19 | 9 | Q.   When did Illumina first start offering |
| 09:29:21 | 10 | pattern flow cells? |
| 09:29:25 | 11 | A.   It would have been one of our HiSeq family |
| 09:29:35 | 12 | systems, either the HiSeq 4000 or the HiSeq X Ten, |
| 09:29:43 | 13 | which would have been launched in 2014, I think, |
| 09:29:45 | 14 | 2000- -- between 2012 to 2014.  You'll have to check |
| 09:29:50 | 15 | some of the documents.  Sorry. |
| 09:29:55 | 16 | Q.   Okay. |
| 09:29:55 | 17 | A.   I've been at Illumina a long time. |
| 09:30:04 | 18 | Q.   Is another advance in the sequencing |
| 09:30:12 | 19 | process that Illumina has used with some of its |
| 09:30:16 | 20 | newer systems to use two-color chemistry? |
| 09:30:22 | 21 | MR. McCLELLAN:  Objection.  This is out -- |
| 09:30:25 | 22 | sorry.  Objection.  Outside the scope of the |
| 09:30:29 | 23 | declaration. |
| 09:30:29 | 24 | THE WITNESS:  Yeah.  What I will say is |
| 09:30:31 | 25 | there's a lot of confusion.  It's two channels of |

| | | |
|---|---|---|
| 09:30:35 | 1 | chemistry.  And so we use two channels for imaging. |
| 09:30:38 | 2 | It's not two dye.  And -- and so, you know, I think |
| 09:30:41 | 3 | it's important to differentiate number of channels |
| 09:30:44 | 4 | from the number of dyes, And we use multiple dyes in |
| 09:30:56 | 5 | all of our SBS chemistries. |
| 09:30:58 | 6 | BY MS. SCOTT: |
| 09:30:58 | 7 | Q.    And when you say that you "use multiple |
| 09:31:01 | 8 | dyes," are you referring to -- are some of those |
| 09:31:06 | 9 | dyes of the same color? |
| 09:31:07 | 10 | A.    Yes.  Where we use multiple green or |
| 09:31:12 | 11 | multiple red dyes in a green/red two-channel SBS |
| 09:31:20 | 12 | chemistry. |
| 09:31:20 | 13 | Q.    And is there also a blue/green chemistry? |
| 09:31:24 | 14 | A.    There is.  We just released that in |
| 09:31:26 | 15 | January, with the recently launched NextSeq 2000. |
| 09:31:36 | 16 | Q.    So the newest currently release of -- |
| 09:31:42 | 17 | THE COURT REPORTER:  I'm sorry.  Counsel, |
| 09:31:44 | 18 | I can't hear you. |
| 09:31:46 | 19 | MS. SCOTT:  Sorry.  I'll -- I'll start |
| 09:31:47 | 20 | over. |
| 09:31:48 | 21 | BY MS. SCOTT: |
| 09:31:48 | 22 | Q.    So it's correct to say that the most |
| 09:31:50 | 23 | recently released mid-throughput sequencer of |
| 09:31:54 | 24 | Illumina uses two-channel chemistry? |
| 09:31:56 | 25 | A.    Two-channel blue/green chemistry. |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 52

| | | |
|---|---|---|
| 09:32:01 | 1 | Q.    And it also uses pattern flow cells; |
| 09:32:07 | 2 | correct? |
| 09:32:07 | 3 | A.    It does. |
| 09:32:07 | 4 | Q.    Do you have an understanding of |
| 09:32:20 | 5 | defendants -- the difference between defendants' |
| 09:32:22 | 6 | StandardMPS reagents and CoolMPS reagents? |
| 09:32:28 | 7 | A.    I've -- I've looked schematically at it. |
| 09:32:32 | 8 | I haven't seen data on the differences, but I have |
| 09:32:35 | 9 | looked schematically at the differences of how you |
| 09:32:40 | 10 | introduce the label. |
| 09:32:41 | 11 | Q.    Which -- I -- well, before I ask the |
| 09:32:45 | 12 | question -- |
| 09:32:45 | 13 | MS. SCOTT:  Just for the benefit of the |
| 09:32:47 | 14 | court reporter, we're going to be talking a lot |
| 09:32:50 | 15 | about two different types of chemistries.  One is |
| 09:32:54 | 16 | called StandardMPS, which is the word "standard," |
| 09:32:58 | 17 | and then no space, and then the letters -- |
| 09:33:01 | 18 | capitalized letter MPS? |
| 09:33:07 | 19 | And then the second one is CoolMPS, also |
| 09:33:17 | 20 | with no space. |
| 09:33:17 | 21 | BY MS. SCOTT: |
| 09:33:28 | 22 | Q.    So what, in your understanding, is the |
| 09:33:31 | 23 | difference between defendant's StandardMPS and |
| 09:33:42 | 24 | CoolMPS reagents? |
| 09:33:43 | 25 | A.    So "Standard" being -- you know, they're |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 65

| | | |
|---|---|---|
| 10:11:02 | 1 | specific segments. |
| 10:11:04 | 2 | Q.   And within the clinical segment, are |
| 10:11:12 | 3 | any of -- or within the clinical segment, what |
| 10:11:14 | 4 | percentage of customers would use high-throughput |
| 10:11:20 | 5 | sequencers? |
| 10:11:25 | 6 | A.   It depends on the maturity of that |
| 10:11:28 | 7 | segment.   And -- and what we see in the clinic is |
| 10:11:32 | 8 | that testing is very specialized and much more |
| 10:11:36 | 9 | centralized early on.   And over time as more |
| 10:11:44 | 10 | hospitals and more physicians start to order those |
| 10:11:47 | 11 | tests, the need for decentralized testing |
| 10:11:50 | 12 | environment prevails. |
| 10:11:51 | 13 | And so most of our segments are still very |
| 10:11:54 | 14 | centralized in the clinic; and so it's, you know, |
| 10:11:57 | 15 | handfuls of customers that are offering these tests, |
| 10:12:00 | 16 | not -- not every hospital pathology lab that's |
| 10:12:04 | 17 | offering it. |
| 10:12:05 | 18 | And that's why we have such an opportunity |
| 10:12:07 | 19 | for growth, because right now, it is very early and |
| 10:12:11 | 20 | very centralized.   And it will, over the next three |
| 10:12:13 | 21 | to five years, grow into the hospital setting and be |
| 10:12:17 | 22 | much more decentralized testing. |
| 10:12:19 | 23 | Q.   For the clinical market, do those |
| 10:12:36 | 24 | sequencing systems require regulatory approval? |
| 10:12:40 | 25 | A.   Every country has their own regulatory |

| | | |
|---|---|---|
| 10:12:47 | 1 | environment that -- that we work with.  Here in the |
| 10:12:49 | 2 | United States, lab developed tests are the most |
| 10:12:54 | 3 | common approached for early clinical tests. |
| 10:12:57 | 4 | And so as long as that lab has its proper |
| 10:13:01 | 5 | certifications, you know, clear kept proper |
| 10:13:11 | 6 | certifications, they can validate and create their |
| 10:13:11 | 7 | own lab-developed tests using our technologies. |
| 10:13:14 | 8 | In other parts of the world, we absolutely |
| 10:13:16 | 9 | have to go and get regulatory cleared systems, you |
| 10:13:18 | 10 | know, whether that's a CE-IVD or in China an NNPA |
| 10:13:21 | 11 | regulation of those.  So we work with each of those |
| 10:13:24 | 12 | countries to get the proper regulatory approvals for |
| 10:13:31 | 13 | -- for our products. |
| 10:13:32 | 14 | Q.   So for a new product in the United States, |
| 10:13:37 | 15 | in terms of going from having a sort of sequencer |
| 10:13:42 | 16 | that's, you know, ready to be sold, but then taking |
| 10:13:45 | 17 | it from, you know, just being able to be sold for |
| 10:13:48 | 18 | research use, then being able to market it for a |
| 10:13:52 | 19 | clinical application, could you describe what the |
| 10:13:55 | 20 | process is to get to that point where you could |
| 10:13:58 | 21 | market it for clinical application? |
| 10:13:59 | 22 | A.   Yeah, right now we -- we have the MiSeqDX |
| 10:14:09 | 23 | that, you know, we've taken through the US FDA.  And |
| 10:14:12 | 24 | we put that through years ago with a full work flow |
| 10:14:16 | 25 | in the round of cystic fibrosis panels.  And this |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 67

| | | |
|---|---|---|
| 10:14:20 | 1 | was three to five years after the RUO version of |
| 10:14:25 | 2 | MiSeq was launched. |
| 10:14:27 | 3 | We've similarly been taking through the |
| 10:14:30 | 4 | NextSeq as a NextSeq DX.  And, again, it's typically |
| 10:14:33 | 5 | a three- to five-year lag behind -- in an RUO |
| 10:14:36 | 6 | product because of all of the documentation and |
| 10:14:39 | 7 | design controls and work flows; but also because |
| 10:14:43 | 8 | once it's submitted and you've got that cleared |
| 10:14:47 | 9 | device, the change control around that becomes much |
| 10:14:50 | 10 | more onerous.  And so you want to make sure that the |
| 10:14:53 | 11 | system is hardened and the chemistries are hardened |
| 10:14:56 | 12 | and that work flow isn't going to undergo ongoing |
| 10:15:00 | 13 | changes that a research environment will have -- |
| 10:15:02 | 14 | accept. |
| 10:15:02 | 15 | And so it typically takes us three to five |
| 10:15:06 | 16 | years before submitting for a -- a regulatory |
| 10:15:09 | 17 | cleared device after going out to market in a |
| 10:15:17 | 18 | research setting. |
| 10:15:20 | 19 | THE COURT REPORTER:  In the what setting? |
| 10:15:22 | 20 | I'm sorry? |
| 10:15:22 | 21 | THE WITNESS:  Research setting.  Research. |
| 10:15:24 | 22 | BY MS. SCOTT: |
| 10:15:24 | 23 | Q.    And for the MiSeqDX, was it initially |
| 10:15:32 | 24 | approved in countries outside the US for clinical |
| 10:15:38 | 25 | use? |

GregoryEdwards, LLC |  Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 68

| | | |
|---|---|---|
| 10:15:38 | 1 | A.   My understanding is the MiSeq we first did |
| 10:15:43 | 2 | in the US as the MiSeqDX with the cystic fibrosis |
| 10:15:48 | 3 | panel.  The NextSeq DX, however, we first went for a |
| 10:15:50 | 4 | CE-IVD mark with NIPT work flow for the NextSeq DX. |
| 10:16:00 | 5 | And so it was CE-IVD cleared -- |
| 10:16:00 | 6 | THE COURT REPORTER:  Can you slow down |
| 10:16:00 | 7 | with the letters, please.  Thank you. |
| 10:16:02 | 8 | THE WITNESS:  So the NextSeq DX was CE-IVD |
| 10:16:08 | 9 | cleared before we took that back into the U.S. FDA |
| 10:16:12 | 10 | submission. |
| 10:16:14 | 11 | BY MS. SCOTT: |
| 10:16:14 | 12 | Q.   And how long was it between the original |
| 10:16:22 | 13 | NextSeq launch and getting the CE-IVD clearance? |
| 10:16:29 | 14 | A.   Three to five years is my guess. |
| 10:16:45 | 15 | Q.   If the defendants were to launch their |
| 10:16:48 | 16 | sequencing products in the United States and wanted |
| 10:16:53 | 17 | to seek clinical approval, is there any reason that |
| 10:16:59 | 18 | you think it would be faster for them than the three |
| 10:17:04 | 19 | to five years that Illumina's experienced? |
| 10:17:09 | 20 | A.   They wouldn't need U.S. FDA approval to |
| 10:17:14 | 21 | bring it into the U.S. for clinical use because of |
| 10:17:17 | 22 | the LDT environment within the United States.  So |
| 10:17:20 | 23 | they would be able to immediately let labs validate |
| 10:17:24 | 24 | their own work flows on a research system in the |
| 10:17:27 | 25 | United States.  So they would have an opportunity |

| | | |
|---|---|---|
| 10:17:31 | 1 | right away to go into these clinical market |
| 10:17:31 | 2 | opportunities. |
| 10:17:34 | 3 | They would be faster than the three to |
| 10:17:38 | 4 | five years because they already have clearance in |
| 10:17:40 | 5 | China and they already have CE-IVD clearance in some |
| 10:17:47 | 6 | parts of -- of Europe.  And so the documentation and |
| 10:17:49 | 7 | the portfolio that would be required for U.S. FDA |
| 10:17:52 | 8 | submission was more advanced than starting from zero |
| 10:17:56 | 9 | in the U.S. |
| 10:18:03 | 10 | MS. SCOTT:  I think I lost the realtime. |
| 10:18:13 | 11 | MR. McCLELLAN:  Mine's still working. |
| 10:18:18 | 12 | THE COURT REPORTER:  Counsel, would you |
| 10:18:22 | 13 | like to go off the record? |
| 10:18:23 | 14 | MS. SCOTT:  Yes, let's go off the record. |
| 10:18:26 | 15 | THE VIDEOGRAPHER:  We are going off the |
| 10:18:27 | 16 | record at 10:18 a.m. Pacific Standard Time. |
| 10:19:49 | 17 | (Short recess taken.) |
| 10:20:09 | 18 | THE VIDEOGRAPHER:  We are back on the |
| 10:20:15 | 19 | record at 10:20 a.m. Pacific Standard Time. |
| 10:20:21 | 20 | BY MS. SCOTT: |
| 10:20:23 | 21 | Q.   So in thinking about the clinical market |
| 10:20:26 | 22 | in the United States, what is your understanding for |
| 10:20:32 | 23 | how long it would take for the Defendants to be able |
| 10:20:39 | 24 | to get approval to be able to offer diagnostic tests |
| 10:20:46 | 25 | in the U.S.? |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 10:36:40 | 1 | U.S.? |
| 10:36:40 | 2 | A.   It's really too hard for us to do because |
| 10:36:45 | 3 | there are so many different aspects to this that are |
| 10:36:49 | 4 | unpredictable for us right now.  So, you know, it's |
| 10:36:53 | 5 | not just the lost sales at lower prices or the lost |
| 10:36:58 | 6 | sales because of lower prices at those accounts, |
| 10:37:01 | 7 | it's a market expectation that it changes. |
| 10:37:03 | 8 | We're so early in the market that with |
| 10:37:06 | 9 | these growth rates and -- and the way the business |
| 10:37:09 | 10 | is -- is, you know, growing in the U.S., it's hard |
| 10:37:13 | 11 | to understand what that market is -- dynamic is |
| 10:37:16 | 12 | going to look with -- with them having come in |
| 10:37:18 | 13 | and -- and undercut both pricing.  You know, the |
| 10:37:20 | 14 | customers' relationships that I talked about earlier |
| 10:37:24 | 15 | are so critical with Illumina.  You know, the damage |
| 10:37:26 | 16 | to customer relationships makes it hard for -- for |
| 10:37:31 | 17 | us to predict it. |
| 10:37:31 | 18 | So -- so no, we -- we have not been able |
| 10:37:33 | 19 | to quantify what that overall damage would be |
| 10:37:37 | 20 | because of this -- this price -- price cutting. |
| 10:37:41 | 21 | Q.   Has Illumina done anything to try to |
| 10:37:44 | 22 | quantify it? |
| 10:37:48 | 23 | A.   Not that I've seen. |
| 10:37:48 | 24 | Q.   Does Illumina have any current plans to |
| 10:37:54 | 25 | reduce its prices if Defendants were to launch their |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 78

| | | |
|---|---|---|
| 10:38:00 | 1 | products? |
| 10:38:00 | 2 | A.   We don't have a current plan for it. |
| 10:38:03 | 3 | We're always lowering prices.  That's -- that's how |
| 10:38:07 | 4 | we've been successful in driving the market.  That's |
| 10:38:09 | 5 | why we've launched various platforms.  That's why |
| 10:38:13 | 6 | we're continuing to innovate our technology.  But |
| 10:38:18 | 7 | it's, you know, the timing with the market at |
| 10:38:20 | 8 | appropriates points in time when the market can |
| 10:38:23 | 9 | absorb that, not -- not a destructive approach to |
| 10:38:28 | 10 | other technologies or to our own technologies |
| 10:38:32 | 11 | prematurely. |
| 10:38:32 | 12 | Q.   And when you say you're always lowering |
| 10:38:36 | 13 | prices, is that because in a sense, you're making |
| 10:38:41 | 14 | the products -- you're changing the products and |
| 10:38:43 | 15 | making them more efficient or is it a matter of for |
| 10:38:47 | 16 | the same product, you're just lowering the price or |
| 10:38:50 | 17 | providing a further discount? |
| 10:38:51 | 18 | A.   It can be both.  For the most part, it's |
| 10:38:56 | 19 | by launching new innovations.  A great example is |
| 10:39:00 | 20 | our NextSeq 2000 that we just launched.  It's to |
| 10:39:06 | 21 | replace our NextSeq 550 in that mid part of our |
| 10:39:06 | 22 | portfolio and its operating cost is -- is about half |
| 10:39:10 | 23 | of the operating cost of the next five -- |
| 10:39:15 | 24 | NextSeq 550.  Because we've improved our |
| 10:39:16 | 25 | chemistries, we've miniaturized everything within it |

| | | |
|---|---|---|
| 10:39:19 | 1 | and we've been able to reduce our cost. |
| 10:39:22 | 2 | So most of these cost reductions are to |
| 10:39:25 | 3 | the big parts of the market segment, where we've |
| 10:39:28 | 4 | been able to innovate to make it worth it.  That |
| 10:39:30 | 5 | being said, we can always make modifications to |
| 10:39:34 | 6 | pricing on existing on-market prices as well.  We |
| 10:39:36 | 7 | just tend not to do that as regularly as we try to |
| 10:39:40 | 8 | introduce new innovations into the market. |
| 10:39:47 | 9 | Q.    And isn't it also the case that in some |
| 10:39:49 | 10 | cases, Illumina does things with the intention of |
| 10:39:56 | 11 | increasing the average sales price of a product? |
| 10:40:01 | 12 | MR. McCLELLAN:  Objection.  Vague. |
| 10:40:02 | 13 | THE WITNESS:  We have -- we have an annual |
| 10:40:09 | 14 | price change.  We used to do that on April 1st.  We |
| 10:40:14 | 15 | now do that in the middle of February.  And we |
| 10:40:19 | 16 | typically have, on average, around a 3 percent price |
| 10:40:22 | 17 | increase, which is consistent with the way we see |
| 10:40:26 | 18 | inflation.  So we do have annual price changes. |
| 10:40:30 | 19 | They tend to -- to gradually go up. |
| 10:40:32 | 20 | BY MS. SCOTT: |
| 10:40:33 | 21 | Q.    So for a given product, the annual price |
| 10:40:36 | 22 | would be increasing.  But there are times when you |
| 10:40:42 | 23 | introduce a new product, that whether it's -- it has |
| 10:40:45 | 24 | lower cost or -- or whatnot, and that results in the |
| 10:40:49 | 25 | ability to offer a lower price; is that right? |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 10:40:53 | 1 | A.    For the most part, yes.  There are certain |
| 10:40:57 | 2 | product lines that we don't do annual price |
| 10:40:59 | 3 | increases on.  And those have included those that |
| 10:41:03 | 4 | are most likely to be used for whole genome |
| 10:41:08 | 5 | sequencing because that is the most price sensitive |
| 10:41:11 | 6 | application we have.  And so for our HiSeq X Ten, we |
| 10:41:11 | 7 | never did annual price increases. |
| 10:41:17 | 8 | For our NovaSeq S4 flow cells, we either |
| 10:41:19 | 9 | don't do or we do very tiny annual price increases, |
| 10:41:23 | 10 | compared to our other product lines.  So it gives us |
| 10:41:26 | 11 | the opportunity to strategically prices things based |
| 10:41:31 | 12 | on the application and -- and the market acceptance |
| 10:41:33 | 13 | of a price change. |
| 10:41:41 | 14 | Q.    Does Illumina ever offer short-term |
| 10:41:45 | 15 | promotions on its products? |
| 10:41:47 | 16 | A.    We have on occasion, yes. |
| 10:41:52 | 17 | Q.    Can you give me a couple of examples of |
| 10:42:01 | 18 | some short-term promotions that have been offered? |
| 10:42:05 | 19 | A.    We're offering a 50 percent discount on |
| 10:42:07 | 20 | some library prep kits right now for anybody that |
| 10:42:11 | 21 | needs to use those for COVID-19 testing to help. |
| 10:42:17 | 22 | But that will stop at the end of this year, unless |
| 10:42:23 | 23 | COVID-19 continues.  We have, on occasion, offered |
| 10:42:26 | 24 | entry-level promotions on software and storage and |
| 10:42:29 | 25 | computer.  Promotional practices are -- are very |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 81

| | | |
|---|---|---|
| 10:42:37 | 1 | common in commercial organizations.  But they're |
| 10:42:40 | 2 | promotions because they're for a limited time period |
| 10:42:42 | 3 | and not a complete reset of a price point. |
| 10:42:44 | 4 | Q.  Hopefully my microphone isn't picking up |
| 10:43:19 | 5 | the flock of turkeys that is going down the side of |
| 10:43:22 | 6 | the hill by my house.  They're quite annoying.  I |
| 10:43:26 | 7 | will say that.  So hopefully you-all can't hear |
| 10:43:30 | 8 | them.  So let's see.  Let's move on. |
| 10:43:50 | 9 | Would you agree that the expansion of |
| 10:43:57 | 10 | affordable whole genome sequencing is required for |
| 10:44:08 | 11 | the rapid expansion of precision medicine? |
| 10:44:13 | 12 | MR. McCLELLAN:  Objection.  Vague. |
| 10:44:15 | 13 | THE WITNESS:  I don't believe that just |
| 10:44:23 | 14 | the cost of the whole genome sequencing today is |
| 10:44:30 | 15 | limiting the adoption of whole genome sequencing or |
| 10:44:34 | 16 | precision medicine.  Illumina's price point today is |
| 10:44:38 | 17 | more than enabling for these applications.  There's |
| 10:44:43 | 18 | no need to lower it further to drive rapid |
| 10:44:47 | 19 | expansion.  We need -- we need clinicians and |
| 10:44:54 | 20 | oncologists and OB/Gyns and payers and |
| 10:44:58 | 21 | reimbursement.  The market does not need genomes |
| 10:45:02 | 22 | today to drive proper precision medicine. |
| 10:45:19 | 23 | BY MS. SCOTT: |
| 10:45:19 | 24 | Q.  Would you agree that price of whole genome |
| 10:45:23 | 25 | sequencing is one limiting factor? |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 108

| | | |
|---|---|---|
| 11:49:11 | 1 | If Illumina had a change to its reputation |
| 11:49:29 | 2 | but it had no change in sales, how would that harm |
| 11:49:37 | 3 | it? |
| 11:49:44 | 4 | MR. McCLELLAN:  Objection.  Incomplete |
| 11:49:45 | 5 | hypothetical. |
| 11:49:52 | 6 | BY MS. SCOTT: |
| 11:49:52 | 7 | Q.    So -- |
| 11:49:52 | 8 | A.    Yeah, I have a hard time believing that |
| 11:49:55 | 9 | your reputation is -- is changed without it |
| 11:50:01 | 10 | impacting sales as customer -- customer experience, |
| 11:50:06 | 11 | the customer relationships are critical to ongoing |
| 11:50:10 | 12 | business.  And so I have a hard time disassociating |
| 11:50:17 | 13 | those to answer your question. |
| 11:50:19 | 14 | Q.    So as a -- would you agree that Illumina's |
| 11:50:41 | 15 | customers of high-throughput sequencing systems are |
| 11:50:49 | 16 | typically sophisticated institutions? |
| 11:50:52 | 17 | A.    Yes. |
| 11:50:55 | 18 | Q.    And in order to acquire Illumina's |
| 11:51:00 | 19 | high-throughput sequencing systems, they require a |
| 11:51:04 | 20 | substantial investment; correct? |
| 11:51:07 | 21 | A.    Correct.  Our NovaSeq 6000 platform is a |
| 11:51:13 | 22 | list price of a little over 900,000 U.S. dollars. |
| 11:51:26 | 23 | Q.    Would you agree that the primary concern |
| 11:51:29 | 24 | of a high-throughput sequencing customer is whether |
| 11:51:33 | 25 | or not the -- the sequencer is able to meet their |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 122

01:09:00    1      applications become easier for less sophisticated

01:09:04    2      labs to run.

01:09:10    3          Q.    And some customers who currently cannot

01:09:15    4      afford to purchase DNA sequencing systems for

01:09:20    5      in-house use will send their samples out for

01:09:26    6      sequencing as a service; correct?

01:09:29    7          A.    Correct.  That is an alternative for

01:09:32    8      people without the capital budgets or without the

01:09:35    9      volumes.

01:09:36    10         Q.    Would you agree that in markets outside of

01:09:57    11     the United States, where there are multiple --

01:10:08    12     multiple providers of sequencing technology at the

01:10:13    13     high-throughput level, that Illumina competes on

01:10:17    14     both product features and price?

01:10:19    15         A.    Yes.  Our best example of that would be

01:10:28    16     within the China market, where we push much harder

01:10:32    17     on the product features than the price because,

01:10:34    18     again, our -- our pricing practices don't allow us

01:10:37    19     to go as deep into the price points as necessary.

01:10:41    20     And so it's products and/or the way we deploy

01:10:44    21     through partnerships in China that is unique to how

01:10:48    22     we have to do business in the rest of the world.

01:11:01    23         Q.    So how is -- how is it different -- how is

01:11:06    24     it different in China versus the rest of the world?

01:11:09    25         A.    How was what different?

| | | |
|---|---|---|
| 03:37:05 | 1 | A.   Low magnitude of what? |
| 03:37:12 | 2 | Q.   Well, so for example, if Defendants were |
| 03:37:15 | 3 | to sell one sequencer and, you know, reagent kits |
| 03:37:24 | 4 | for that sequencer this year in -- in the United |
| 03:37:27 | 5 | States and nothing else, would you consider that to |
| 03:37:30 | 6 | be a substantial harm to Illumina? |
| 03:37:35 | 7 | MR. McCLELLAN:  Objection.  Incomplete |
| 03:37:37 | 8 | hypothetical. |
| 03:37:41 | 9 | THE WITNESS:  I do.  I think any sequencer |
| 03:37:42 | 10 | in the United States becomes a major threat and a |
| 03:37:46 | 11 | major challenge for me.  You know, especially at |
| 03:37:51 | 12 | price points that are, you know, 50 percent of what |
| 03:37:54 | 13 | Illumina charges, it resets the expectations of the |
| 03:37:57 | 14 | entire market, it makes others feel like this |
| 03:38:02 | 15 | technology can come into the U.S., when right now, |
| 03:38:04 | 16 | most of them will say, you know, Illumina -- |
| 03:38:06 | 17 | Illumina's IP is -- is of strength in the United |
| 03:38:10 | 18 | States, and it will cause a complete shift in -- in |
| 03:38:13 | 19 | my market and customer perception of what's |
| 03:38:16 | 20 | happening in -- in sequencing. |
| 03:38:18 | 21 | BY MS. SCOTT: |
| 03:38:20 | 22 | Q.   So -- so what I want to understand, |
| 03:38:22 | 23 | though, because I -- I think the way you're -- |
| 03:38:25 | 24 | you're looking at this is, if there's one, then |
| 03:38:29 | 25 | there's more, and then there will be more harm. |

| | | |
|---|---|---|
| 03:38:34 | 1 | So what I want to understand is, if |
| 03:38:36 | 2 | there's one customer or one sequencer or five |
| 03:38:41 | 3 | sequencers or ten sequencers or a hundred |
| 03:38:46 | 4 | sequencers, I would -- I would think that those |
| 03:38:49 | 5 | would be different -- a different magnitude of harm |
| 03:38:53 | 6 | to Illumina. |
| 03:38:56 | 7 | Would you agree with that? |
| 03:38:58 | 8 | MR. McCLELLAN:  Objection.  Form and asked |
| 03:39:01 | 9 | and answered. |
| 03:39:01 | 10 | THE WITNESS:  Yeah, I do.  And I -- I do |
| 03:39:05 | 11 | believe that it's -- it's -- it's just as harmful |
| 03:39:08 | 12 | and will create a future challenges.  And we've seen |
| 03:39:11 | 13 | this specifically happen, I believe it was in |
| 03:39:14 | 14 | Sweden.  You know, BGI put a system into a lab in |
| 03:39:19 | 15 | Sweden and was cited as it's just one sequencer. |
| 03:39:22 | 16 | That same lab now has four or five different MGI |
| 03:39:27 | 17 | systems and they're building an institutional |
| 03:39:30 | 18 | capability around it. |
| 03:39:32 | 19 | Now, we're seeing the same thing start to |
| 03:39:33 | 20 | play out now in Germany, where it's coming in |
| 03:39:34 | 21 | through different BGI Group entities.  So yes, one |
| 03:39:38 | 22 | sequencer completely changes a market dynamic and |
| 03:39:41 | 23 | other country's expectations of what they'll have |
| 03:39:44 | 24 | access to and how those scientists will try to use |
| 03:39:47 | 25 | them. |

| | | |
|---|---|---|
| 03:39:55 | 1 | BY MS. SCOTT: |
| 03:39:55 | 2 | Q.   Let me ask you a different question. |
| 03:39:57 | 3 | If MGI were to only sell sequencers to |
| 03:40:06 | 4 | customers who are currently using sequencing as a |
| 03:40:15 | 5 | service, would you see that as a substantial harm to |
| 03:40:20 | 6 | Illumina? |
| 03:40:22 | 7 | MR. McCLELLAN:  Objection.  Incomplete |
| 03:40:23 | 8 | hypothetical. |
| 03:40:24 | 9 | THE WITNESS:  Any use of SBS technologies |
| 03:40:35 | 10 | and using our investments and R&D into this to |
| 03:40:40 | 11 | undercut our prices, to me, is going to create |
| 03:40:44 | 12 | substantial harm, whether it's through services or |
| 03:40:47 | 13 | through products. |
| 03:41:10 | 14 | BY MS. SCOTT: |
| 03:41:10 | 15 | Q.   Is there any degree of revenue that |
| 03:41:17 | 16 | Defendants could earn from sequencing products in |
| 03:41:20 | 17 | the United States that you would feel is |
| 03:41:29 | 18 | insufficient to be considered substantial harm to |
| 03:41:35 | 19 | Illumina? |
| 03:41:36 | 20 | A.   No. |
| 03:41:37 | 21 | Q.   And is it -- in your view, is a KOL at a |
| 03:42:16 | 22 | university doing a free trial of a Defendants' |
| 03:42:23 | 23 | sequencer, that in and of itself would cause |
| 03:42:28 | 24 | substantial harm to Illumina? |
| 03:42:31 | 25 | A.   Absolutely.  You know, KOLs by definition |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 03:47:58 | 1 | pipeline.  A normal instrument sales cycle for me is |
| 03:48:03 | 2 | between nine and twelve months.  And so the majority |
| 03:48:07 | 3 | of what will be impacted is always nine to twelve |
| 03:48:09 | 4 | months out, as people secure the funding and the |
| 03:48:14 | 5 | projects for it. |
| 03:48:15 | 6 | And so the lookback is only going to |
| 03:48:17 | 7 | capture a subset of the true dynamic that we're |
| 03:48:17 | 8 | facing and the -- the expectation in the market that |
| 03:48:25 | 9 | we're going to be facing on price pressures that are |
| 03:48:27 | 10 | even outside of those specific transactions.  So -- |
| 03:48:29 | 11 | so what you're asking me to do is look at a very |
| 03:48:34 | 12 | narrow scope of lost revenues that will fail to |
| 03:48:38 | 13 | capture the overall market dynamic shift, |
| 03:48:41 | 14 | reputational shift, and -- and future market loss |
| 03:48:44 | 15 | through opportunities. |
| 03:48:45 | 16 | Q.   And if you -- but if you wanted to look |
| 03:48:46 | 17 | at, say, for example, alleged price erosion, you |
| 03:48:52 | 18 | would, at least as a starting point, be able to look |
| 03:48:56 | 19 | at the average sales price that was projected before |
| 03:49:01 | 20 | the Defendants's announcement, versus what the |
| 03:49:07 | 21 | average sales price was either at the end of the |
| 03:49:10 | 22 | year or some -- at some point in the future, you |
| 03:49:13 | 23 | know, if you need more time to get through that |
| 03:49:17 | 24 | sales cycle? |
| 03:49:19 | 25 | A.   It completely changes the dynamic.  I'm |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 03:49:22 | 1 | not -- I'm not going to be able to quantify it for |
| 03:49:24 | 2 | you and you're not going to get me to -- to -- to |
| 03:49:24 | 3 | try to quantify it for you here.  You know, this -- |
| 03:49:31 | 4 | this is a very dynamic, fast moving market.  It's |
| 03:49:36 | 5 | based on customer relationships and -- and customer |
| 03:49:40 | 6 | loyalty.  And -- and I cannot predict how that's |
| 03:49:43 | 7 | going to be played out over the course of this year |
| 03:49:46 | 8 | or the next ten years, if -- if this was to be |
| 03:49:48 | 9 | allowed. |
| 03:49:51 | 10 | Q.   You would agree, though, that if someone |
| 03:49:52 | 11 | were to want to do that analysis or to try to do |
| 03:49:57 | 12 | that analysis, that you would have the data to be |
| 03:50:04 | 13 | able to -- to perform that analysis; right? |
| 03:50:10 | 14 | MR. McCLELLAN:  Objection. |
| 03:50:11 | 15 | Mischaracterizes prior testimony. |
| 03:50:12 | 16 | THE WITNESS:  I don't believe we would |
| 03:50:16 | 17 | have the data.  I think we would have transactional |
| 03:50:20 | 18 | data to look at ASP changes or specific lost sales. |
| 03:50:25 | 19 | But to attribute those to -- to one |
| 03:50:29 | 20 | competitor or to one market shift is a very, very |
| 03:50:35 | 21 | difficult thing to do.  And so I don't think that |
| 03:50:37 | 22 | you'll ever be able to get an accurate |
| 03:50:41 | 23 | representation of that or -- or the impact it's |
| 03:50:43 | 24 | going to have on the future. |
| 03:50:44 | 25 | BY MS. SCOTT: |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 03:50:48 | 1 | Q.   Okay. |
| 03:51:06 | 2 | MS. SCOTT:  Can we just check how long |
| 03:51:07 | 3 | we've been on the record? |
| 03:51:12 | 4 | THE COURT REPORTER:  Dave? |
| 03:51:12 | 5 | THE VIDEOGRAPHER:  Yes, stand by. |
| 03:51:23 | 6 | Five hours and 31 minutes. |
| 03:51:27 | 7 | MS. SCOTT:  Thank you. |
| 03:51:35 | 8 | BY MS. SCOTT: |
| 03:51:35 | 9 | Q.   Okay.  Let's -- let's talk a little bit |
| 03:51:37 | 10 | more about the contracting process for consumables, |
| 03:51:45 | 11 | in particular. |
| 03:51:46 | 12 | Does -- are there -- I don't know.   Is |
| 03:51:54 | 13 | there a term to those consumable agreements? |
| 03:51:57 | 14 | A.   There are different types of agreements |
| 03:52:01 | 15 | that we enter into with customers.  Most commonly, |
| 03:52:07 | 16 | we just have an annual price agreement.  And so they |
| 03:52:14 | 17 | can order off that as they need to, just knowing |
| 03:52:18 | 18 | what their price is going to be for that -- for that |
| 03:52:23 | 19 | year.  And, again, in -- and right now, that runs |
| 03:52:26 | 20 | from middle of February to the middle of February |
| 03:52:29 | 21 | the following year. |
| 03:52:30 | 22 | We also, outside of just sort of a |
| 03:52:30 | 23 | customer price like that, and we have standing |
| 03:52:32 | 24 | agreements and those are typically one year, but can |
| 03:52:35 | 25 | be as long as three-year standing agreements.   And |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 03:52:38 | 1 | for those, they're usually the larger customers |
| 03:52:42 | 2 | where they will give us a large purchase order with |
| 03:52:45 | 3 | a ship schedule and those products will ship either |
| 03:52:49 | 4 | weekly or monthly or bimonthly, whatever -- whatever |
| 03:52:54 | 5 | that customer needs in over the courser of that |
| 03:52:57 | 6 | agreement timeframe. |
| 03:52:57 | 7 | And then we also, mostly for clinical |
| 03:53:00 | 8 | labs, enter into much more detailed supply agreement |
| 03:53:04 | 9 | contracts.  And those supply agreements will -- will |
| 03:53:08 | 10 | take into different considerations and -- and be a |
| 03:53:11 | 11 | more detailed set of -- set of supply and audit |
| 03:53:16 | 12 | rights for those customers so, you know, we have |
| 03:53:19 | 13 | fewer of those, but those are usually a three-year |
| 03:53:22 | 14 | agreement because they're a little bit more |
| 03:53:24 | 15 | complicated.  And so we tend to enter into those |
| 03:53:27 | 16 | supply agreements with -- with larger clinical labs |
| 03:53:31 | 17 | to ensure continuity of supply.  And that's really |
| 03:53:38 | 18 | their request to ensure continuity of supply. |
| 03:53:40 | 19 | Q.    And do you have a sense for what |
| 03:53:42 | 20 | percentage of the consumable revenue falls under |
| 03:53:47 | 21 | those three buckets of different types of |
| 03:53:50 | 22 | agreements? |
| 03:53:51 | 23 | A.    I don't. |
| 03:53:56 | 24 | Q.    And do -- do the -- the customers that are |
| 03:54:00 | 25 | generally the high-throughput NovaSeq customers, are |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 203

| | | |
|---|---|---|
| 03:54:03 | 1 | those mostly going to be in the standing agreement |
| 03:54:07 | 2 | category? |
| 03:54:08 | 3 | A.   Yeah.   Those are usually annual standing |
| 03:54:11 | 4 | agreements.   And that's where we will use our |
| 03:54:14 | 5 | pricing to determine the magnitude of what they're |
| 03:54:19 | 6 | willing to commit to for that 12 months, as |
| 03:54:22 | 7 | evidenced also then by ship schedules over that |
| 03:54:26 | 8 | 12 months to secure the different discounts. |
| 03:54:29 | 9 | Somebody just got attacked by some dogs. |
| 03:54:33 | 10 | MS. SCOTT:  I understand.  I've been |
| 03:54:35 | 11 | trying to keep mine out of this room.  He only got |
| 03:54:39 | 12 | in once. |
| 03:54:41 | 13 | BY MS. SCOTT: |
| 03:54:42 | 14 | Q.   Okay.   So -- okay. |
| 03:54:43 | 15 | So for the standing agreements, did you |
| 03:54:46 | 16 | say those were February to February cycle? |
| 03:54:51 | 17 | A.   Yeah.   We've gone to mid -- February 14th |
| 03:54:55 | 18 | or 15th, a mid-February annual cycle on those |
| 03:55:03 | 19 | standing agreements. |
| 03:55:04 | 20 | Q.   Okay.   And the -- so the price that's |
| 03:55:05 | 21 | associated with the standing agreement, is that |
| 03:55:07 | 22 | based on a particular volume commitment? |
| 03:55:10 | 23 | A.   Correct.   So -- |
| 03:55:10 | 24 | Q.   Well -- |
| 03:55:16 | 25 | A.   So we usually -- so just to be clear, we |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

| | | |
|---|---|---|
| 03:55:18 | 1 | use the prior year as a starting point -- as a |
| 03:55:22 | 2 | discussion with those customers, to talk about their |
| 03:55:25 | 3 | volumes increasing or decreasing so that we can |
| 03:55:29 | 4 | establish the next year.  But if it's wildly |
| 03:55:32 | 5 | different than the prior year, then we're unlikely |
| 03:55:34 | 6 | to enter into a full 12-month commitment because |
| 03:55:37 | 7 | customers will often try to overcommit to volume to |
| 03:55:41 | 8 | get bigger discounts, as you might imagine. |
| 03:55:43 | 9 |         So it -- it generally is a -- is an |
| 03:55:45 | 10 | increase over prior year as the market increases, |
| 03:55:48 | 11 | but -- but, you know, not -- not a dramatic change, |
| 03:55:52 | 12 | unless something -- something's happening with that |
| 03:55:53 | 13 | customer that we're aware of. |
| 03:56:02 | 14 |     Q.    About -- do you have a sense for how many |
| 03:56:48 | 15 | customers fall into this bucket of having standing |
| 03:56:54 | 16 | agreements? |
| 03:56:59 | 17 |     A.    Probably in the ███ to ███ customer range. |
| 03:57:03 | 18 | There's -- it's -- it's a very busy time of sliding |
| 03:57:07 | 19 | off on things, between the new year and the middle |
| 03:57:09 | 20 | of February for me. |
| 03:57:10 | 21 |     Q.    Okay.  Are -- are you aware of a situation |
| 03:57:57 | 22 | involving the University of Toronto trying to |
| 03:58:03 | 23 | purchase a sequencer from MGI? |
| 03:58:07 | 24 |     A.    I don't know all the specifics, but I know |
| 03:58:13 | 25 | that, you know, University of Toronto was one of the |

GregoryEdwards, LLC |   Worldwide Court Reporting
GregoryEdwards.com |  866-4Team GE

| | | |
|---|---|---|
| 04:33:55 | 1 | A.    Okay. |
| 04:34:30 | 2 | Q.    Okay.  And this slide that ends in '304 is |
| 04:34:37 | 3 | titled "Differentiators."  And on the left there is |
| 04:34:40 | 4 | a series of different categories, and then there's a |
| 04:34:45 | 5 | column for Illumina and a column for BGI and then a |
| 04:34:48 | 6 | recommendation. |
| 04:34:49 | 7 | Do you see that? |
| 04:34:49 | 8 | A.    Yes. |
| 04:34:52 | 9 | Q.    And if you look at the first line, it's |
| 04:35:14 | 10 | output/throughput, and both Illumina and BGI have |
| 04:35:18 | 11 | three stars and the recommendation is no |
| 04:35:22 | 12 | differentiation. |
| 04:35:24 | 13 | Do you have an understanding of what that |
| 04:35:27 | 14 | means? |
| 04:35:27 | 15 | A.    That the output and throughput are very |
| 04:35:31 | 16 | similar in the technologies as we see them today. |
| 04:35:34 | 17 | Q.    If you go down to T-A-T, what does "TAT" |
| 04:35:46 | 18 | stand for? |
| 04:35:47 | 19 | A.    Turnaround time.  That speaks to the |
| 04:35:51 | 20 | length of time from putting a sample on a sequencer |
| 04:35:54 | 21 | to getting data off a sequencer. |
| 04:35:57 | 22 | And turnaround time is important to think |
| 04:36:01 | 23 | of as not just one versus two days or the sequencing |
| 04:36:05 | 24 | time that you mentioned.  But as we discussed |
| 04:36:09 | 25 | earlier, we've done a lot to embed real-time |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 220

| | | |
|---|---|---|
| 04:39:08 | 1 | to do into development. |
| 04:39:10 | 2 | This doesn't translate into an external |
| 04:39:13 | 3 | document, which is why I haven't seen it or we |
| 04:39:16 | 4 | wouldn't put this in front of our team. |
| 04:39:18 | 5 | But I would say that the T7 announcement |
| 04:39:21 | 6 | was not that long ago, and the first customer |
| 04:39:25 | 7 | shipments were just recent.  So it's really hard for |
| 04:39:30 | 8 | us to give three stars on reliability or operations |
| 04:39:33 | 9 | maturity when it's a brand-new platform that's being |
| 04:39:37 | 10 | launched, and we haven't seen enough of them in the |
| 04:39:39 | 11 | wild to know what they will perform like. |
| 04:39:42 | 12 | Q.   And would you agree that the Defendants' |
| 04:39:53 | 13 | lack of sales history in the U.S. will be, at least |
| 04:40:00 | 14 | by some degree of an impediment to them, being |
| 04:40:04 | 15 | successful in the U.S. market [verbatim]? |
| 04:40:09 | 16 | A.   I don't understand where you're going.  I |
| 04:40:16 | 17 | don't believe they should be selling in the United |
| 04:40:19 | 18 | States, period, so I -- so of course still have an |
| 04:40:23 | 19 | impediment to success in the United States if |
| 04:40:27 | 20 | they're not selling in the United States. |
| 04:40:29 | 21 | Q.   Fair enough.  Okay.  So if they were |
| 04:40:34 | 22 | selling in the United States and -- or -- well, |
| 04:40:38 | 23 | actually I'll rephrase the question. |
| 04:40:40 | 24 | If the Defendants were to begin selling in |
| 04:40:43 | 25 | the United States, do you think that them not having |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 221

| | | |
|---|---|---|
| 04:40:50 | 1 | a -- essentially a -- a track record within the U.S. |
| 04:40:54 | 2 | would be an impediment to them gaining traction in |
| 04:40:58 | 3 | the market? |
| 04:40:59 | 4 | A.   No.   They have more than -- |
| 04:40:59 | 5 | THE COURT REPORTER:  I'm sorry.  Mark, |
| 04:40:59 | 6 | "Answer:  No.  They have more than," and I didn't |
| 04:40:59 | 7 | hear you because it -- there was cutoff. |
| 04:41:15 | 8 | THE WITNESS:  They have more than 460 |
| 04:41:18 | 9 | global customers and more than 1600 systems.  They |
| 04:41:23 | 10 | have proven their technology and don't need to |
| 04:41:26 | 11 | continue to try to prove that technology to enter |
| 04:41:29 | 12 | any market. |
| 04:41:35 | 13 | BY MS. SCOTT: |
| 04:41:35 | 14 | Q.   Isn't it true that that is one of the |
| 04:41:39 | 15 | arguments that is made to customers to try to |
| 04:41:44 | 16 | convince them not to buy from the Defendants or |
| 04:41:48 | 17 | their affiliates? |
| 04:41:49 | 18 | A.   What specifically is the argument? |
| 04:41:52 | 19 | Q.   That they -- well, let me just go back to |
| 04:41:57 | 20 | the slide to get the right language. |
| 04:42:11 | 21 | So specifically reliability and operations |
| 04:42:16 | 22 | maturity.  So isn't the -- isn't it true that |
| 04:42:24 | 23 | Illumina uses the sort of untested nature or -- or |
| 04:42:34 | 24 | it would say it's questionable reliability of the |
| 04:42:36 | 25 | Defendants' products as an argument to customers to |

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 227

| | | |
|---|---|---|
| 04:54:03 | 1 | So the team that was working on that |
| 04:54:06 | 2 | acquisition plan and running all of the work streams |
| 04:54:10 | 3 | around the integration planning was directly |
| 04:54:13 | 4 | reporting to me for –– from January till November of |
| 04:54:17 | 5 | 2019. |
| 04:54:20 | 6 | Q.   And what's your understanding of why the |
| 04:54:24 | 7 | PacBio acquisition didn't go through? |
| 04:54:27 | 8 | MR. McCLELLAN:  Objection.  Calls for a |
| 04:54:28 | 9 | legal conclusion. |
| 04:54:30 | 10 | THE WITNESS:  Yeah, we obviously had |
| 04:54:35 | 11 | the –– the filings from both the CMA in the UK and |
| 04:54:39 | 12 | the FTC here in the U.S., with some of their |
| 04:54:43 | 13 | challenges with that.  And so, you know, in –– in |
| 04:54:46 | 14 | face of their positions on that, we stopped the |
| 04:54:49 | 15 | acquisition attempt. |
| 04:54:52 | 16 | BY MS. SCOTT: |
| 04:54:54 | 17 | Q.   Have you read the complaint by the FTC |
| 04:55:00 | 18 | challenging the acquisition? |
| 04:55:02 | 19 | A.   I've seen some of the highlights.  I |
| 04:55:06 | 20 | didn't –– didn't read the entire complaint. |
| 04:55:09 | 21 | Q.   Are you aware that the FTC referred to |
| 04:55:13 | 22 | Illumina as a monopolist? |
| 04:55:15 | 23 | A.   I am. |
| 04:55:16 | 24 | MR. McCLELLAN:  Object –– objection. |
| 04:55:19 | 25 | Form. |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 235

| | | |
|---|---|---|
| 05:06:07 | 1 | advisement, and we'll respond to you on it. |
| 05:06:13 | 2 | And -- give me one second.  I don't think |
| 05:06:17 | 3 | we're going to have any questions, but let's just |
| 05:06:20 | 4 | take a one-minute break.  Just -- just hang up and |
| 05:06:24 | 5 | stand by for one second. |
| 05:06:26 | 6 | MS. SCOTT:  Okay. |
| 05:06:30 | 7 | THE COURT REPORTER:  Dave, off the record, |
| 05:06:32 | 8 | please. |
| 05:06:33 | 9 | THE VIDEOGRAPHER:  We are going off the |
| 05:06:35 | 10 | record at 5:06 p.m. Pacific Standard Time. |
| 05:06:40 | 11 | (Short recess taken.) |
| 05:07:35 | 12 | THE VIDEOGRAPHER:  We are back on the |
| 05:07:38 | 13 | record at 5:07 p.m. Pacific Standard Time. |
| 05:07:42 | 14 | MR. McCLELLAN:  No questions from me at |
| 05:07:44 | 15 | this time, so the deposition is concluded.  Thank |
| 05:07:48 | 16 | you, everyone. |
| 05:07:51 | 17 | We can go off the record. |
| 05:07:52 | 18 | THE VIDEOGRAPHER:  Okay.  One second. |
| 05:07:54 | 19 | This concludes today's proceedings in the |
| 05:07:57 | 20 | deposition of Mark Van Oene.  Total number of media |
| 05:08:01 | 21 | units was ten. |
| 05:08:04 | 22 | We are off the record at 5:08, Pacific |
| 05:08:10 | 23 | Standard Time. |
| 05:08:12 | 24 | (Proceedings concluded, 5:08 p.m.) |
| | 25 | ******** |

Confidential - Outside Attorneys' Eyes Only - Under the Protective Order
Mark Van Oene - April 9, 2020

Page 236

```
 1                              JURAT

 2

 3          I, MARK VAN OENE, do hereby certify under

 4   penalty of perjury that I have read the foregoing

 5   transcript of my deposition taken on Thursday,

 6   04/09/2020; that I have made such corrections as

 7   appear noted herein in ink, initialed by me; that my

 8   testimony as contained herein, as corrected, is true

 9   and correct.

10

11          Dated this _____ day of _____,

12   2020, at _____,

13   California.

14

15

16

17                    _____

18                    MARK VAN OENE

19

20

21

22

23

24

25
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 237

```
 1               CERTIFICATE OF REPORTER
 2          I, Hanna Kim, a Certified Shorthand
 3    Reporter, do hereby certify:
 4          That prior to being examined, the witness
 5    in the foregoing proceedings was by me duly sworn to
 6    testify to the truth, the whole truth, and nothing
 7    but the truth;
 8          That said proceedings were taken before me
 9    at the time and place therein set forth and were
10    taken down by me in shorthand and thereafter
11    transcribed into typewriting under my direction and
12    supervision;
13          I further certify that I am neither
14    counsel for, nor related to, any party to said
15    proceedings, not in anywise interested in the
16    outcome thereof.
17          Further, that if the foregoing pertains to
18    the original transcript of a deposition in a federal
19    case, before completion of the proceedings, review
20    of the transcript [ ] was [ ] was not requested.
21          In witness whereof, I have hereunto
22    subscribed my name.
23    Dated: 10th day of April, 2020
24                    _____
25                         Hanna Kim
```

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 238

1          ERRATA SHEET FOR THE TRANSCRIPT OF:

2      Case Name: ILLUMINA, ET AL. vs. BGI, MGI, ET AL.

3      Dep. Date: 04/09/2020

4      Deponent:  MARK VAN OENE

5                 CORRECTIONS:

6      Pg.  Ln.    Now Reads     Should Read     Reason

7      ___  ___   _____   _____   _____

8      ___  ___   _____   _____   _____

9      ___  ___   _____   _____   _____

10     ___  ___   _____   _____   _____

11     ___  ___   _____   _____   _____

12     ___  ___   _____   _____   _____

13     ___  ___   _____   _____   _____

14     ___  ___   _____   _____   _____

15     ___  ___   _____   _____   _____

16     ___  ___   _____   _____   _____

17     ___  ___   _____   _____   _____

18     ___  ___   _____   _____   _____

19     ___  ___   _____   _____   _____

20     ___  ___   _____   _____   _____

21     ___  ___   _____   _____   _____

22     ___  ___   _____   _____   _____

23     ___  ___   _____   _____   _____

24     ___  ___   _____   _____   _____

25     ___  ___   _____   _____   _____

Confidential – Outside Attorneys' Eyes Only – Under the Protective Order
Mark Van Oene – April 9, 2020

Page 239

| | Pg. | Ln. | Now Reads | Should Read | Reason |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | ___ | ___ | _____ | _____ | _____ |
| 3 | ___ | ___ | _____ | _____ | _____ |
| 4 | ___ | ___ | _____ | _____ | _____ |
| 5 | ___ | ___ | _____ | _____ | _____ |
| 6 | ___ | ___ | _____ | _____ | _____ |
| 7 | ___ | ___ | _____ | _____ | _____ |
| 8 | ___ | ___ | _____ | _____ | _____ |
| 9 | ___ | ___ | _____ | _____ | _____ |
| 10 | ___ | ___ | _____ | _____ | _____ |
| 11 | ___ | ___ | _____ | _____ | _____ |
| 12 | ___ | ___ | _____ | _____ | _____ |
| 13 | ___ | ___ | _____ | _____ | _____ |
| 14 | ___ | ___ | _____ | _____ | _____ |
| 15 | ___ | ___ | _____ | _____ | _____ |
| 16 | ___ | ___ | _____ | _____ | _____ |
| 17 | ___ | ___ | _____ | _____ | _____ |
| 18 | ___ | ___ | _____ | _____ | _____ |
| 19 | ___ | ___ | _____ | _____ | _____ |
| 20 | ___ | ___ | _____ | _____ | _____ |
| 21 | ___ | ___ | _____ | _____ | _____ |
| 22 | ___ | ___ | _____ | _____ | _____ |
| 23 | ___ | ___ | _____ | _____ | _____ |
| 24 | ___ | ___ | _____ | _____ | _____ |
| 25 | ___ | ___ | _____ | _____ | _____ |

Confidential — Outside Attorneys' Eyes Only — Under the Protective Order
Mark Van Oene — April 9, 2020

| 1  | Pg.    Ln.      Now Reads       Should Read      Reason |
|----|----------|
| 2  | ___   ___     _____    _____  _____ |
| 3  | ___   ___     _____    _____  _____ |
| 4  | ___   ___     _____    _____  _____ |
| 5  | ___   ___     _____    _____  _____ |
| 6  | ___   ___     _____    _____  _____ |
| 7  | ___   ___     _____    _____  _____ |
| 8  | ___   ___     _____    _____  _____ |
| 9  | ___   ___     _____    _____  _____ |
| 10 | ___   ___     _____    _____  _____ |
| 11 | ___   ___     _____    _____  _____ |
| 12 | ___   ___     _____    _____  _____ |
| 13 | ___   ___     _____    _____  _____ |
| 14 | ___   ___     _____    _____  _____ |
| 15 | ___   ___     _____    _____  _____ |
| 16 | ___   ___     _____    _____  _____ |
| 17 |          |
| 18 | _____ |
| 19 | MARK VAN OENE |
| 20 |          |
| 21 | SUBSCRIBED AND SWORN BEFORE ME |
| 22 | THIS____DAY OF_____, 2020. |
| 23 | _____ |
| 24 | (Notary Public) MY COMMISSION |
| 25 | EXPIRES:_____ |