1  EDWARD R. REINES (Bar No. 135690)
   edward.reines@weil.com
2  DEREK C. WALTER (Bar No. 246322)
   derek.walter@weil.com
3  CHRISTOPHER S. LAVIN (Bar No. 301702)
   christopher.lavin@weil.com
4  SARA L. TOWNSEND (Bar No. 320300)
   sara.townsend@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  DOUGLAS W. MCCLELLAN (*pro hac vice*)
   doug.mcclellan@weil.com
9  MELISSA L. HOTZE (*pro hac vice*)
   melissa.hotze@weil.com
10 AMANDA C. DO COUTO (*pro hac vice*)
   amanda.docouto@weil.com
11 WEIL, GOTSHAL & MANGES LLP
   700 Louisiana Street, Suite 1700
12 Houston, TX 77002
   Telephone: (713) 546-5000
13 Facsimile: (713) 224-9511

14 ANDREW P. GESIOR (*pro hac vice*)
   andrew.gesior@weil.com
15 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
16 New York, NY 10153
   Telephone: (212) 310-8000
17 Facsimile: (212) 310-8007

18
   STEPHEN BOSCO (*pro hac vice*)
19 stephen.bosco@weil.com
   WEIL, GOTSHAL & MANGES LLP
20 2001 M Street, Suite 600
   Washington, DC 20036
21 Telephone: (202) 682-7000
   Facsimile: (202) 857-0940
22
   Attorneys for Plaintiffs
23 ILLUMINA, INC. AND ILLUMINA
   CAMBRIDGE LTD.

DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive # 560
Redwood City, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

ANNE S. TOKER (*pro hac vice*)
annetoker@quinnemanuel.com
JOSEPH MILOWIC III (*pro hac vice*)
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

DEREK L. SHAFFER (*pro hac vice*)
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

Attorneys for Defendants
BGI GENOMICS CO, LTD., BGI AMERICAS
CORP., MGI TECH CO., LTD., MGI
AMERICAS, INC., AND COMPLETE
GENOMICS, INC.

24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BGI GENOMICS CO., LTD.,<br>BGI AMERICAS CORP.,<br>MGI TECH CO., LTD.,<br>MGI AMERICAS, INC., and<br>COMPLETE GENOMICS INC.,<br><br>　　　　　Defendants. | Case No. 3:19-cv-03770-WHO<br>Case No. 3:20-cv-01465-WHO<br><br>**JOINT LETTER REGARDING ENTRY OF MODIFIED PRELIMINARY INJUNCTIONS** |

Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") and Defendants BGI Genomics Co. Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc. ("Defendants") (collectively, "the Parties") respectfully request that the Court enter the Joint Proposed Modified Preliminary Injunctions filed on September 14, 2020, as previously stipulated. *See* Case No. 19-cv-3770-WHO ("*Illumina I*"), Dkt. No. 247; Case No. 20-cv-1465-WHO ("*Illumina II*"), Dkt. No. 181.  Upon entry of the Modified Preliminary Injunctions, the parties will file by agreement to dismiss the appeal pending before the Federal Circuit as contemplated by the stipulation.  Absent dismissal of the pending appeal or further action by the Federal Circuit, Defendants' opening brief is due to be filed on September 28, 2020.

Dated: September 23, 2020

By:   */s/ Edward R. Reines*

Edward R. Reines (Bar No. 135960)
Derek C. Walter (Bar No. 246322)
Christopher S. Lavin (Bar No. 301702)
Sara L. Townsend (Bar No. 320300)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000 Tel.
(650) 802-3100 Fax
edward.reines@weil.com
derek.walter@weil.com
christopher.lavin@weil.com
sara.townsend@weil.com

Douglas W. Mcclellan (*pro hac vice*)
Melissa L. Hotze (*pro hac vice*)
Amanda C. Do Couto (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Ste. 1700
Houston, TX 77002
(713) 546-5000 Tel.
(713) 224-9511 Fax
doug.mcclellan@weil.com
melissa.hotze@weil.com
amanda.docouto@weil.com

Respectfully submitted,

By:   */s/ Derek L. Shaffer*

David Bilsker (Bar No. 152383)
davidbilsker@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

Anne S. Toker (admitted *pro hac vice*)
annetoker@quinnemanuel.com
Joseph Milowic III (admitted *pro hac vice*)
josephmilowic@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

| | | |
|---|---|---|
| 1 | Andrew P. Gesior (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP | Derek L. Shaffer (*pro hac vice* pending)<br>derekshaffer@quinnemanuel.com |
| 2 | 767 Fifth Avenue<br>New York, NY 10153 | QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP |
| 3 | (212) 310-8000 Tel.<br>(212) 310-8007 Fax | 1300 I Street NW, Suite 900<br>Washington, D.C. 20005 |
| 4 | andrew.gesior@weil.com | (202) 538-8000 Tel.<br>(202) 538-8100 Fax |
| 5 | Stephen Bosco (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP | *Attorneys for Defendants* |
| 6 | 2001 M Street, Suite 600<br>Washington, DC 20036 | |
| 7 | (202) 682-7000 Tel.<br>(202) 857-0940 Fax | |
| 8 | stephen.bosco@weil.com | |
| 9 | *Attorneys for Plaintiffs* | |

**ATTESTATION**

I, David Bilsker, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Derek L. Shaffer and Edward R. Reines have concurred in this filing.

DATED: September 23, 2020

By  /s/ David Bilsker
    David Bilsker