UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>BGI GENOMICS CO., LTD, et al.,<br><br>        Defendants. | **DISCOVERY ORDER**<br><br>Case No. 19-cv-03770-WHO  (TSH)<br><br>Re: Dkt. No. 263<br><br>Case No. 20-cv-1465-WHO  (TSH)<br><br>Re: Dkt. No. 269 |

In the joint discovery letter brief concerning deposition continuations, Defendants state that "[t]he parties agreed to produce the custodial documents of a witness at least 5 business days prior to that witness's deposition." The Court can't tell if this is meant to be a reference to exhibit 6 to the letter brief, or if it is referring to something else. The Court orders therefore Defendants to file a statement by March 11, 2021 identifying that agreement, and if it is something other than exhibit 6, attaching it as an exhibit or exhibits.

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge