UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., et al., | **DISCOVERY ORDER** |
| Plaintiffs, | Case No. 19-cv-03770-WHO   (TSH) |
| v. | Re:  Dkt. No. 266 |
| BGI GENOMICS CO., LTD, et al., | Case No. 20-cv-1465-WHO  (TSH) |
| Defendants. | Re:  Dkt. No. 274 |

In the joint discovery letter brief concerning apex depositions, the parties cite several documents by Bates number but do not attach them as exhibits.  The Court orders Illumina to file those documents by March 11, 2021.  Not having seen the documents, the Court expresses no view on whether they should be filed under seal.

**IT IS SO ORDERED.**

Dated: March 10, 2021

THOMAS S. HIXSON
United States Magistrate Judge