UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>BGI GENOMICS CO., LTD., et al.,<br><br>　　　　　Defendants. | **DISCOVERY ORDER**<br><br>Case No. 20-cv-01465-WHO (TSH)<br>Re: Dkt. No. 314<br><br>Case No. 19-cv-03770-WHO (TSH)<br>Re: Dkt. No. 312 |

The parties filed a joint discovery letter brief in which Illumina moved to compel on certain issues concerning attorney-client and work-product privilege. As discussed at the hearing, the parties are still negotiating on these issues, and those negotiations may narrow the dispute. Accordingly, the Court orders Defendants to serve a privilege log for the six documents for which Illumina sought *in camera* review by April 14, 2021. The parties shall exchange their remaining privilege logs by April 21, 2021. No later than May 5, 2021 the parties may file one or more joint discovery letter briefs concerning privilege issues that were timely raised under Civil Local Rule 37-3.

**IT IS SO ORDERED.**

Dated: April 7, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge