| | |
|---|---|
| EDWARD R. REINES (Bar No. 135690) <br> edward.reines@weil.com <br> DEREK C. WALTER (Bar No. 246322) <br> derek.walter@weil.com <br> ROBERT S. MAGEE (Bar No. 271443) <br> robert.magee@weil.com <br> NATE NGEREBARA (Bar No. 317373) <br> nate.ngerebara@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 201 Redwood Shores Parkway <br> Redwood Shores, CA 94065 <br> Telephone: (650) 802-3000 <br> Facsimile: (650) 802-3100 <br><br> GARLAND T. STEPHENS (Bar No. 24053910) <br> garland.stephens@weil.com <br> DOUGLAS W. MCCLELLAN (*pro hac vice*) <br> doug.mcclellan@weil.com <br> MELISSA L. HOTZE (*pro hac vice*) <br> melissa.hotze@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 700 Louisiana Street, Suite 1700 <br> Houston, TX 77002 <br> Telephone: (713) 546-5000 <br> Facsimile: (713) 224-9511 <br><br> ANDREW P. GESIOR (*pro hac vice*) <br> andrew.gesior@weil.com <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br><br> AUDRA SAWYER (Bar No. 324684) <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street NW, Suite 600 <br> (202) 682-7274 Tel. <br> (202) 857-0940 Fax <br> audra.sawyer@weil.com <br><br> Attorneys for Plaintiffs <br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD. | DAVID BILSKER (Bar No. 152383) <br> davidbilsker@quinnemanuel.com <br> David A. Perlson (Ca. Bar No. 209502) <br> davidperlson@quinnemanuel.com <br> ANDREW NARAVAGE (Bar No. 320586) <br> andrewnaravage@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 California Street, 22nd Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> KEVIN P.B. JOHNSON (Bar No. 177129) <br> kevinjohnson@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 555 Twin Dolphin Drive # 560 <br> Redwood City, CA 94065 <br> Telephone: (650) 801-5000 <br> Facsimile: (650) 801-5100 <br><br> ANNE S. TOKER (*pro hac vice*) <br> annetoker@quinnemanuel.com <br> ROBERT B. WILSON (*pro hac vice*) <br> robertwilson@quinnemanuel.com <br> JOSEPH MILOWIC III (*pro hac vice*) <br> josephmilowic@quinnemanuel.com <br> ANASTASIA M. FERNANDS (pro hac vice) <br> anastasiafernands@ quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> Telephone: (212) 849-7000 <br> Facsimile: (212) 849-7100 <br><br> DEREK L. SHAFFER (*pro hac vice*) <br> derekshaffer@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 1300 I Street NW, Suite 900 <br> Washington, D.C. 20005 <br> Telephone: (202) 538-8000 <br> Facsimile: (202) 538-8100 <br><br> Attorneys for Defendants <br> BGI GENOMICS CO, LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., AND COMPLETE GENOMICS, INC. |

Case No. 3:19-cv-03770-WHO
Case No. 3:20-cv-01465-WHO

STIPULATION REGARDING DEPOSITIONS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ILLUMINA, INC.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>BGI GENOMICS CO., LTD.,<br>BGI AMERICAS CORP.,<br>MGI TECH CO., LTD.,<br>MGI AMERICAS, INC., and<br>COMPLETE GENOMICS INC.,<br><br>Defendants. | Case No. 3:19-cv-03770-WHO<br>Case No. 3:20-cv-01465-WHO<br><br>**JOINT STIPULATION REGARDING DEPOSITION SCHEDULING AFTER THE CLOSE OF FACT DISCOVERY AND [PROPOSED ORDER]**<br><br>Judge: Honorable William H. Orrick |
| COMPLETE GENOMICS INC.,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>ILLUMINA, INC., and<br>ILLUMINA CAMBRIDGE LTD.,<br><br>Counterclaim-Defendants. | |

Pursuant to Northern District of California Civil Local Rules 6-1(b), 6-2 and 7-12, Illumina, Inc. and Illumina Cambridge Ltd. ("Plaintiffs") and BGI Genomics Co. Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc. ("Defendants") (collectively, "the Parties") jointly stipulate regarding the scheduling of the following depositions that are to occur after the close of fact discovery.

WHEREAS, the parties made various agreements regarding depositions of Defendants' witnesses after the close of fact discovery (Case 3:19-cv-03770, Dkt. No. 318);

WHEREAS the parties agreed that Defendants would make Duncan Yu, Radoje Drmanac, and Chongjun Xu available for deposition after Defendants had completed production of any additional documents related to (a) the Court's Order of December 1, 2020, and (b) the parties' disputes over privilege issues (Case 3:19-cv-03770, Dkt. 318);

WHEREAS the Court ordered Defendants to make Roy Tan, Xun Xu, and Jian Wang available for deposition (Case 3:19-cv-03770, Dkt. 296);

WHEREAS, on June 2, 2021, Judge Hixson ordered Defendants to respond to Illumina's objections to Defendants' *in camera* submission (Case 3:19-cv-03770, Dkt. No. 367);

WHEREAS, the parties agree to cooperate to allow for the depositions of Radoje Drmanac, Duncan Yu, Chongjun Xu, Roy Tan, Xun Xu, and Jian Wang to be taken by no later than 40 days after Judge Hixson resolves the parties' dispute regarding privilege issues and in accordance with local health regulations and travel restrictions;

WHEREAS, the parties agree that Defendants shall make Duncan Yu, Radoje Drmanac, Chongjun Xu, Roy Tan, Xun Xu, and Jian Wang available for deposition on different, mutually agreeable dates that are each at least five (5) business days after the later of Judge Hixson's order resolving the parties' dispute regarding privilege issues or Defendants complete production of additional documents, if any, related to the parties' disputes over privilege issues;

1  WHEREAS, the Court has permitted seven previous extensions to deadlines in Case No. 3:19-cv-03770-WHO. *See* Dkt. Nos. 17, 64, 95, 110, 261, 318, 339;

WHEREAS, the Court has permitted eight previous extensions to deadlines in Case No. 3:20- cv-01465-WHO. *See* Dkt. Nos. 39, 44, 47, 193, 249, 320, 340, 359; and

WHEREAS, the parties may need additional relief depending on future orders and events, and the parties reserve their rights to pursue further relief and remedies regarding this discovery.

IT IS SO STIPULATED.

Dated: June 9, 2021

By:  */s/ Douglas W. McClellan*

EDWARD R. REINES (Bar No. 135960)
DEREK C. WALTER (Bar No. 246322)
ROBERT S. MAGEE (Bar No. 271443)
NATE NGEREBARA (Bar No. 317373)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000 Tel.
(650) 802-3100 Fax
edward.reines@weil.com
derek.walter@weil.com
robert.magee@weil.com
nate.ngerebara@weil.com

GARLAND T. STEPHENS (Bar No. 24053910)
DOUGLAS W. MCCLELLAN (*pro hac vice*)
MELISSA L. HOTZE ( *pro hac vice* )
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Ste. 1700
Houston, TX 77002
(713) 546-5000 Tel.
(713) 224-9511 Fax
garland.stephens@weil.com
doug.mcclellan@weil.com
melissa.hotze@weil.com

By:  */s/ David A. Perlson*

DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
DAVID A. PERLSON (Ca. Bar No. 209502)
davidperlson@quinnemanuel.com
ANDREW NARAVAGE (Bar No. 320586)
andrewnaravage@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 Tel.
(415) 875-6700 Fax

KEVIN P.B. JOHNSON (Bar No. 177129)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000 Tel.
(650) 801-5100 Fax

ANNE S. TOKER (*pro hac vice*)
annetoker@quinnemanuel.com
ANASTASIA M. FERNANDS (*pro hac vice*)
anastasiafernands@ quinnemanuel.com
JOSEPH MILOWIC III (*pro hac vice*)

| | |
|---|---|
| ANDREW P. GESIOR (*pro hac vice*) <br> WEIL, GOTSHAL & MANGES LLP <br> 767 Fifth Avenue <br> New York, NY 10153 <br> (212) 310-8000 Tel. <br> (212) 310-8007 Fax <br> andrew.gesior@weil.com <br><br> AUDRA SAWYER (Bar No. 324684) <br> WEIL, GOTSHAL & MANGES LLP <br> 2001 M Street NW, Suite 600 <br> (202) 682-7274 Tel. <br> (202) 857-0940 Fax <br> audra.sawyer@weil.com <br><br> Attorneys for Plaintiffs <br> ILLUMINA, INC. AND ILLUMINA CAMBRIDGE LTD. | josephmilowic@quinnemanuel.com <br> ROBERT B. WILSON (*pro hac vice*) <br> robertwilson@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, New York 10010 <br> (212) 849-7000 Tel. <br> (212) 849-7100 Fax <br><br> DEREK L. SHAFFER (*pro hac vice*) <br> derekshaffer@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 1300 I Street NW, Suite 900 <br> Washington, D.C. 20005 <br> (202) 538-8000 Tel. <br> (202) 538-8100 Fax <br><br> Attorneys for Defendants <br> BGI GENOMICS CO., LTD., BGI AMERICAS CORP., MGI TECH CO., LTD., MGI AMERICAS, INC., and COMPLETE GENOMICS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

WILLIAM H. ORRICK
United States District Court Judge

**ATTESTATION**

I, Douglas W. McClellan, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David A. Perlson has concurred in this filing.

DATED: June 9, 2021                By  /s/  *Douglas W. McClellan*
                                        Douglas W. McClellan