1  EDWARD R. REINES (Bar No. 135960)       GARLAND T. STEPHENS (Bar No. 24053910)
   edward.reines@weil.com                  garland.stephens@weil.com
2  DEREK C. WALTER (Bar No. 246322)        DOUGLAS W. MCCLELLAN (*pro hac vice*)
   derek.walter@weil.com                   doug.mcclellan@weil.com
3  ROBERT S. MAGEE (Bar No. 271443)        MELISSA L. HOTZE (*pro hac vice*)
   robert.magee@weil.com                   melissa.hotze@weil.com
4  NATE NGEREBARA (Bar No. 317373)         WEIL, GOTSHAL & MANGES LLP
   nate.ngerebara@weil.com                 700 Louisiana, Ste. 1700
5  WEIL, GOTSHAL & MANGES LLP              Houston, TX 77002
   201 Redwood Shores Parkway              Telephone:  (713) 546-5000
6  Redwood Shores, CA  94065               Facsimile:   (713) 224-9511
   Telephone:  (650) 802-3000
7  Facsimile:   (650) 802-3100             AUDRA SAWYER (Bar No. 324684)
                                           audra.sawyer@weil.com
8  ANDREW P. GESIOR (*pro hac vice*)       WEIL, GOTSHAL & MANGES LLP
   andrew.gesior@weil.com                  2001 M Street NW, Suite 600
9  WEIL, GOTSHAL & MANGES LLP              Washington, DC 20036
   767 Fifth Avenue                        Telephone: (202) 682-7274
10 New York, NY 10153
   Telephone: (212) 310-8000
11 Facsimile: (212) 310-8007

12 *Attorneys for Plaintiffs,*
   ILLUMINA, INC. AND
13 ILLUMINA CAMBRIDGE LTD.

14             UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
15             SAN FRANCISCO DIVISION

16

17 ILLUMINA, INC. and              Case No. 3:19-cv-03770-WHO (TSH)
   ILLUMINA CAMBRIDGE LTD.,        Case No. 3:20-cv-01465-WHO (TSH)
18
            Plaintiffs,            **PLAINTIFFS' REVISED PROPOSED**
19                                 **VERDICT FORM**
        v.
20
   BGI GENOMICS CO., LTD.,
21 BGI AMERICAS CORP.,
   MGI TECH CO., LTD.,
22 MGI AMERICAS, INC., and
   COMPLETE GENOMICS INC.,
23
            Defendants.
24

25

26

27

28

1   COMPLETE GENOMICS INC.,

2                    Counterclaim-Plaintiff,

3         v.

4   ILLUMINA, INC. and ILLUMINA
    CAMBRIDGE LTD.,
5
                     Counterclaim-Defendants.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    When answering the following questions and filling out this Verdict Form, please follow the

2    directions provided throughout the form.  Your answer to each question must be unanimous.  Some of

3    the questions contain legal terms that are defined and explained in detail in the Jury Instructions.  Please

4    refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears

5    in the questions below.

6        As used herein:

7            1.   "Plaintiff" or "Illumina" refers to Illumina, Inc. and Illumina Cambridge Ltd.

8            2.  "Defendant" or "Defendants" refers to BGI Genomics Co. Ltd., BGI Americas Corp.,

9                MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc.

10

11       We, the jury, unanimously agree to the answers to the following questions and return them under

12   the instructions of this court as our verdict in this case.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FINDINGS ON INFRINGEMENT**

(Instruction Nos. _____)

The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.

~~It is undisputed that the Defendants directly infringed the Asserted Claims of each of the Asserted Patents in this case.[1]~~

A.     U.S. Patent No. 7,541,444 (the "'444 Patent")

1.   ~~Has Illumina proven that it is more likely than not that Defendants directly infringed any of the following claims of the '444 Patent?~~

~~This question has been completed for you so as to reflect the Court's earlier finding that Defendants directly infringed the claims below.~~

|  | ~~Yes (Illumina)~~ | ~~No (Defendants)~~ |
|---|---|---|
| ~~a.   Claim 3~~ | ✔ | |

~~2.~~1.   **Has Illumina proven that it is more likely than not that Defendants induced the infringement of any of the following claims of the '444 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  | Yes (Illumina) | No (Defendants) |
|---|---|---|
| a.   Claim 3 | | |

~~3.~~2.   **Has Illumina proven that it is more likely than not that Defendants contributed to the infringement of any of the following claims of the '444 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  | Yes (Illumina) | No (Defendants) |
|---|---|---|
| a.   Claim 3 | | |

---

[1] ~~[Illumina has proposed two alternative methods by which to indicate to the jury that direct infringement by BGI is undisputed in this case. This instruction is the first alternative. The second alternative is to include a question on direct infringement for each patent that is pre-filled with a check mark in the "Yes" column to indicate that direct infringement is has been established and is undisputed. See Questions 1, 4, 7, 10, 13.]~~

**B.** **U.S. Patent No. 7,771,973 (the "'973 Patent")**

4. ~~Has Illumina proven that it is more likely than not that Defendants directly infringed any of the following claims of the '973 Patent?~~

   *~~This question has been completed for you so as to reflect the Court's earlier finding that Defendants directly infringed the claims below.~~*

                                   ~~Yes (Illumina)~~          ~~No (Defendants)~~

   ~~a.~~    ~~Claim 13~~          ~~✔~~_____          _____

5.3.  **Has Illumina proven that it is more likely than not that Defendants induced the infringement of any of the following claims of the '973 Patent?**

   *For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

                                   Yes (Illumina)          No (Defendants)

   a.    Claim 13          _____          _____

6.4.  **Has Illumina proven that it is more likely than not that Defendants contributed to the infringement of any of the following claims of the '973 Patent?**

   *For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

                                   Yes (Illumina)          No (Defendants)

   a.    Claim 13          _____          _____

**C.**     **U.S. Patent No. 7,566,537 (the "'537 Patent")**

7. ~~Has Illumina proven that it is more likely than not that Defendants directly infringed any of the following claims of the '537 Patent?~~

*~~This question has been completed for you so as to reflect the Court's earlier finding that Defendants directly infringed the claims below.~~*

|  |  | ~~Yes (Illumina)~~ | ~~No (Defendants)~~ |
|---|---|---|---|
| ~~a.~~ | ~~Claim 1~~ | ~~✔~~ | |
| ~~b.~~ | ~~Claim 4~~ | ~~✔~~ | |
| ~~c.~~ | ~~Claim 6~~ | ~~✔~~ | |

~~8.~~5.     **Has Illumina proven that it is more likely than not that Defendants induced the infringement of any of the following claims of the '537 Patent?**

*For each asserted claim, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  |  | Yes (Illumina) | No (Defendants) |
|---|---|---|---|
| a. | Claim 1 | | |
| b. | Claim 4 | | |
| c. | Claim 6 | | |

~~9.~~6.     **Has Illumina proven that it is more likely than not that Defendants contributed to the infringement of any of the following claims of the '537 Patent?**

*For each asserted claim, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  |  | Yes (Illumina) | No (Defendants) |
|---|---|---|---|
| a. | Claim 1 | | |
| b. | Claim 4 | | |
| c. | Claim 6 | | |

D.   U.S. Patent No. 9,410,200 (the "'200 Patent")

10.   ~~Has Illumina proven that it is more likely than not that Defendants directly infringed any of the following claims of the '200 Patent?~~

*~~This question has been completed for you so as to reflect the Court's earlier finding that Defendants directly infringed the claims below.~~*

|  |  | ~~Yes (Illumina)~~ | ~~No (Defendants)~~ |
|---|---|---|---|
| ~~a.~~ | ~~Claim 11~~ | ~~✔~~ |  |
| ~~b.~~ | ~~Claim 19~~ | ~~✔~~ |  |

~~11.~~7.   **Has Illumina proven that it is more likely than not that Defendants induced the infringement of any of the following claims of the '200 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  |  | Yes (Illumina) | No (Defendants) |
|---|---|---|---|
| a. | Claim 11 |  |  |
| b. | Claim 19 |  |  |

~~12.~~8.   **Has Illumina proven that it is more likely than not that Defendants contributed to the infringement of any of the following claims of the '200 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  |  | Yes (Illumina) | No (Defendants) |
|---|---|---|---|
| a. | Claim 11 |  |  |
| b. | Claim 19 |  |  |

**E.** **U.S. Patent No. 10,480,025 (the "'025 Patent")**

~~13.~~ ~~Has Illumina proven that it is more likely than not that Defendants directly infringed any of the following claims of the '025 Patent?~~

~~*This question has been completed for you so as to reflect the Court's earlier finding that Defendants directly infringed the claims below.*~~

| | | ~~Yes (Illumina)~~ | ~~No (Defendants)~~ |
|---|---|---|---|
| ~~a.~~ | ~~Claim 1~~ | ~~✔~~ | |
| ~~b.~~ | ~~Claim 9~~ | ~~✔~~ | |
| ~~c.~~ | ~~Claim 27~~ | ~~✔~~ | |
| ~~d.~~ | ~~Claim 31~~ | ~~✔~~ | |
| ~~e.~~ | ~~Claim 33~~ | ~~✔~~ | |
| ~~f.~~ | ~~Claim 34~~ | ~~✔~~ | |
| ~~g.~~ | ~~Claim 42~~ | ~~✔~~ | |
| ~~h.~~ | ~~Claim 47~~ | ~~✔~~ | |
| ~~i.~~ | ~~Claim 50~~ | ~~✔~~ | |

~~14.~~9.   **Has Illumina proven that it is more likely than not that Defendants induced the infringement of any of the following claims of the '025 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

| | | Yes (Illumina) | No (Defendants) |
|---|---|---|---|
| a. | Claim 1 | | |
| b. | Claim 9 | | |
| c. | Claim 27 | | |
| d. | Claim 31 | | |

|  | Yes (Illumina) | No (Defendants) |
|---|---|---|
| e.      Claim 33 | _____ | _____ |
| f.      Claim 34 | _____ | _____ |
| g.      Claim 42 | _____ | _____ |
| h.      Claim 47 | _____ | _____ |
| i.      Claim 50 | _____ | _____ |

15.10. **Has Illumina proven that it is more likely than not that Defendants contributed to the infringement of any of the following claims of the '025 Patent?**

*For each of the claims below, please check "Yes" (for Illumina) or "No" (for Defendants).*

|  | Yes (Illumina) | No (Defendants) |
|---|---|---|
| a.      Claim 1 | _____ | _____ |
| b.      Claim 9 | _____ | _____ |
| c.      Claim 27 | _____ | _____ |
| d.      Claim 31 | _____ | _____ |
| e.      Claim 33 | _____ | _____ |
| f.      Claim 34 | _____ | _____ |
| g.      Claim 42 | _____ | _____ |
| h.      Claim 47 | _____ | _____ |
| i.      Claim 50 | _____ | _____ |

**FINDINGS ON INVALIDITY**

(Instruction Nos. _____ )

The questions regarding validity or invalidity should be answered regardless of your findings with respect to the infringement of the patent.

**A.     The '444 Patent**

~~16.~~11.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '444 Patent are invalid as obvious?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 3 | _____ | _____ |

**B.     The '973 Patent**

~~17.~~12.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '973 Patent are invalid as obvious?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 13 | _____ | _____ |

~~18.~~13.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '973 Patent are invalid for failure to satisfy the written description requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 13 | _____ | _____ |

~~19.~~14.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '973 Patent are invalid for failure to satisfy the enablement requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

Formatted: 2021 BODY24, Left, Space After: 0 pt, Line spacing: single

|     | Yes (Defendants) | No (Illumina) |
|-----|:---:|:---:|
| a.  Claim 13 | _____ | _____ |

**C.     The '537 Patent**

~~20.~~15. **Have Defendants proven by clear and convincing evidence that any of the following claims of the '537 Patent are invalid as obvious?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|     | Yes (Defendants) | No (Illumina) |
|-----|:---:|:---:|
| a.  Claim 1 | _____ | _____ |
| b.  Claim 4 | _____ | _____ |
| c.  Claim 6 | _____ | _____ |

~~21.~~16. **Have Defendants proven by clear and convincing evidence that any of the following claims of the '537 Patent are invalid for failure to satisfy the written description requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|     | Yes (Defendants) | No (Illumina) |
|-----|:---:|:---:|
| a.  Claim 1 | _____ | _____ |
| b.  Claim 4 | _____ | _____ |
| c.  Claim 6 | _____ | _____ |

~~22.~~17. **Have Defendants proven by clear and convincing evidence that any of the following claims of the '537 Patent are invalid for failure to satisfy the enablement requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|     | Yes (Defendants) | No (Illumina) |
|-----|:---:|:---:|
| a.  Claim 1 | _____ | _____ |
| b.  Claim 4 | _____ | _____ |
| c.  Claim 6 | _____ | _____ |

**D.**     **The '200 Patent**

~~23.~~18.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '200 Patent are invalid as obvious?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 11 | _____ | _____ |
| b.     Claim 19 | _____ | _____ |

~~24.~~19.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '200 Patent are invalid for failure to satisfy the written description requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 11 | _____ | _____ |
| b.     Claim 19 | _____ | _____ |

~~25.~~20.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '200 Patent are invalid for failure to satisfy the enablement requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 11 | _____ | _____ |
| b.     Claim 19 | _____ | _____ |

**E.**     **The '025 Patent**

~~26.~~21.  **Have Defendants proven by clear and convincing evidence that any of the following claims of the '025 Patent are invalid as obvious?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  | Yes (Defendants) | No (Illumina) |
|---|---|---|
| a.     Claim 1 | _____ | _____ |

|   |   |   | Yes (Defendants) | No (Illumina) |
|---|---|---|---|---|
| b. | | Claim 9 | | |
| c. | | Claim 27 | | |
| d. | | Claim 31 | | |
| e. | | Claim 33 | | |
| f. | | Claim 34 | | |
| g. | | Claim 42 | | |
| h. | | Claim 47 | | |
| i. | | Claim 50 | | |

27.22. **Have Defendants proven by clear and convincing evidence that any of the following claims of the '025 Patent are invalid for failure to satisfy the written description requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|   |   |   | Yes (Defendants) | No (Illumina) |
|---|---|---|---|---|
| a. | | Claim 1 | | |
| b. | | Claim 9 | | |
| c. | | Claim 27 | | |
| d. | | Claim 31 | | |
| e. | | Claim 33 | | |
| f. | | Claim 34 | | |
| g. | | Claim 42 | | |
| h. | | Claim 47 | | |
| i. | | Claim 50 | | |

28.23. **Have Defendants proven by clear and convincing evidence that any of the following claims of the '025 Patent are invalid for failure to satisfy the enablement requirement?**

*For each asserted claim, please check "Yes" (for Defendants) or "No" (for Illumina).*

|  |  | Yes (Defendants) | No (Illumina) |
|---|---|---|---|
| a. | Claim 1 | _____ | _____ |
| b. | Claim 9 | _____ | _____ |
| c. | Claim 27 | _____ | _____ |
| d. | Claim 31 | _____ | _____ |
| e. | Claim 33 | _____ | _____ |
| f. | Claim 34 | _____ | _____ |
| g. | Claim 42 | _____ | _____ |
| h. | Claim 47 | _____ | _____ |
| i. | Claim 50 | _____ | _____ |

**FINDINGS ON DAMAGES**

(Instruction Nos. _____)

*Directions: If you answered "No" as to invalidity for at least one of the asserted claims, please answer questions 29 and 30 below.  Otherwise, skip to the last page and sign the verdict form.*

**Damages**

~~29.~~24.  **What sum of money, if any, would fairly and reasonably compensate Illumina for Defendants' ~~past~~ infringement? Please see the jury instructions on damages.~~.~~**

Answer in dollars.

$ _____

**Willful Infringement**

~~30.~~25.  **Has Illumina proven that it is more likely than not that Defendants' infringement was willful? Please see the jury instructions on willful infringement.**

*"Yes" is a finding that Defendants have willfully infringed. "No" is a finding that Defendants has not willfully infringed.*

Yes  _____          No  _____

Formatted: 2021 BODY24, Left, Space After:  0 pt, Line spacing:  single

1  You have now reached the end of the verdict form and should review it to ensure it accurately reflects
2  your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the
   spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror
3  should retain possession of the verdict form and bring it when the jury is brought back into the
   courtroom.

4  Date: _____          By: _____
5                                                        Presiding Juror

Date:  October 25, 2021                    /s/ Edward R. Reines

EDWARD R. REINES (Bar No. 135960)

DEREK C. WALTER (Bar No. 246322)
ROBERT S. MAGEE (Bar No. 271443)
NATE NGEREBARA (Bar No. 317373)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
Fax: (650) 802-3100
edward.reines@weil.com
derek.walter@weil.com
robert.magee@weil.com
nate.ngerebara@weil.com

GARLAND T. STEPHENS (Bar No. 24053910)

DOUGLAS W. MCCLELLAN (*pro hac vice*)
MELISSA L. HOTZE (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Ste. 1700
Houston, TX 77002
Telephone:  (713) 546-5000
Facsimile:   (713) 224-9511
garland.stephens@weil.com
doug.mcclellan@weil.com
melissa.hotze@weil.com

ANDREW P. GESIOR (*pro hac vice*)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
andrew.gesior@weil.com

AUDRA SAWYER (Bar No. 324684)

WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7274
audra.sawyer@weil.com

*Attorneys for Plaintiffs*

ILLUMINA, INC. AND ILLUMINA
CAMBRIDGE LTD.

PLAINTIFFS' PROPOSED VERDICT FORM          15          CASE NO. 3:19-CV-03770-WHO
CASE NO. 3:20-CV-01465-WHO