# EXHIBIT 1

# DATA SHEET





## 3'-O-Azidomethyl-dATP

3'-O-Azidomethyl-2'-deoxyadenosine-5'-triphosphate, Sodium salt

| Cat. No. | Amount |
|---|---|
| NU-937-1 | 1 mg |

**Selected References:**
Palla *et al.* (2014) DNA sequencing by synthesis using 3'-O-azidomethyl nucleotide reversible terminators and surface-enhanced Raman spectroscopic detection. *RSC Adv.* **4 (90)**:49342.

Zavgorodny *et al.* (1991) Alkylthioalkylation of Nucleoside Hydroxyl Functions and Its Synthetic Applications: A New Versatile Method in Nucleoside Chemistry. *Tetrahedron Letters* **32 (51)**:7593.

Structural formula of 3'-O-Azidomethyl-dATP

*For research use only!*

**Shipping:** shipped on blue ice

**Storage Conditions:** store at -20 °C

Short term exposure (up to 1 week cumulative) to ambient temperature possible.

**Shelf Life:** 12 months after date of delivery

**Molecular Formula:** $C_{11}H_{17}N_8O_{12}P_3$ (free acid)

**Molecular Weight:** 546.22 g/mol (free acid)

**Exact Mass:** 546.02 g/mol (free acid)

**Purity:** ≥ 95 % (HPLC)

**Form:** solid

**Spectroscopic Properties:** $\lambda_{max}$ 259 nm, ε 15.4 L mmol$^{-1}$ cm$^{-1}$ (Tris-HCl pH 7.5)

Exhibit 127
1/7/2021
Brennan

IFTA AG
Certified QMS and EMS according to DIN EN ISO 9001 and DIN EN ISO 14001
Reg.-No.: ICV03597 034 and ICV03597 534

Jena Bioscience GmbH
Löbstedter Str. 71 | 07749 Jena, Germany | Tel.:+49-3641-6285 000 | Fax:+49-3641-6285 100
http://www.jenabioscience.com

Page 1
Version: 0001, Last update: Mar 06, 2020