UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILLUMINA, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BGI GENOMICS CO., LTD, et al.,<br><br>　　　　Defendants. | **ADDENDUM TO ORDER REGARDING JOINT RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Case No. 19-cv-03770-WHO<br>Re: Dkt. No. 460, 465, 469, 494<br><br>Case No. 20-cv-1465-WHO<br>Re: Dkt. No. 506, 512, 516, 539 |

In my prior order on the parties' joint renewed administrative motion to file under seal ("Order"), I deferred my ruling on the sealing issue of business discussions between a third-party, Qiagen, and BGI until after the November 10, 2021, hearing. Dkt. No. 494 ("Order") at 2–3. During the hearing, Illumina agreed to submit the two email threads on which it plans to rely so that I could review whether or not it contains sealable information.

I have reviewed the highlighted portions of the two email threads and find that they do not contain sealable language that meets the compelling reasons standard for the reasons previously stated in my Order. The highlighted portions should therefore be UNSEALED. Illumina's motion for administrative relief, Dkt. No. 469 is GRANTED, and it may file a revised version of its opposition to BGI's motion in limine no. 5 publicly. BGI's motion to seal its revised version, Dkt. No. 460, is DENIED and the clerk shall UNSEAL Dkt. Nos. 460-6 and 460-8. Finally, BGI's motion to seal its opposition to Illumina's motion, Dkt. No. 465 is also DENIED, and the clerk shall UNSEAL Dkt Nos. 465-3 and 465-6.

**IT IS SO ORDERED.**

Dated: November 14, 2021

William H. Orrick
United States District Judge