**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 19-cv-03770-WHO
Case Name: Illumina, Inc.v. BGI Genomics Co., Ltd

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | Edward Reines, Melinda Root, Melissa Hotze, Nathaniel Ngerebara, Derek Walter, and Doug McClellan | David Bilsker, Andrew Bramhall, David Perlson, Margaret Shyr, Andrew Naravage, and Elle Wang |
| **TRIAL DATE:** 11/16/2021 | **REPORTER(S):** | **CLERK:** |
| 8:01 a.m. to 3:29 p.m. 7 hours, 28 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/16/2021 8:01 a.m. | | | Court in session (jurors out) Objections to deposition designations discussed |
| | | 8:06 a.m. | | | Court in recess |
| | | 8:30 a.m. | | | Court in session (jurors present) |
| | | 8:33 a.m. | | | Plaintiff direct examination of **Chongjun Xu** continues (Reines) |
| 658 | | 8:33 a.m. | X | X | BGI slide presentation "Sequencer Project Report" BGI research [Chinese Version]; Admitted without objection |
| 698 | | 8:33 a.m. | X | X | Email from Yongwei Zhang to Xun Xu et al re Mr. Wang's Strategy on Return to America [Translated Version]; Admitted without objection |
| 324 | | 8:33 a.m. | X | X | Email to Charles Bao from Yongwei Zhang re Toronto Lab [Translated Version]; Admitted without objection |
| 369 | | 8:33 a.m. | X | X | Email from Congiun Xu to Jiguang Li &Yufen Luo re: "dGTP-Quencher" [Chinese Version]"; Admitted without objection |
| 2539 | | 8:34 a.m. | X | X | Acme Bioscience, Inc. Progress Report for CGI Projects; Admitted without objection |
| 670 | | 8:44 a.m. | X | X | Email from Chongjun Xu to Ming Ni regarding "Re: Re: IMT AG for Microstructures in and on glass for the biophotonicsindustry/Microfluidics and Genome Sequencing"; Admitted without objection |
| 662 | | 8:45 a.m. | X | X | Email from Chongjun Xu to Zhangww@genomics.cn re Alpha team: work summary and Q3 plans [Translated Version]; Admitted without objection |
| 687 | | 8:49 a.m. | X | X | Email from M. Callow to S. Drmanac et al. re: PEI00; Admitted without objection |

1

Case No: 19-cv-03770-WHO
Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd
Date: November 15, 2021
Courtroom Deputy: Jean Davis        - Court Reporter:    Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 381 | | 11/15/2021 8:52 a.m. | X | X | Email from Lingling Peng to Handong Li, et al. re New RTs; Admitted without objection |
| 393 | | 8:54 a.m. | X | X | BGI Research slide presentation "Combinatorial sequencing (Another Scarless Sequencing Method)" by Erkai Liu; Admitted without objection |
| 383 | | 8:56 a.m. | X | X | Complete Genomics presentation "Current State-of-art of cPAS on DNB and Branched DNB Arrays" by Snezana (Ana) Drmanac; Admitted without objection |
| 1443 | | 9:00 a.m. | X | X | PR Newswire press release "MGI Announces Commercial Launch of its CoolMPS Chemistry-based DNBSEQ Sequencers in the United States"; Admitted without objection |
| 943 | | 9:03 a.m. | X | X | Email from Subodh Nimkar to Chongjun Xu et al. regarding "RE: Coolings"; Admitted without objection |
| 656 | | 9:06 a.m. | X | X | Document titled " 2014 First Quarter Work Report CG SBS Chong-Jun Xu" [Chinese Version]; Admitted without objection |
| 661 | | 9:06 a.m. | X | X | Email from Chongjun Xu to Zhangww@genomics.cn re Alpha team: work summary and Q3 plans [Chinese Version]; Admitted without objection |
| 1961 | | 9:06 a.m. | X | X | MGI presentation "NextSeq 2000" [Translated Version]; Admitted without objection |
| | | 9:07 a.m. | | | Defense cross examination of **Chongjun Xu** (Shyr) |
| | | 9:28 a.m. | | | Plaintiff redirect of **Chongjun Xu** (Reines) |
| | | 9:30 a.m. | | | Defense follow up examination of **Chongjun Xu** (Shyr) |
| | | 9:32 a.m. | | | Witness excused |
| | | 9:33 a.m. | | | Plaintiff direct examination of **Yongwei Zhang** (Reines) |
| 1803 | | 9:41 a.m. | X | | Final Written Decision. Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd., Case IPR2013-00517, Paper No. 87; Identified only |
| 718 | | 9:43 a.m. | X | X | Complete Genomics slide presentation "Zebra Instrument"; Admitted without objection |
| 720 | | 9:45 a.m. | X | X | Document in Chinese titled "Universal Reaction Kit for Sequencing (Sequencing by Synthesis Method)"; Admitted without objection |
| 712 | | 9:47 a.m. | X | X | CGI Presentation "Zebra Instrument Development"; Admitted without objection |
| 725 | | 9:48 a.m. | X | X | Email from Yongwei Zhang to Jing Chen regarding "Re: Thanks"; Admitted without objection |

Case No: 19-cv-03770-WHO
Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd
Date: November 15, 2021
Courtroom Deputy: Jean Davis         - Court Reporter:     Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 696 | | 11/16/2021 9:49 a.m. | X | X | Email from Yongwei Zhang to Xun Xu, Jing Chen re Changes at BGI; Admitted without objection |
| 713 | | 9:55 a.m. | X | X | Email from Johan Christiaanse to D. Yu re: BGISEQ international; Admitted without objection |
| 575 | | 9:57 a.m. | X | X | Order Granting Motion for Preliminary Injunction (N.D. Cal Case No. 16-02788; Admitted, objection overruled |
| 2649 | | 9:58 a.m. | X | | Genomeweb Article: "Court Issues Preliminary Injunction Against Qiagen in Illumina Sequencing IP Dispute"; Identified only |
| | | 10:04 a.m. | | | Jurors and witness excused |
| | | 10:05 a.m. | | | Issue of protocol discussed |
| | | 10:07 a.m. | | | Court in recess |
| | | 10:21 a.m. | | | Court in session (jurors present) Plaintiff direct examination of **Yongwei Zhang** continues (Reines) |
| 702 | | 10:26 a.m. | X | X | Email from Ryan Liu to Hui Jiang, Fang Chen re Sanger Institution; Admitted without objection |
| 321 | | 10:26 a.m. | X | X | BGI Presentation "BGIA Business Review"; Admitted without objection |
| 726 | | 10:29 a.m. | X | X | Email from Avanindra Chaturvedi to Yongwei Zhang et al re MGI technology/platform introduction ppt in English [Chinese Version]; Admitted without objection |
| 1588 | | 10:29 a.m. | X | X | Email from Avanindra Chaturvedi to Yongwei Zhang et al re MGI technology/platform introduction ppt in English [Chinese Version]; Admitted without objection |
| 765 | | 10:33 a.m. | X | X | Email from Sophie Liu to Roy Tan re BD with ThermoFisher; Admitted without objection |
| 2145 | | 10:43 a.m. | X | X | Email from W. Wei to A. Chaturvedi re: Visit to your site for biochemistry discussions; Admitted without objection |
| 322 | | 10:44 a.m. | X | X | E-mail from Rade Drmanac to Yongwei Zhang et al. Re: MGISEQ-2000; Admitted without objection |
| 326 | | 10:47 a.m. | X | X | Email from Avanindra Chaturvedi to Yongwei Zhang, et al. re budget; Admitted without objection |
| 976* | | 10:57 a.m. | X | X | Table from interrogatory responses; admitted in modified form pursuant to Court MIL rulings |
| 328 | | 10:58 a.m. | X | X | Purchase Order No. 62286404; Admitted without objection |
| 456 | | 10:59 a.m. | X | X | MGI-Stanford Quotation; Admitted without objection |
| 2324 | | 11:00 a.m | X | X | MGI Quotation for DNBSEQ-G400RS; Admitted without objection |

Case No: 19-cv-03770-WHO
Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd
Date: November 15, 2021
Courtroom Deputy: Jean Davis         - Court Reporter:    Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 11/16/2021 11:00 a.m. |   |   | Defense cross examination of **Yongwei Zhang** (Naravage) |
|   |   | 11:16 a.m. |   |   | Plaintiff redirect of **Yongwei Zhang** (Reines) |
|   |   | 11:19 a.m. |   |   | Witness excused |
|   |   | 11:20 a.m. |   |   | Plaintiff direct examination of **Roy Tan** (Walters) |
| 944 |   | 11:35 a.m. | X | X | Email from Adam Borcherding to Maria Hansen et al. regarding "RE: Please order ASAP"; Admitted without objection |
| 714 |   | 11:46 a.m. | X | X | BGI Presentation: International Market Analysis and 2017 BD plan based on BGIseq International launch by D. Siu, R. Liu, J, Cao, C. Bao and N. Li; Admitted without objection |
|   |   | 11:47 a.m. |   |   | Defendant waives cross examination; witness excused Jurors released; Court in recess |
|   |   | 12:24 p.m. |   |   | Court in session (jury present) Testimony of **Duncan Yu** provided by video deposition excerpts (Time: 36 mins Plaintiff/1 min. Defendant) |
|   |   | 1:00 p.m. |   |   | Plaintiff examination of **Radoje Drmanac** as adverse witness (Reines) |
| 358 |   | 1:03 p.m. | X |   | Defendants' Responses and Objections to Plaintiffs' Re-Served First Set of Common Interrogatories (Nos. 1-5); Identified only |
| 371 |   | 1:17 p.m. | X | X | Email from H. Li to S. Drmanac, et al. re: XY-2 color set Absorbane; Admitted without objection |
| 1803 |   | 1:26 p.m. | X | X | Final Written Decision. Intelligent Bio-Systems, Inc. v. Illumina Cambridge Ltd., Case IPR2013-00517, Paper No. 87; Admitted pursuant to MIL order |
| 413 |   | 1:32 p.m. | X | X | Decision, Appeal No. 2015-1693 Intelligent Bio-Systems, Inc v. Illumina Cambridge Ltd., Admitted pursuant to MIL order |
|   |   | 1:35 p.m. |   |   | Jurors excused; objection to line of questioning taken up |
|   |   | 1:38 p.m. |   |   | Court in recess |
|   |   | 1:52 p.m. |   |   | Court in session (jurors present) Plaintiff examination of **Radoje Drmanac** as adverse witness continues (Reines) |
| 1783 |   | 1:57 p.m. | X | X | Order Granting Motion for Preliminary Injunction, Illumina, Inc., and Illumina Cambridge LTD., v. Qiagen, N.V. Qiagen Gaithersburg, Inc., Qiagen Sciences, LLC, Qiagen Inc. (USA), Qiagen Redwood City, Inc., and Intelligent Bio-Systems, Inc. Case 3:16-cv-02788-WHA Document 114; Standing objection overruled |
| 984 |   | 2:07 p.m. | X | X | Complete Genomics, Inc. v. Illumina Cambridge Ltd., IPR2017-02174, Petition for Inter Partes Review of U.S. Patent No. 7,566,537; Standing objection overruled |

Case No: 19-cv-03770-WHO
Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd
Date: November 15, 2021
Courtroom Deputy: Jean Davis   - Court Reporter: Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| | | | | | |
|---|---|---|---|---|---|
| **984** | | **11/16/2021** 2:07 p.m. | X | X | Complete Genomics, Inc. v. Illumina Cambridge Ltd., IPR2017-02174, Petition for Inter Partes Review of U.S. Patent No. 7,566,537; Admitted; standing objection overruled |
| **985** | | 2:07 p.m. | X | X | Complete Genomics, Inc. v. Illumina Cambridge Ltd., IPR2017-02172, Petition for Inter Partes Review of U.S. Patent No. 7,566,537; Admitted; standing objection overruled |
| **986** | | 2:11 p.m. | X | X | Complete Genomics, Inc. v. Illumina Cambridge Ltd., IPR2017-02174, Paper No. 20, Decision Denying Institution of Inter Partes Review of U.S. Patent No. 7,566,537; Admitted; standing objection overruled |
| **987** | | 2:11 p.m. | X | X | Complete Genomics, Inc. v. Illumina Cambridge Ltd., IPR2017-02172, Paper No. 20, Decision Denying Institution of Inter Partes Review of U.S. Patent No. 7,566,537; Admitted; standing objection overruled |
| **1541** | | 2:18 p.m. | X | | Case No. 3:19-cv-3770-WHO, Docket ID 95-3, Declaration of Dr. Radoje Drmanac in Support of Defendants' Supplemental Submission in Opposition to Plaintiffs' Motion for Preliminary Injunction; Identified only |
| | | 2:25 p.m. | | | Defense examination of **Radoje Drmanac** (Bilsker) |
| | | 3:00 p.m. | | | Jurors excused |
| | | 3:03 p.m. | | | Sidebar conference conducted with juror re: possible conflict of interest |
| | | 3:06 p.m. | | | Deposition designations discussed |
| | | 3:29 p.m. | | | Court in recess |

Plaintiff Time 11/15/2021:         11 hours, 25 minutes
Plaintiff Time Used This Date:      4 hours,  0 minutes
Plaintiff Time Remaining:           7 hours, 25 minutes

Defendant Time 11/15/2021:         13 hours, 22 minutes
Defendant Time Used this Date:      1 hour,  15 minutes
Defendant Time Remaining:          12 hours,  7 minutes