UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 19-cv-03770-WHO and 21cv1465-WHO
Case Name: Illumina, Inc.v. BGI Genomics Co., Ltd

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | Edward Reines, Melissa Hotze, Nathaniel Ngerebra, Audra Sawyer, and Doug McClellan | David Bilsker, David Perlson, Andrew Bramhall, Andrew Tigchelaar, and Elle Wang |
| **TRIAL DATE:  11/19/2021** | **REPORTER(S):** | **CLERK:** |
| 8:01 a.m. to 3:29 p.m. 7 hours, 28 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/19/2021 8:01 a.m. | | | Court in session (jurors out) Jury instructions and appropriate scope of impeachment evidence discussed |
| | | 8:07 a.m. | | | Court in recess |
| | | 8:33 a.m. | | | Court in session (jurors present) |
| | | 8:33 a.m. | | | Testimony of **John Milton** presented by video deposition excerpts (Time: 7 minutes for Plaintiff/18 minutes for Defendat) |
| | | 8:59 a.m. | | | Defense counsel notes the misspelling of a company name in the deposition transcript for the record; plaintiff counsel concurs with the correction |
| | | 9:00 a.m. | | | Defense direct examination of **James Russell Kearl** (Perlson) |
| | | 9:07 a.m. | | | Witness proffered as an expert without objection |
| | | 10:06 a.m. | | | Court in recess |
| | | 10:24 a.m. | | | Court in session (jurors present) Plaintiff cross examination of **James Russell Kearl** (Reines) |
| | | 11:06 a.m. | | | Defense redirect of **James Russell Kearl** (Perlson) |
| | | 11:11 a.m. | | | Plaintiff follow up examination of James Russell Kearl (Reines) |
| | | 11:14 a.m. | | | Witness excused Defense rests |
| | | 11:15 a.m. | | | Plaintiff direct examination of **Floyd Romesberg** (McClellan) |
| | | 11:48 a.m. | | | Jurors excused; witness excused |
| | | 11:49 a.m. | | | Jury Instructions/Verdict Form discussed |
| | | 11:51 a.m. | | | Court in recess |
| | | 12:28 p.m. | | | Plaintiff direct examination of **Floyd Romesberg** continues (McClellan) |

Case No: 19-cv-03770-WHO 21-cv-1465-WHO
Case Name: Illumina, Inc. v. BGI Genomics Co., Ltd

Date: November 19, 2021
Courtroom Deputy: Jean Davis        - Court Reporter:    Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11/19/2021 1:06 p.m. | | | Defense cross examination of **Floyd Romesberg** (Bilsker) |
| | | 1:48 p.m. | | | Court in recess |
| | | 2:00 p.m. | | | Court in session (jurors present) Defense cross examination of **Floyd Romesberg** (Bilsker) |
| | | 2:21 p.m. | | | Plaintiff redirect of **Floyd Romesberg** (McClellan) |
| | | 2:22 p.m. | | | Witness excused Plaintiff closes rebuttal case Court deems Rule 50 motions to be filed |
| | | 2:23 p.m. | | | The Court provides the final instructions to the jurors and reviews the verdict form. |
| | | 3:20 p.m. | | | Jurors released |
| | | 3:20 p.m. | | | Defense and plaintiff motions presented. |
| | | 3:22 p.m. | | | Scope of |
| | 85 | 3:24 p.m. | X | X | Excerpt of U.S. Patent No. 7,566,537 File History; Admitted without objection |
| | 89 | 3:24 p.m. | X | X | Excerpt of U.S. Patent No. 7,541,444 File History; Admitted without objection |
| | | 3:25 p.m. | | | Correct of typographical error in the Verdict Form discussed |
| | | 3:26 p.m. | | | Schedule for closing arguments and post-trial briefing discussed |
| | | 3:29 p.m. | | | Court in recess |

Plaintiff Time 11/18/2021:         3 hours, 47 minutes
Plaintiff Time Used This Date:     1 hour,  59 minutes
Plaintiff Time Remaining:          1 hour,  48 minutes

Defendant Time 11/18/2021:         5 hours, 28 minutes
Defendant Time Used this Date:     2 hours, 32 minutes
Defendant Time Remaining:          2 hours, 56 minutes