**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 19-cv-03770-WHO & 20-cv-1465-WHO
Case Name: Illumina, Inc.v. BGI Genomics Co., Ltd

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | Edward Reines, Doug McClelland, Audra Sawyer, Nathaniel Ngerebara, and Andrew Gesior | David Bilsker and David Perlson |
| **TRIAL DATE: 11/22/2021** | **REPORTER(S):** | **CLERK:** |
| 8:03 a.m. to 1:24 p.m. 5 hours, 21 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | **11/22/2021** 8:03 a.m. | | | Court in session (jury out) |
| | | | | | Counsel stipulate that **Exhibit 86 through 89 (86, 87, 88 & 89)** were admitted on 11/19/2021 as opposed to 86 and 89 as indicated in the minute entry. Procedural issues re: closing reviewed. |
| | | 8:08 a.m. | | | Court in recess |
| | | 8:37 a.m. | | | Court in session (jury out) |
| | | | | | Counsel advised that a juror (No. 3 in the original selection) has taken ill and will not be continuing |
| | | 8:41 a.m. | | | Court in session (jurors present) Plaintiff closing argument (Reines) |
| | | 9:59 a.m. | | | Jurors excused |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:15 a.m. | | | Court in session (jurors present) Defendant closing argument (Bilsker) |
| | | 11:52 a.m. | | | Court in recess |
| | | 12:28 p.m. | | | Court in session (jurors present) Defense closing argument continues (Perlson) |
| | | 12:50 p.m. | | | Plaintiff rebuttal closing (Reines) |
| | | 1:19 p.m. | | | Court provides final instructions to jurors |
| | | 1:24 p.m. | | | Jurors excused to begin their deliberations |
| | | 3:24 p.m. | | | Jurors suspend deliberations (with plans to resume at 8:15 a.m. 11/22/2021) |