UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>         Case Nos. <u>19-cv-03770-WHO & 20-cr-1465-WHO</u>

CASE NAME: <u>Illumina, Inc. v. BGI Genomics Co., Ltd</u>

## NOTE FROM THE JURY

Note No. <u>1</u>

Date <u>11/23/2021</u>

Time <u>8:15 AM</u>

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

<u>As it pertains to the issues of induced infringement and</u>
<u>contributory infringement of "another", does "another" refer to</u>
<u>entities outside of BGI Group, or entities outside as well?</u>

<u>Lee-Wen Chang</u>
Foreperson of the Jury

"Another" may refer to any of the Defendants and to entities outside as well.

Wm. H. Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK           Case Nos. 19-cv-03770-WHO & 20-cr-1465-WHO

CASE NAME: Illumina, Inc. v. BGI Genomics Co., Ltd

NOTE FROM THE JURY

Note No. __2__

Date __11/23/2021__

Time __12:35 PM__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

This is in regards to '200 claim 11: if a claim is a method (i.e. '200 claim 11), and it includes a specific patented "thing" (i.e. $CH_2N_3$), does using the "thing" without the method violate the claim? In other words, if a process uses the azido, but does not use the method described, does it violate the claim?

_Lee-Wen Chang_
Foreperson of the Jury

No. You may wish to refer to the instructions on pages 16 and 17.

_W H.D_