EDWARD R. REINES (Bar No. 135690)
edward.reines@weil.com
DEREK C. WALTER (Bar No. 246322)
derek.walter@weil.com
NATE NGEREBARA (Bar No. 317373)
nate.ngerebara@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

ANDREW P. GESIOR (*pro hac vice*)
andrew.gesior@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

AUDRA SAWYER (Bar No. 324684)
audra.sawyer@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, Suite 600
Washington, DC 20036
Telephone: (202) 682-7274

Attorneys for Plaintiffs
ILLUMINA, INC. AND ILLUMINA
CAMBRIDGE LTD.

DAVID BILSKER (Bar No. 152383)
davidbilsker@quinnemanuel.com
David A. Perlson (Ca. Bar No. 209502)
davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 875-6600
Facsimile:  (415) 875-6700

[Additional counsel listed on signature page]

Attorneys for Defendants
BGI GENOMICS CO., LTD., BGI AMERICAS
CORP., MGI TECH CO., LTD., MGI
AMERICAS, INC., AND COMPLETE
GENOMICS, INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ILLUMINA, INC.<br>ILLUMINA CAMBRIDGE LTD.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>BGI GENOMICS CO., LTD.,<br>BGI AMERICAS CORP.,<br>MGI TECH CO., LTD.,<br>MGI AMERICAS, INC., and<br>COMPLETE GENOMICS INC.,<br><br>                    Defendants. | Case Nos. 3:19-cv-03770-WHO<br>                3:20-cv-01465-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DEFENDANTS' OBJECTION TO ILLUMINA'S BILL OF COSTS**<br><br>Judge: Honorable William H. Orrick |

1

## STIPULATION

2   The parties in the above-captioned case, by and through their counsel of record, hereby

3   stipulate as follows:

4   WHEREAS, Illumina filed a Bill of Costs on April 25, 2022 (Dkt. 633);

5   WHEREAS, Defendants currently have until May 9, 2022, to object to Illumina's Bill of

6   Costs;

7   WHEREAS, the parties seek to meet and confer in an attempt to resolve their disputes over

8   the allowance of certain costs without Court intervention;

9   WHEREAS, counsel for both parties have been conducting a jury trial in the District of

10  Delaware; and

11  WHEREAS, the parties have agreed to a two-week extension of time for Defendants to

12  object to Illumina's Bill of Costs, to give the parties time to further narrow the issues before the

13  Court;

14  NOW, THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the parties jointly request

15  that the deadline for Defendants to object to Illumina's Bill of Costs be extended to May 23, 2022.

16

17  IT IS SO STIPULATED.

18  Dated: May 9, 2022

19  By: ___*Edward R. Reines*___           By: ___*David Bilsker*___

20  Edward R. Reines (Bar No. 135960)         David Bilsker (Bar No. 152383)
    Derek C. Walter (Bar No. 246322)          davidbilsker@quinnemanuel.com
21  Nate Ngerebara (Bar No. 317373)           David A. Perlson (Ca. Bar No. 209502)
    WEIL, GOTSHAL & MANGES LLP                davidperlson@quinnemanuel.com
22  201 Redwood Shores Parkway                QUINN EMANUEL URQUHART &
    Redwood Shores, CA 94065                  SULLIVAN, LLP
23  (650) 802-3000 Tel.                       50 California Street, 22nd Floor
    (650) 802-3100 Fax                        San Francisco, CA 94111
24  edward.reines@weil.com                    (415) 875-6600 Tel.
    derek.walter@weil.com                     (415) 875-6700 Fax
25  nate.ngerebara@weil.com

                                              Andrew Bramhall (Bar No. 253115)
26  Andrew P. Gesior (*pro hac vice*)         andrewbramhall@quinnemanuel.com
    WEIL, GOTSHAL & MANGES LLP                QUINN EMANUEL URQUHART &
27  767 Fifth Avenue                          SULLIVAN, LLP
    New York, NY 10153                        555 Twin Dolphin Drive, 5th Floor
28  (212) 310-8000 Tel.                       Redwood Shores, CA 94065

Case No. 3:19-cv-03770-WHO
Case No. 3:20-cv-01465-WHO
STIPULATION AND [PROPOSED] ORDER

STIPULATION
TO EXTEND
TIME TO
RESPOND

(212) 310-8007 Fax
andrew.gesior@weil.com

Audra Sawyer (Bar No. 324684)
audra.sawyer@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7274

*Attorneys for Plaintiffs Illumina, Inc. and Illumina Cambridge Ltd.*

(650) 801-5000 Tel.
(650) 801-5100 Fax

Anne S. Toker (*pro hac vice*)
annetoker@quinnemanuel.com
Robert B. Wilson (*pro hac vice*)
robertwilson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000 Tel.
(212) 849-7100 Fax

Derek L. Shaffer (*pro hac vice*)
derekshaffer@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000 Tel.
(202) 538-8100 Fax

*Attorneys for Defendants BGI Genomics Co., Ltd., BGI Americas Corp., MGI Tech Co., Ltd., MGI Americas, Inc., and Complete Genomics, Inc.*

1

## <u>ORDER</u>

2    The Court has considered the above Stipulation, and for good cause appearing therefor, the

3 Court hereby ORDERS as follows:

4    IT IS ORDERED that the deadline for Defendants to object to Illumina's Bill of Costs is

5 hereby extended to May 23, 2022.

6

7    PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 DATED: _____

9

10

11   _____
     HONORABLE WILLIAM H. ORRICK
     United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ATTESTATION</u>**

I, David Bilsker, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Edward R. Reines has concurred in this filing.

Dated: May 9, 2022

By:   *David Bilsker*
        David Bilsker